| | |
|---|---|
| 1 | William N. Hebert, SBN 136099 |
| | CALVO & CLARK, LLP |
| 2 | One Lombard Street |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 374-8370 |
| | Facsimile: (415) 374-8373 |
| 4 | |
| | Charles L. Babcock, Texas SBN 01479500 |
| 5 | *Pro Hac Vice Application Pending* |
| | Amanda L. Bush, Texas SBN 24042161 |
| 6 | *Pro Hac Vice Application Pending* |
| | JACKSON WALKER L.L.P. |
| 7 | 1401 McKinney, Suite 1900 |
| | Houston, Texas 77010 |
| 8 | Telephone: (713) 752-4200 |
| | Facsimile: (713) 752-4221 |
| 9 | |
| | ATTORNEYS FOR DEFENDANTS |
| 10 | MARK CUBAN AND DALLAS |
| | BASKETBALL, LTD. |

FILED 09 FEB 17 PM 2:12

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MEJ

| | | |
|---|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, Individuals, | ) ) ) | Case No. CV 09 0682 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JOHN DOE, MARK CUBAN, an individual; and DALLAS BASKETBALL, LTD., a partnership, and DOES 1 through 10, | ) ) ) ) | CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
| Defendants. | ) ) | |

TO: **CLERK OF THE ABOVE-ENTITLED COURT:**

TO: **PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, there are no entities or persons, other than the named parties, that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

---

Certificate of Interested Entities or Persons
5435798

Page 1

Dated: February 17, 2009

By: William N. Hebert (by ADW)

William N. Hebert
**CALVO & CLARK, LLP**

Charles L. Babcock
Amanda L. Bush
**JACKSON WALKER L.L.P.**

ATTORNEYS FOR DEFENDANTS
MARK CUBAN AND DALLAS
BASKETBALL, LTD.