United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Pittman, _____/ | NO. C 08-05375 JW |
| | NO. C 08-05810 PVT |
| Haig Ashikian, | NO. C 09-00121 RMW |
| _____/ | NO. C 09-00122 JF |
| | NO. C 09-00187 JF |
| Peter Keller, _____/ | **ORDER RELATING CASES; VACATING CASE SCHEDULE; SETTING CASE MANAGEMENT CONFERENCE FOR ALL CASES** |
| William Gillis, _____/ | |
| Aaron Walters, | |
|     Plaintiffs, | |
|  v. | |
| Apple, Inc., | |
|     Defendant. _____/ | |

Presently before the Court is a Motion for Administrative Relief to consider whether the following cases should be related: <u>Pittman v. Apple, Inc.</u>, Case No. C 08-05375 JW; <u>Ashikian v. Apple, Inc.</u>, Case No. C 08-05310 PVT; <u>Keller v. Apple, Inc.</u>, Case No. 09-00121 RMW; <u>Gillis v. Apple, Inc.</u>, Case No. 09-00122 JF; and <u>Walters v. Apple, Inc.</u>, Case No. 09-00187 JF.

Civil Local Rule 3-12(a) provides that an action is related to another when:

(1)    The actions concern substantially the same parties, property, transaction or event; and

(2)    It appears that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Upon review, the Court finds that the five above cases are related within the meaning of Rule 3-12(a). Accordingly, the Court orders the Clerk to related the above cases to C 08-05375 JW.

In light of this finding, the Court VACATES pending calendar dates in all five cases. On **March 9, 2009 at 10:00 a.m.**, all parties shall appear for a Case Management Conference. On or before **February 27, 2009**, the parties shall file a Joint Case Management Statement in accordance with Civil Local Rule 16-9. In the Joint Statement, the parties shall address the issue of whether these five related cases should be consolidated and provide a proposed schedule to advance the consolidated case.

All filings shall continue to be filed in each separate action until consolidation or further order of the Court.

Dated: January 23, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Plant aplant@wdklaw.com
Gina M. Doughterty gdougherty@emersonpoynter.com
Joe R. Whatley jwhatley@wdklaw.com
John Allen Lowther john@doylelowther.com
John G. Emerson jemerson@emersonpoynter.com
Ryan J. Caststeel rjcaststeel@emersonpoynter.com
Scott E. Poynter scott@emersonfirm.com
William James Doyle bill@doylelowther.com

**Dated: January 23, 2009**                    **Richard W. Wieking, Clerk**

                                                           **By:     /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**