1 PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
2 ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
3 HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
4 SUZANNA P. BRICKMAN (CA SBN 250891)
(SBrickman@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

*IT IS SO ORDERED*
*Judge James Ware*
2/27/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation<br><br>Defendant. | Case No. C-08-05375 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, that Defendant Apple Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended to and including March 30, 2009.

//
//
//
//

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C-08-05375 JW
sf-2647935

1

| | | |
|---|---|---|
| Dated: February 25, 2009 | | MORRISON & FOERSTER LLP |

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

Attorneys for Defendant
APPLE INC.

Dated: February 25, 2009    LITIGATION LAW GROUP

By: /s/ Gordon M. Fauth, Jr.
Gordon M. Fauth, Jr.

Attorneys for Plaintiff
JAMES R. PITTMAN

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos