United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Pittman, et al., | NO. C 08-05375 JW |
| _____/ | NO. C 08-05810 JW |
| | NO. C 09-00121 JW |
| Haig Ashikian, et al., | NO. C 09-00122 JW |
| _____/ | NO. C 09-00187 JW |
| Peter Keller, et al., | **ORDER VACATING CASE** |
| _____/ | **MANAGEMENT CONFERENCE;** |
| | **SETTING HEARING ON MOTION RE:** |
| William Gillis, et al., | **CONSOLIDATION AND APPOINTMENT** |
| _____/ | **OF INTERIM CLASS-COUNSEL** |

Aaron Walters, et al.,

        Plaintiffs,

  v.

Apple, Inc.,

        Defendant.
_____/

On March 9, 2009, the parties in the above entitled cases are scheduled to appear for a Case Management Conference. The parties timely submitted a Joint Case Management Statement. (Docket Item No. 22.) In their Joint Statement, the parties represent that they have stipulated to consolidate the related cases pending before the Court, and have stipulated to a leadership structure for the proposed consolidated action. (See Docket Item Nos. 16-17, 21.) The Court, however, finds that the issues of consolidation and appointment of interim class-counsel are appropriately addressed

by making a formal motion to the Court so that the Court may evaluate the best "leadership structure" for the class.

Accordingly, the parties shall appear on **April 13, 2009 at 9:00 a.m.** for a hearing on the parties' anticipated Motion for Consolidation and Appointment of Interim Class-Counsel. Any party may file a motion for appointment of Interim Class-Counsel. The parties shall file any such motion on or before **March 20, 2009**. Any opposition shall be filed on or before **March 30, 2009**. Any replies shall be filed on or before **April 2, 2009.**

In light of this determination, the Court finds that a Case Management Conference is premature at this time. Accordingly, the Court continues the Case Management Conference to **April 13, 2009 at 10 a.m.** On or before **April 3, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' good faith discovery plan with a proposed date for the close of both class and merit discovery.

Dated: March 5, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan McQuarrie Mansfield alan@rosnerandmansfield.com
Andrew David Muhlbach amuhlbach@mofo.com
Gordon M. Fauth gmf@classlitigation.com
Heather A. Moser hmoser@mofo.com
Penelope Athene Preovolos ppreovolos@mofo.com

**Dated: March 5, 2009**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**