PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation<br><br>Defendant. | Case No.   C-08-05375 JW<br><br>**CLASS ACTION**<br><br>**NOTICE OF FILING OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407**<br><br>Courtroom: Courtroom 8, 4th Floor<br>The Honorable James Ware<br><br>Date Action Filed: November 26, 2008 |

NOTICE OF FILING OF MOTION TO TRANSFER
C-08-05375 JW
sf-2649241

| | |
|---|---|
| 1 | TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR |
| 2 | ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE that on March 5, 2009, pursuant to 28 U.S.C. § 1407, Apple submitted for filing with the Judicial Panel on Multidistrict Litigation a motion for transfer and consolidation of this and eleven similar actions. Copies of the motion and supporting documents are attached hereto as Exhibits A, B, C, and D.

Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial Panel for the purpose of informing the Court of the pendency of the proceedings before the MDL Panel and will keep the Court informed of further developments.

Dated: _ March 5, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP


By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

Attorneys for Defendant
APPLE INC.

# CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

I further declare that on the date hereof I served a copy of:

**NOTICE OF FILING OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 and CERTIFICATE OF SERVICE**

**MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**SEPARATE STATEMENT OF REASONS WHY ORAL ARGUMENT SHOULD BE HEARD IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**PROOF OF SERVICE**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

sf-2652350

Certificate of Service

See attached Service List

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this 5th day of March, 2009.

<pre>
     Tina Armaz                      /s/ Tina Armaz
      (typed)                         (signature)
</pre>

## ATTESTATION OF E-FILED SIGNATURE

I, Penny Preovolos, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Tina Armaz has read and approved this Proof of Service and consents to its filing in this action.

Dated: March 5, 2009.

MORRISON & FOERSTER LLP

/s/ Penny Preovolos
Penny Preovolos

| | |
|---|---|
| 1 | Service List |

<pre>
 1                                    Service List

 2
     Alan Mansfield                              Scott E. Poynter
 3   ROSNER & MANSFIELD, LLP                     Christopher D. Jennings
     10085 Carroll Canyon Rd., Suite 100         Gina M. Dougherty
 4   San Diego, CA 92131                         Ryan J. Caststeel
                                                 EMERSON POYNTER, LLP
 5   Attorneys for the Ashikian, Gillis, Keller, The Museum Center
     Medway, Pittman, Tanseco, and Walters       500 President Clinton Ave., Ste. 305
 6   Plaintiffs                                  Little Rock, AR 72201

 7                                               Attorneys for Plaintiff Walters
     William J. Doyle II
 8   John A. Lowther IV
     DOYLE LOWTHER, LLP                          John G. Emerson
 9   9466 Black Mountain Rd., Suite 210          EMERSON POYNTER, LLP
     San Diego, CA 92126                         830 Apollo Lane
10                                               Houston, TX 77058
     Attorneys for the Gillis, Keller, and Walters
11   Plaintiffs                                  Attorneys for Plaintiff Walters

12
     David W. Hiden                              Samuel P. Sporn
13   Michael I. Rott                             Frank R. Schirripa
     Eric M. Overholt                            Daniel B. Rehns
14   HIDEN, ROTT & OERTLE, LLP                   Jay P. Saltzman
     2635 Camino del Rio South, Suite 306        SCHOENGOLD SPORN LAITMAN &
15   San Diego, CA 92108                         LOMETTI, P.C.
                                                 19 Fulton Street, Suite 406
16   Attorneys for the Gillis and Keller Plaintiffs  New York, NY 10038

17                                               Attorneys for Plaintiff Tanseco
     Joe R. Whatley, Jr.
18   WHATLEY DRAKE & KALLAS LLC
     1540 Broadway, 37th Floor                   Gordon M. Fauth, Jr.
19   New York, NY 10036                          LITIGATION LAW GROUP
                                                 1801 Clement Avenue, Suite 101
20   Attorneys for Plaintiff Walters             Alameda, CA 94501

21                                               Attorneys for Plaintiff Pittman
     Adam Plant
22   WHATLEY DRAKE & KALLAS LLC
     2100 Park Place North, Suite 1000           Daniel T. LeBel
23   Birmingham, AL 35203                        Rosemary M. Rivas
                                                 FINKELSTEIN THOMPSON LLP
24   Attorneys for Plaintiff Walters             100 Bush Street, Suite 1450
                                                 San Francisco 94104
25
                                                 Attorneys for Plaintiff Ashikian
26

