EXHIBIT D

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>Apple iPhone 3G Products Litigation | MDL Docket No. |

**PROOF OF SERVICE**

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

JAMIE A. LEVITT
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0185
Telephone: (212) 468-8000

DON G. RUSHING
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: (858) 720-5100

JEFFREY J. GREENBAUM
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000

JANET T. MUNN
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131-4332
Telephone: (305) 397-0798

*Attorneys for Defendant* APPLE INC.

sf-2650481

Proof of Service

# CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection.

I further declare that on the date hereof I served a copy of:

**MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

**SEPARATE STATEMENT OF REASONS WHY ORAL ARGUMENT SHOULD BE HEARD IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED APPLE iPHONE 3G PRODUCTS LITIGATION PURSUANT TO 28 U.S.C. § 1407**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

**See attached Service List**

Pursuant to Rules 5.12(c) and 5.2(b) of the Rules of the Judicial Panel on Multidistrict Litigation, I further certify that on this same date, a Notice of the Filing of the Motion for Transfer and Consolidation attaching copies of the Motion for Transfer and Consolidation and supporting documents were filed with the following United States District Courts:

| U.S. District Court (Ashikian) (Gillis) (Keller) (Pittman) (Smith) (Tanseco) (Walters) N. District of California 280 South First Street San Jose, CA 95113 | U.S. District Court (Medway) N. District of California 450 Golden Gate Ave., 16th Fl. San Francisco, CA 94102 | U.S. District Court (Payne) E. District of Texas 101 E. Pecan, Room 216 Sherman, Texas 75090 |
|---|---|---|
| U.S. District Court (Gonzalez) S. District of Florida Wilkie D. Ferguson, Jr. U.S. States Courthouse 400 North Miami Ave., 8th Fl. Miami, FL 33128 | U.S. District Court (Koschitzki) E. District of New York 225 Cadman Plaza East Brooklyn, NY 11201 | U.S. District Court (Ritchie) District of New Jersey Martin Luther King Bldg & U.S. Courthouse 50 Walnut Street, Rm 4015 Newark, NJ 07101 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this 5th day of March, 2009.

| Tina Armaz | *(signature)* |
|---|---|
| (typed) | (signature) |

| | Service List | |
|---|---|---|
| 1 | | |
| 2 | Alan Mansfield | Scott E. Poynter |
| 3 | ROSNER & MANSFIELD, LLP | Christopher D. Jennings |
|   | 10085 Carroll Canyon Rd., Suite 100 | Gina M. Dougherty |
| 4 | San Diego, CA 92131 | Ryan J. Caststeel |
|   | | EMERSON POYNTER, LLP |
| 5 | *Attorneys for the Ashikian, Gillis, Keller,* | The Museum Center |
|   | *Medway, Pittman, Tanseco, and Walters* | 500 President Clinton Ave., Ste. 305 |
| 6 | *Plaintiffs* | Little Rock, AR 72201 |
| 7 | | *Attorneys for Plaintiff Walters* |
|   | William J. Doyle II | |
| 8 | John A. Lowther IV | |
|   | DOYLE LOWTHER, LLP | John G. Emerson |
| 9 | 9466 Black Mountain Rd., Suite 210 | EMERSON POYNTER, LLP |
|   | San Diego, CA 92126 | 830 Apollo Lane |
| 10 | | Houston, TX 77058 |
|   | *Attorneys for the Gillis, Keller, and Walters* | |
| 11 | *Plaintiffs* | *Attorneys for Plaintiff Walters* |
| 12 | | |
|   | David W. Hiden | Samuel P. Sporn |
| 13 | Michael I. Rott | Frank R. Schirripa |
|   | Eric M. Overholt | Daniel B. Rehns |
| 14 | HIDEN, ROTT & OERTLE, LLP | Jay P. Saltzman |
|   | 2635 Camino del Rio South, Suite 306 | SCHOENGOLD SPORN LAITMAN & |
| 15 | San Diego, CA 92108 | LOMETTI, P.C. |
|   | | 19 Fulton Street, Suite 406 |
| 16 | *Attorneys for the Gillis and Keller Plaintiffs* | New York, NY 10038 |
| 17 | | *Attorneys for Plaintiff Tanseco* |
|   | Joe R. Whatley, Jr. | |
| 18 | WHATLEY DRAKE & KALLAS LLC | |
|   | 1540 Broadway, 37th Floor | Gordon M. Fauth, Jr. |
| 19 | New York, NY 10036 | LITIGATION LAW GROUP |
|   | | 1801 Clement Avenue, Suite 101 |
| 20 | *Attorneys for Plaintiff Walters* | Alameda, CA 94501 |
| 21 | | *Attorneys for Plaintiff Pittman* |
|   | Adam Plant | |
| 22 | WHATLEY DRAKE & KALLAS LLC | |
|   | 2100 Park Place North, Suite 1000 | Daniel T. LeBel |
| 23 | Birmingham, AL 35203 | Rosemary M. Rivas |
|   | | FINKELSTEIN THOMPSON LLP |
| 24 | *Attorneys for Plaintiff Walters* | 100 Bush Street, Suite 1450 |
|   | | San Francisco 94104 |
| 25 | | |
|   | | *Attorneys for Plaintiff Ashikian* |
| 26 | | |
| 27 | | |
| 28 | | |

