PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation<br><br>Defendant. | Case No. C-08-05375 JW<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407**<br><br>Courtroom: Courtroom 8, 4th Floor<br>The Honorable James Ware<br><br>Date Action Filed: November 26, 2008 |

NOTICE OF SUPPLEMENTAL FILING RELATING TO MOTION TO TRANSFER
C-08-05375 JW
sf-2654764

| | |
|---|---|
| 1 | TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR |
| 2 | ATTORNEYS OF RECORD: |

1  TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that on March 10, 2009, in connection with the motion for
4  transfer and consolidation of this and eleven similar actions that Apple filed with the Judicial
5  Panel on Multidistrict Litigation (the "JPML") on March 5, 2009 pursuant to 28 U.S.C. § 1407,
6  Apple submitted the following revised documents to the JPML:
7  • REVISED SCHEDULE OF PENDING ACTIONS; and
8  • REVISED PROOF OF SERVICE.
9  Copies of the revised documents are attached hereto as Exhibits A and B.
10  Defendant Apple Inc. files this Notice pursuant to Rule 5.12(c) of the Rules of the Judicial
11  Panel for the purpose of informing the Court of the pendency of the proceedings before the MDL
12  Panel and will keep the Court informed of further developments.

Dated: March 10, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

    Attorneys for Defendant
    APPLE INC.