| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON #149604 |
|   | PATRICK S. THOMPSON #160804 |
| 3 | JACOB R. SORENSEN  #209134 |
|   | BRIAN J. WONG #226940 |
| 4 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
|   | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
|   | Email:  bruce.ericson@pillsburylaw.com |
| 7 | |
|   | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (pro hac vice application pending) |
|   | BRADFORD A. BERENSON (pro hac vice application pending) |
| 9 | DAVID L. LAWSON (pro hac vice application pending) |
|   | EDWARD R. MCNICHOLAS (pro hac vice application pending) |
| 10 | 1501 K Street, N.W. |
|   | Washington, D.C.  20005 |
| 11 | Telephone:  (202) 736-8010 |
|   | Facsimile:  (202) 736-8711 |
| 12 | |
|   | Attorneys for Defendants |
| 13 | AT&T CORP. and AT&T INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>                                    Plaintiffs,<br><br>        vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>                                    Defendants. | No. C-06-0672-VRW<br><br>**DECLARATION OF BRUCE A. ERICSON IN SUPPORT OF MOTION OF DEFENDANT AT&T CORP. TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Civ. L.R. 7-11, 79-5]**<br><br>Courtroom: 6, 17th Floor<br>Judge:       Hon. Vaughn R. Walker<br><br>Filed concurrently:<br>1.  Motion to File Documents Under Seal<br>2.  Proposed Order |

700430970v1

Declaration of Bruce A. Ericson in Support of
AT&T Corp.'s Motion to Seal Documents
No. C-06-0672-VRW

1   I, **BRUCE A. ERICSON**, declare as follows:

2   1.   I am an attorney licensed to practice law in the State of California and
3   admitted to practice before this Court, and am a partner of the law firm of Pillsbury
4   Winthrop Shaw Pittman LLP, counsel for movant/defendant **AT&T CORP.** ("AT&T") and
5   also for specially appearing defendant **AT&T INC.**, which is not a party to this motion
6   (AT&T and AT&T Inc. are collectively referred to as the "defendants").  Except for those
7   matters stated on information and belief, which I believe to be true, I have personal
8   knowledge of the facts stated herein and, if called as a witness, I could and would
9   competently testify thereto.

10   2.   The Motion of Defendant AT&T Corp. to Compel Return of Confidential
11   Documents; Supporting Memorandum (the "Confidential Motion") and the Declaration of
12   James W. Russell in Support of Motion of Defendant AT&T Corp. to Compel Return of
13   Confidential Documents (the "Confidential Russell Declaration") contain detailed
14   discussion of certain confidential documents (the "Confidential Documents") of which
15   AT&T seeks return.

16   3.   The Confidential Documents contain detailed non-public information about
17   critical communications infrastructure operated by AT&T.

18   4.   I am informed and believe that AT&T considers the information in the
19   Confidential Documents highly confidential and proprietary, and such information has
20   value generally unknown to the public or AT&T's competitors.

21   5.   I am informed and believe that AT&T is careful to preserve the
22   confidentiality of information contained in the Confidential Documents, and public
23   disclosure of the information contained in the Confidential Documents could create great
24   risk to AT&T's ability to provide services and carry out its business activities.  Exposure to
25   the threats that would arise from disclosure of the Confidential Documents would harm
26   AT&T and its customers, which include businesses, federal, state and local government,
27   and private individuals.

28

700430970v1                               - 1 -                     Declaration of Bruce A. Ericson in Support of
                                                                              AT&T's Motion to Seal Documents
                                                                              No. C-06-0672-VRW

1   6.   The Confidential Motion and the Confidential Russell Declaration describe the contents of the Confidential Documents in great detail.  Putting them into the public record of this Court would injure AT&T in the same way as making the Confidential Documents themselves public.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 10th day of April, 2006, at San Francisco, California.


                                                /s/ Bruce A. Ericson
                                                  Bruce A. Ericson