IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
TASH HEPTING, et al,                    No   C-06-672 VRW

       Plaintiffs,                           ORDER

       v

AT&T CORPORATION, et al,

       Defendants.
                                    /
```

Requesting shortened time for hearing, defendants have moved to compel the return of certain allegedly confidential documents that plaintiffs relied upon in a preliminary injunction motion. Doc ##41, 45. Plaintiffs seek to unseal these documents and the accompanying preliminary injunction papers. Doc #33. Defendants contend that the documents and papers should remain sealed. Doc #51.

The court GRANTS IN PART defendants' motion for shortened time and sets the following briefing schedule. Oral argument on the above motions is specially set for May 17, 2006, at 10:00 AM. Plaintiffs' opposition to defendants' motion to compel is due on May 1, 2006, and defendants' reply is due on May 5, 2006.

Plaintiffs' motion for a preliminary injunction is specially set for hearing on June 21, 2006, at 10:00 AM. Because plaintiffs were permitted additional pages to file their motion, defendants may file an opposition brief of up to 35 pages by May 18, 2006. Plaintiffs may file their reply brief by May 25, 2006.

At the May 17 hearing, the parties may address case management and scheduling issues regarding other motions in this case. The court therefore vacates the initial case management conference currently set for May 16, 2006.

Moreover, pursuant to a stipulation by the parties and Civ L R 7-11, the court accepts the brief filed by amici curiae Center for Constitutional Rights and the American Civil Liberties Union. Doc ##73, 76, 77. Any response to this brief must be e-filed by April 28, 2006.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge