| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON #149604<br>JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM #209855<br>BRIAN J. WONG #226940 |
| 4 | 50 Fremont Street<br>Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880<br>Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200<br>Email: bruce.ericson@pillsburylaw.com |
| 7 | |
| 8 | SIDLEY AUSTIN LLP<br>DAVID W. CARPENTER (admitted *pro hac vice*) |
|   | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| 9 | DAVID L. LAWSON (admitted *pro hac vice*)<br>EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
| 10 | 1501 K Street, N.W.<br>Washington, D.C.  20005 |
| 11 | Telephone:  (202) 736-8010<br>Facsimile:  (202) 736-8711 |
| 12 | |
| 13 | Attorneys for Defendants<br>AT&T CORP. and AT&T INC. |

| | |
|---|---|
| 14 | UNITED STATES DISTRICT COURT |
| 15 | NORTHERN DISTRICT OF CALIFORNIA |
| 16 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 18 | TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN | No. C-06-0672-VRW |
| 19 | on Behalf of Themselves and All Others Similarly Situated, | **[PROPOSED] ORDER GRANTING AT&T CORP.'S MOTION TO** |
| 20 | Plaintiffs, | **DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| 21 | | |
| 22 | vs. | Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |
| 23 | AT&T CORP., AT&T INC. and DOES 1-20, inclusive, | |
| 24 | Defendants. | |

1      On April 28, 2006, defendant AT&T Corp. moved pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss plaintiffs' Amended Complaint for Damages, Declaratory and Injunctive Relief, Dkt. 8 (the "Amended Complaint" or "FAC") for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.  Defendant AT&T Inc. joined in this motion.

6      On June 8, 2006, this motion duly came on for hearing before the Court, Hon. Vaughn R. Walker, United States District Chief Judge, presiding.  Having considered defendants' motion, defendants' request for judicial notice, plaintiffs' opposition thereto, defendants' reply and the oral arguments presented by counsel for the parties, and good cause appearing,

11     IT IS HEREBY ORDERED that:

12     1.     Defendants' request for judicial notice is hereby GRANTED.

13     2.     Defendants' motion to dismiss is hereby GRANTED on the grounds that Defendants enjoy immunity from plaintiffs' claims and Plaintiffs lack standing to pursue their claims.

16     3.     The Amended Complaint for Damages, Declaratory and Injunctive Relief, filed by plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen on February 22, 2006 (Dkt. 8), is hereby DISMISSED as to defendants AT&T Corp. and AT&T Inc. with prejudice and without leave to amend.

Dated:_____          _____
                                        Hon. Vaughn R. Walker
                                        United States District Chief Judge