UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.<br><br>Defendants. | No. C-06-00672-VRW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER DENYING MOTION OF DEFENDANT AT&T CORP. TO COMPEL RETURN OF CONFIDENTIAL DOCUMENTS |

Having considered the defendants' motion and all responses thereto, and good cause appearing, it is HEREBY ORDERED as follows:

1. No compelling reasons have been provided to justify compelling the return to defendants of the documents identified as Exhibits A, B, and C to the Declaration of Mark Klein in Support of Plaintiffs' Motion for Preliminary Injunction, lodged with the Court; and

2. The Motion of Defendant AT&T Corp. to Compel Return of Confidential Documents is therefore, DENIED.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: May 1, 2006

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS


    /s/ Maria V. Morris
    MARIA V. MORRIS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

1
2  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN
   LEE TIEN
3  KURT OPSAHL
   KEVIN S. BANKSTON
4  CORYNNE MCSHERRY
   JAMES S. TYRE
5  454 Shotwell Street
   San Francisco, CA  94110
6  Telephone:  415/436-9333
   415/436-9993 (fax)
7
   TRABER & VOORHEES
8  BERT VOORHEES
   THERESA M. TRABER
9  128 North Fair Oaks Avenue, Suite 204
   Pasadena, CA 91103
10 Telephone:  626/585-9611
   626/577-7079 (fax)
11
   LAW OFFICE OF RICHARD R. WIEBE
12 RICHARD R. WIEBE
   425 California Street, Suite 2025
13 San Francisco, CA  94104
   Telephone:  415/433-3200
14 415/433-6382 (fax)

15 Attorneys for Plaintiffs

16  T:\CasesSF\AT&T Privacy\ORD00030531_CmplDocs.doc

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 /s/ Maria V. Morris
MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:mariam@lerachlaw.com

# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@mwbhl.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kurt Opsahl**
  kurt@eff.org

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**

andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
```