IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, et al,<br>　　　Plaintiffs,<br>　　　v<br>AT&T CORPORATION, et al,<br>　　　Defendants.　　　　　　　　　／ | No   C-06-672 VRW<br><br>ORDER |

On May 2, 2006, the court received a letter from a producer at CNBC requesting permission to film inside the undersigned's courtroom at the May 17, 2006 hearing. The court DENIES this request for the May 17 hearing but the issue of filming/taping may be re-considered for future hearings after the parties have been given notice and an opportunity to be heard and to advise the court on this issue. The court DIRECTS the clerk to place this letter in the file.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　／s／ Vaughn R Walker
　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　　United States District Chief Judge