JAMES J. BROSNAHAN (BAR NO. 34555)
TONY WEST (BAR NO. 164151)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
JBrosnahan@mofo.com

ISMAIL RAMSEY (BAR NO. 189820)
MILES EHRLICH (BAR NO. 237954)
RAMSEY & EHLRICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.548.3600
Facsimile: 510.548.3601
miles@ramsey-ehrlich.com

Attorneys for MARK KLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., AT&T INC. and DOES 1-20, inclusive, <br><br> Defendant. | Case No. C-06-00672-VRW <br><br> **NOTICE OF MOTION AND MOTION OF MARK KLEIN FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE** <br><br> Hearing Date: N/A <br> Time: N/A <br> Courtroom: 6 (17th floor) <br> Judge: Hon. Vaughn Walker |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Mark Klein hereby moves the Court, pursuant to Civil
3    Local Rule 7-11, for leave to appear and file the accompanying proposed Brief of Amicus Curiae.
4    This Motion is based on this Notice of Motion and Motion, Mr. Klein's proposed amicus brief
5    submitted herewith, the proposed order submitted herewith, the pleadings and papers on file
6    herein, and such other argument and evidence as may be presented to the Court.

7    Proposed amicus curiae is Mark Klein. This Court should consider Mr. Klein's
8    submission, in short, "because of [his] involvement in the events leading to this case." *Sonoma*
9    *Falls Developers, LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal.
10   2003). Mr. Klein was an employee of defendant AT&T Corp. ("AT&T") for 22 years. In 2003,
11   Mr. Klein began witnessing what he believed to be AT&T's cooperation with the federal
12   government in unlawfully intercepting the communications of countless AT&T customers.
13   During the course of his employment, he came into possession of documents that detailed the
14   nature and mechanism of the surveillance program. As part of his duties as a communications
15   technician, Mr. Klein was required to connect fiber optic circuits carrying AT&T customers'
16   private Internet-based data to a device that diverted that same data to a room controlled by the
17   government.

18   When reports of the government's extensive surveillance program surfaced in December
19   2005, Mr. Klein realized that he was a witness to (and an unwitting participant in) a massive effort
20   that had the effect, if not the purpose, of violating the rights of millions of Americans. Looking
21   only to shed light on AT&T's role in this program, Mr. Klein shared his observations and
22   provided corroborating documents to plaintiffs' counsel and to select news organizations. It is not
23   an overstatement to say that Mr. Klein is a central witness in this case, and that his testimony and
24   documents are the key evidence supporting the plaintiffs' pending motion for a preliminary
25   injunction. Mr. Klein has not sought, and he does not intend to seek, any monetary compensation
26   for the harm caused by AT&T's conduct. Instead, his sole interest in this proceeding is seeing to
27   it that the plaintiffs' grievances are heard by a court of law, and that the unlawful inception of
28   Internet-based communications is halted.

In sum, Mr. Klein has "unique information or [a] perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* (internal quotation marks and citation omitted). Mr. Klein believes that his submission will aid the Court in adjudicating various issues that have arisen in this case, such as the defendants' requests to seal certain papers and to compel the return of documents, and the United States' anticipated assertion of the state secrets privilege. His amicus brief "is at least relevant to the issues raised by the parties [and the government] for the court's consideration[.]" *In re McKesson HBOC, Inc. ERISA Litigation*, 2005 U.S. Dist. LEXIS 7078, at *3 (N.D. Cal. Mar. 31, 2005). Mr. Klein respectfully submits that it would be patently unfair for the Court to rule on these potentially dispositive motions before hearing from him.

As is set forth in the accompanying Declaration of James J. Brosnahan, Mr. Klein sought consent to file his papers from counsel for both the plaintiffs and the defendants. Counsel for the plaintiffs stipulated the Mr. Klein's participation; counsel for the defendants did not. *See* Decl. of James J. Brosnahan at ¶¶ 2-3.

For the foregoing reasons, Mr. Klein respectfully requests that the Court grant this motion and accept the accompanying Brief of Amicus Curiae.

Dated: May 4, 2006

JAMES J. BROSNAHAN
TONY WEST
MORRISON & FOERSTER LLP

By:     /s/
    James J. Brosnahan
    Attorneys for MARK KLEIN

ISMAIL RAMSEY
MILES EHRLICH
RAMSEY & EHLRICH LLP

By:     /s/
    Ismail Ramsey
    Attorneys for MARK KLEIN