JAMES J. BROSNAHAN (BAR NO. 34555)
TONY WEST (BAR NO. 164151)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
JBrosnahan@mofo.com

ISMAIL RAMSEY (BAR NO. 189820)
MILES EHRLICH (BAR NO. 237954)
RAMSEY & EHLRICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.548.3600
Facsimile: 510.548.3601
miles@ramsey-ehrlich.com

Attorneys for MARK KLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendant. | Case No. C-06-00672-VRW<br><br>**DECLARATION OF JAMES J. BROSNAHAN IN SUPPORT OF MOTION OF MARK KLEIN FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 6 (17th floor)<br>Judge: Hon. Vaughn Walker |

I, James J. Brosnahan, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP and counsel for proposed amicus curiae Mark Klein. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. At approximately 11:00 a.m. on May 2, 2006, I faxed a letter to Cindy Cohn, counsel for the plaintiffs, and David Anderson, counsel for the defendants, informing them that Mark Klein intends to move this Court for leave to file a brief as amicus curiae. I requested that they advise me by 3:00 p.m. that day whether they would stipulate to this filing pursuant to Civil Local Rule 7-11. A true and correct copy of my letter to counsel is attached hereto as Exhibit A.

3. Counsel for the plaintiffs stipulated to the filing of Mr. Klein's amicus brief. Counsel for the defendants did not sign and return the proposed stipulation. A true and correct copy of the partially executed stipulation is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California that the statements contained in this declaration are true and correct.

Executed on this 4th day of May, 2006, at San Francisco, California.

/s/
James J. Brosnahan

C-06-00672-VRW
sf-2123171

2