JAMES J. BROSNAHAN (BAR NO. 34555)
TONY WEST (BAR NO. 164151)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
JBrosnahan@mofo.com

ISMAIL RAMSEY (BAR NO. 189820)
MILES EHRLICH (BAR NO. 237954)
RAMSEY & EHLRICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.548.3600
Facsimile: 510.548.3601
miles@ramsey-ehrlich.com

Attorneys for MARK KLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., AT&T INC. and DOES 1-20, inclusive, <br><br> Defendant. | Case No. C-06-00672-VRW <br><br> **[PROPOSED] ORDER GRANTING MARK KLEIN'S MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE** <br><br> Hearing Date: N/A <br> Time: N/A <br> Courtroom: 6 (17th floor) <br> Judge: Hon. Vaughn Walker |

Pursuant to Civil Local Rule 7-11, and good cause appearing, the Court hereby GRANTS Mark Klein's Motion for Leave to File Brief as Amicus Curiae.

IT IS SO ORDERED.

Dated: _____     _____
The Honorable Vaughn R. Walker
Chief United States District Court Judge