JAMES J. BROSNAHAN (BAR NO. 34555)
TONY WEST (BAR NO. 164151)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
JBrosnahan@mofo.com

ISMAIL RAMSEY (BAR NO. 189820)
MILES EHRLICH (BAR NO. 237954)
RAMSEY & EHLRICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.548.3600
Facsimile: 510.548.3601
miles@ramsey-ehrlich.com

Attorneys for MARK KLEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendant. | Case No. C-06-00672-VRW<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 6 (17th floor)<br>Judge: Hon. Vaughn Walker |

CERTIFICATE OF SERVICE BY MAIL

sf-2125275

CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

NOTICE OF MOTION AND MOTION OF MARK KLEIN FOR LEAVE
TO FILE BRIEF AS AMICUS CURIAE

DECLARATION OF JAMES J. BROSNAHAN IN SUPPORT OF
MOTION OF MARK KLEIN FOR LEAVE TO FILE BRIEF AS AMICUS
CURIAE

[PROPOSED] ORDER GRANTING MARK KLEIN'S MOTION FOR
LEAVE TO FILE BRIEF AS AMICUS CURIAE

BRIEF OF AMICUS CURIAE MARK KLEIN

AMICUS CURIAE MARK KLEIN'S SUBMISSION OF LEGAL
AUTHORITY REGARDING STATE SECRETS PRIVILEGE

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| David W. Carpenter | David L. Lawson |
| Sidley Austin Brown & Wood LLP | Sidley Austin Brown & Wood |
| Bank One Plaza | 172 Eye Street, N.W. |
| 10 South Dearborn Street | Washington, DC 2006 |
| Chicago, IL 60600 | |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 5th day of May, 2006.

/s/
Brian Martinez