PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
BRIAN J. WONG #226940
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8010
Facsimile: (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**NOTICE OF MANUAL FILING OF DEFENDANT AT&T CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL DOCUMENTS [DKT. 41-44]**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

1    Please take notice that the filing of Defendant AT&T Corp.'s Reply Memorandum

2    in Support of Motion to Compel Return of Confidential Documents [Dkt. 41-44] is in paper

3    form only, and is being maintained in the case file in the Clerk's office.  If you are a

4    participant in this case, a hard copy of this filing will be served shortly.

5    This filing was not e-filed because it is being lodged with the court pursuant to Civil

6    L.R. 79-5.

7    Dated:  May 5, 2006.

|     |                                         |
|-----|-----------------------------------------|
| 8   | SIDLEY AUSTIN LLP                       |
|     | DAVID W. CARPENTER                      |
| 9   | BRADFORD A. BERENSON                    |
|     | DAVID L. LAWSON                         |
| 10  | EDWARD R. McNICHOLAS                    |
|     | 1501 K Street, N.W.                     |
| 11  | Washington, D.C.  20005                 |
|     |                                         |
| 12  | PILLSBURY WINTHROP SHAW PITTMAN LLP     |
|     | BRUCE A. ERICSON                        |
| 13  | DAVID L. ANDERSON                       |
|     | JACOB R. SORENSEN                       |
| 14  | MARC H. AXELBAUM                        |
|     | BRIAN J. WONG                           |
| 15  | 50 Fremont Street                       |
|     | Post Office Box 7880                    |
| 16  | San Francisco, CA  94120-7880           |
| 17  |                                         |
|     | By          /s/ Bruce A. Ericson        |
| 18  |                 Bruce A. Ericson        |
|     | Attorneys for Defendants                |
| 19  | AT&T CORP. and AT&T INC.                |