```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
 2  DAVID L. ANDERSON #149604
    PATRICK S. THOMPSON #160804
 3  JACOB R. SORENSEN #209134
    BRIAN J. WONG #226940
 4  50 Fremont Street
    Post Office Box 7880
 5  San Francisco, CA  94120-7880
    Telephone: (415) 983-1000
 6  Facsimile: (415) 983-1200
    Email:  bruce.ericson@pillsburylaw.com
 7
    SIDLEY AUSTIN LLP
 8  DAVID W. CARPENTER (admitted pro hac vice)
    BRADFORD BERENSON (admitted pro hac vice)
 9  EDWARD R. McNICHOLAS (admitted pro hac vice)
    DAVID L. LAWSON (admitted pro hac vice)
10  1501 K Street, N.W.
    Washington, D.C.  20005
11  Telephone:  (202) 736-8010
    Facsimile:  (202) 736-8711
12  Email:  bberenson@sidley.com

13  Attorneys for Defendants
    AT&T CORP. and AT&T INC.
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>　　　　　　　　　　Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>**[Civ. L.R. 6-1(a)]**<br><br>Courtroom: 6, 17th Floor<br>Judge:　　Hon. Vaughn R. Walker |

700447871v1

Proof of Service Via U.S. Mail
No. C-06-0672-VRW

1    I, Juliana Curmi, the undersigned, hereby declare as follows:

2    1.    I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

5    2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

8    3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

13    4.    On May 5, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly **NOTICE OF MANUAL FILING OF DEFENDANT AT&T CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL DOCUMENTS [DKT. 41-44]** by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

David W. Carpenter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

David L. Lawson
Sidley Austin Brown & Wood
1501 K Street, N.W.
Washington, D.C. 20005

1    I declare under penalty of perjury that the foregoing is true and correct. Executed
2 this 5th day of May, 2006, at San Francisco, California.
3
4
5                                     _____
                                            Juliana Curmi
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28