```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
 2  DAVID L. ANDERSON #149604
    PATRICK S. THOMPSON #160804
 3  JACOB R. SORENSEN #209134
    BRIAN J. WONG #226940
 4  50 Fremont Street
    Post Office Box 7880
 5  San Francisco, CA  94120-7880
    Telephone:  (415) 983-1000
 6  Facsimile:  (415) 983-1200
    Email:  bruce.ericson@pillsburylaw.com
 7
    SIDLEY AUSTIN LLP
 8  DAVID W. CARPENTER (pro hac vice application pending)
    BRADFORD A. BERENSON (pro hac vice application pending)
 9  DAVID L. LAWSON (pro hac vice application pending)
    EDWARD R. McNICHOLAS (pro hac vice application pending)
10  1501 K Street, N.W.
    Washington, D.C.  20005
11  Telephone:  (202) 736-8010
    Facsimile:  (202) 736-8711
12
    Attorneys for Defendants
13  AT&T CORP. and AT&T INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>    vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>                            Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA HAND DELIVERY AND U.S. MAIL**<br><br>Date:       To be set by the Court<br>Time:       To be set by the Court<br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

| | |
|---|---|
| 1 | Docket No. C-06-0672 VRW |
| 2 | PROOF OF SERVICE BY HAND DELIVERY |

I, Alberto Reyes, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Worldwide Network, Inc..

2. My business address is 520 Townsend Street, 1st Floor, San Francisco, CA 94103.

3. On May 5, 2006, I served a true copy of the attached document titled exactly:

- **DEFENDANT AT&T'S CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL DOCUMENTS [DKT. 41-44]**

by placing it in addressed sealed envelopes clearly labeled to identify the attorneys being served at the addresses shown below and delivering it to the attorneys, or to the office of the attorneys and leaving it with a receptionist or other person having charge thereof, or (if there was no such person at the office) by leaving it between 9 A.M. and 8:30 P.M. in a conspicuous place in the office. Such service was effected on the following attorneys:

Cindy A. Cohn, Esq.
Lee Tien, Esq.
Kurt Opsahl, Esq.
Kevin S. Bankston, Esq.
Corynne McSherry, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Richard R. Wiebe, Esq.
Law Office of Richard R. Wiebe
425 California Street
Suite 2025
San Francisco, CA 94104

1        I declare under penalty of perjury that the foregoing is true and correct. Executed
2 this 8th day of May, 2006, at San Francisco, California.

                                                                                 _____
                                                                                  Alberto Reyes

700432491v1

| | |
|---|---|
| 1 | Docket No. C-06-0672 VRW |
| 2 | PROOF OF SERVICE BY HAND DELIVERY |

1 Docket No. C-06-0672 VRW

2 PROOF OF SERVICE BY HAND DELIVERY

3   I, Sebastian Ocejo, the undersigned, hereby declare as follows:

4   1. I am over the age of 18 years and am not a party to the within cause. I am

5 employed by Worldwide Network, Inc..

6   2. My business address is 520 Townsend Street, 1st Floor, San Francisco, CA

7 94103.

8   3. On May 8, 2006, I served a true copy of the attached document titled exactly

9   - **DEFENDANT AT&T'S CORP.'S REPLY MEMORANDUM IN**

10     **SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL**

11     **DOCUMENTS [DKT. 41-44]**

12 by placing it in an addressed sealed envelope clearly labeled to identify the attorney being

13 served at the address shown below and delivering it to the attorney, or to the office of the

14 attorney and leaving it with a receptionist or other person having charge thereof, or (if there

15 was no such person at the office) by leaving it between 9 A.M. and 5 P.M. in a conspicuous

16 place in the office. Such service was effected on the following attorneys:

17 Reed R. Kathrein, Esq.
18 Attorney at Law
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
19 100 Pine Street
Suite 2600
20 San Francisco, CA 94111

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed
2 | this 8th day of May, 2006, at San Francisco, California.
3
4
5 | _____
   | Sebastian Ocejo
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

700432491v1

| | |
|---|---|
| 1 | Docket No. C-06-0672 VRW |
| 2 | <u>PROOF OF SERVICE BY MAIL</u> |

1  Docket No. C-06-0672 VRW

2  <u>PROOF OF SERVICE BY MAIL</u>

3  I, Winnifred J. Girard, the undersigned, hereby declare as follows:

4  1. I am over the age of 18 years and am not a party to the within cause. I am

5  employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

6  California.

7  2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8  My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

9  3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

10 collection and processing of correspondence for mailing with the United States Postal

11 Service; in the ordinary course of business, correspondence placed in interoffice mail is

12 deposited with the United States Postal Service with first class postage thereon fully

13 prepaid on the same day it is placed for collection and mailing.

14 4. On May 8, 2006, at 50 Fremont Street, San Francisco, California, I served a

15 true copy of the attached document titled exactly:

16 - **DEFENDANT AT&T'S CORP.'S REPLY MEMORANDUM IN**
17 **SUPPORT OF MOTION TO COMPEL RETURN OF CONFIDENTIAL**
18 **DOCUMENTS [DKT. 41-44]**

19 by placing it in an addressed, sealed envelope clearly labeled to identify the person being

20 served at the address shown below and placed in interoffice mail for collection and deposit

21 in the United States Postal Service on that date following ordinary business practices:

22 Theresa M. Traber, Esq.
Traber & Voorhees
23 128 North Fair Oaks Avenue
24 Suite 204
Pasadena, CA 91103-3650
25

26

27

28

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed
2 | this 8th day of May, 2006, at San Francisco, California.

*Winnifred J. Girard*

Winnifred J. Girard