27

28
     sf-2652350                                3
                                    Certificate of Service
</pre>

| | | |
|---|---|---|
| 1 | Burton H. Finkelstein<br>Mila F. Bartos | Seth D. Rigrodsky<br>Brian D. Long |
| 2 | Karen J. Marcus<br>FINKELSTEIN THOMPSON LLP | Mark S. Reich<br>Joseph Russello |
| 3 | 1050 30th Street NW<br>Washington, D.C. 20007 | RIGRODSKY & LONG, P.A.<br>919 North Market Street, Suite 980 |
| 4 | | Wilmington, DE 19801 |
| 5 | *Attorneys for Plaintiff Ashikian* | *Attorneys for Plaintiff Koschitzki* |
| 6 | David Joshua Staub<br>Law Office of D. Joshua Staub | Joshua Farkas |
| 7 | PO Box 1914<br>Santa Monica, CA 90406 | STEIN FARKAS & SCHWARTZ LLP<br>1639 East 13th Street |
| 8 | *Attorneys for Plaintiff Ashikian* | Brooklyn, New York 11229 |
| 9 | | *Attorneys for Plaintiff Koschitzki* |
| 10 | Lionel Z. Glancy<br>Peter Arthur Binkow | Nadeem Faruqi |
| 11 | Mark L. Godino<br>GLANCY BINKOW & GOLDBERG LLP | FARUQI & FARUQI LLP<br>369 Lexington Avenue, 10th Floor |
| 12 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 | New York, New York 10017 |
| 13 | *Attorneys for Plaintiff Medway* | *Attorneys for the Gonzalez, Payne, and Ritchie Plaintffs* |
| 14 | | |
| 15 | W. Lewis Garrison, Jr.<br>Brian D. Hancock | Emily C. Komlossy<br>FARUQI & FARUQI LLP |
| 16 | Gayle L. Douglas<br>HENINGER GARRISON DAVIS, LLC | 3595 Sheridan Street, Suite 206<br>Hollywood, FL 33021 |
| 17 | 2224 First Avenue North<br>Birmingham, AL 35203 | *Attorneys for the Gonzalez Plaintiffs* |
| 18 | *Attorneys for the Smith Plaintiffs* | |
| 19 | | Roger F. Claxton<br>CLAXTON & HILL, PLLC |
| 20 | Haydn M. Trechsel<br>Edward S. Reisinger | 10000 N. Central Expressway,<br>Suite 725 |
| 21 | Jonathan Lee Kudulis<br>TRIMMIER LAW FIRM | Dallas, Texas 75231 |
| 22 | 2737 Highland Avenue<br>Birmingham, AL 35205 | *Attorneys for the Payne Plaintiffs* |
| 23 | | |
| 24 | *Attorneys for the Smith Plaintiffs* | Joseph J. DePalma, Esq.<br>Jennifer Sarnelli, Esq. |
| 25 | | LITE DEPALMA GREENBERG &<br>RIVAS, LLC |
| 26 | | Two Gateway Center<br>12th Floor |
| 27 | | Newark, NJ 07102 |
| 28 | | *Attorneys for Plaintiff Ritchie* |

sf-2652350                              4

Certificate of Service

| | | |
|---|---|---|
| 1 | Lynn E. Parseghian | Evan M. Tager |
| | Kathleen T. Sooy | Archis A. Parasharami |
| 2 | CROWELL & MORING LLP | Kevin Ranlett |
| | 1001 Pennsylvania Ave | MAYER BROWN LLP |
| 3 | Washington, DC 20004 | 1909 K Street Nw |
| | | Washington, DC 20006 |
| 4 | *Attorneys for Defendant AT&T Mobility LLC* | |
| | | *Attorneys for Defendant AT&T Mobility LLC* |
| 5 | | |
| | Steven David Greenblatt | |
| 6 | CROWELL & MORING LLP | Alvin Davis |
| | 153 E 53rd St | Tania Cruz |
| 7 | New York, NY 10022 | SQUIRE SANDERS & DEMPSEY LLP |
| | | 200 S Biscayne Boulevard, 40th Floor |
| 8 | *Attorneys for Defendant AT&T Mobility LLC* | Miami, FL 33131-2398 |
| 9 | | *Attorneys for Defendant AT&T Mobility LLC* |
| 10 | | |
| 11 | | Timothy Francis Gavin |
| | | CARRINGTON COLEMAN SLOMAN & BLUMENTHAL |
| 12 | | 901 Main Street, Suite 5500 |
| | | Dallas, TX 75202 |
| 13 | | |
| | | *Attorneys for Defendant AT&T Mobility LLC* |

sf-2652350

5

Certificate of Service