sf-2650481      4

| | | |
|---|---|---|
| 1 | Burton H. Finkelstein<br>Mila F. Bartos | Seth D. Rigrodsky<br>Brian D. Long |
| 2 | Karen J. Marcus<br>FINKELSTEIN THOMPSON LLP | Mark S. Reich<br>Joseph Russello |
| 3 | 1050 30th Street NW<br>Washington, D.C. 20007 | RIGRODSKY & LONG, P.A.<br>919 North Market Street, Suite 980 |
| 4 | | Wilmington, DE 19801 |
| 5 | *Attorneys for Plaintiff Ashikian* | *Attorneys for Plaintiff Koschitzki* |
| 6 | David Joshua Staub<br>Law Office of D. Joshua Staub | Joshua Farkas |
| 7 | PO Box 1914<br>Santa Monica, CA 90406 | STEIN FARKAS & SCHWARTZ LLP<br>1639 East 13th Street |
| 8 | | Brooklyn, New York 11229 |
| 9 | *Attorneys for Plaintiff Ashikian* | *Attorneys for Plaintiff Koschitzki* |
| 10 | Lionel Z. Glancy<br>Peter Arthur Binkow | Nadeem Faruqi |
| 11 | Mark L. Godino<br>GLANCY BINKOW & GOLDBERG LLP | FARUQI & FARUQI LLP<br>369 Lexington Avenue, 10th Floor |
| 12 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 | New York, New York 10017 |
| 13 | | *Attorneys for the Gonzalez, Payne, and Ritchie Plaintiffs* |
| 14 | *Attorneys for Plaintiff Medway* | |
| 15 | W. Lewis Garrison, Jr.<br>Brian D. Hancock | Emily C. Komlossy<br>FARUQI & FARUQI LLP |
| 16 | Gayle L. Douglas<br>HENINGER GARRISON DAVIS, LLC | 3595 Sheridan Street, Suite 206<br>Hollywood, FL 33021 |
| 17 | 2224 First Avenue North<br>Birmingham, AL 35203 | *Attorneys for the Gonzalez Plaintiffs* |
| 18 | *Attorneys for the Smith Plaintiffs* | |
| 19 | | Roger F. Claxton<br>CLAXTON & HILL, PLLC |
| 20 | Haydn M. Trechsel<br>Edward S. Reisinger | 10000 N. Central Expressway,<br>Suite 725 |
| 21 | Jonathan Lee Kudulis<br>TRIMMIER LAW FIRM | Dallas, Texas 75231 |
| 22 | 2737 Highland Avenue<br>Birmingham, AL 35205 | *Attorneys for the Payne Plaintiffs* |
| 23 | | |
| 24 | *Attorneys for the Smith Plaintiffs* | Joseph J. DePalma, Esq.<br>Jennifer Sarnelli, Esq. |
| 25 | | LITE DEPALMA GREENBERG &<br>RIVAS, LLC<br>Two Gateway Center |
| 26 | | 12th Floor<br>Newark, NJ 07102 |
| 27 | | |
| 28 | | *Attorneys for Plaintiff Ritchie* |

| | | |
|---|---|---|
| 1 | Lynn E. Parseghian<br>Kathleen T. Sooy | Evan M. Tager<br>Archis A. Parasharami |
| 2 | CROWELL & MORING LLP | Kevin Ranlett<br>MAYER BROWN LLP |
| 3 | 1001 Pennsylvania Ave<br>Washington, DC 20004 | 1909 K Street Nw<br>Washington, DC 20006 |
| 4 | *Attorneys for Defendant AT&T Mobility LLC* | |
| 5 | | *Attorneys for Defendant AT&T Mobility LLC* |
| 6 | Steven David Greenblatt<br>CROWELL & MORING LLP | Alvin Davis |
| 7 | 153 E 53rd St<br>New York, NY 10022 | Tania Cruz<br>SQUIRE SANDERS & DEMPSEY LLP |
| 8 | *Attorneys for Defendant AT&T Mobility LLC* | 200 S Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398 |
| 9 | | *Attorneys for Defendant AT&T Mobility LLC* |
| 10 | | |
| 11 | | Timothy Francis Gavin<br>CARRINGTON COLEMAN SLOMAN & BLUMENTHAL |
| 12 | | 901 Main Street, Suite 5500<br>Dallas, TX 75202 |
| 13 | | |
| 14 | | *Attorneys for Defendant AT&T Mobility LLC* |