PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax:     (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. C-06-0672-VRW<br><br>ADMINISTRATIVE MOTION BY THE UNITED STATES OF AMERICA TO SET HEARING DATE FOR THE UNITED STATES' MOTIONS<br><br>[Civ. L.R. 7-11]<br><br>Judge:          The Hon. Vaughn R. Walker<br>Courtroom:   6, 17th Floor |

ADMINISTRATIVE MOTION TO SET HEARING DATE FOR THE UNITED STATES' MOTIONS BY THE UNITED STATES OF AMERICA
Case No. C 06-0672-VRW

Intervenor defendant United States of America hereby moves, pursuant to Civil L.R. 7-11, for an order setting the hearing date for the United States' Motion To Intervene and for the United States' Motion To Dismiss Or, In The Alternative, For Summary Judgment, for June 21, 2006, the same hearing date as Plaintiffs' Motion For Preliminary Injunction. The reasons for this request are as follows:

1.      The United States has filed a Motion To Intervene and a Motion To Dismiss Or, In The Alternative, For Summary Judgment. Through these motions, the United States seeks to intervene in this action for the purpose of seeking dismissal or summary judgment based on the assertion of the military and state secrets privilege and specified statutory privileges.

2.      Plaintiffs have filed a motion for preliminary injunction, which currently has a hearing date of June 21, 2006.

3.      Because the United States is seeking dismissal or summary judgment based on the assertion of the military and state secrets privilege and specified statutory privileges, the United States' motions logically need to be heard prior to, or at the same time as, Plaintiffs' pending Motion for Preliminary Injunction. Thus, the United States believes it would be most efficient for the Court to hear the United States' motions prior to, or at the same time as, Plaintiffs' Motion for Preliminary Injunction.

4.      As explained in the attached Declaration of Anthony J. Coppolino, Defendants do not oppose this motion, and Plaintiffs reserve their position regarding whether to oppose this motion until the scheduling conference currently set for May 17, 2006.

Accordingly, the United States respectfully requests that the Court set a hearing date on the United States' Motion To Intervene and on its Motion To Dismiss Or, In The Alternative, For Summary Judgment for June 21, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

*s/Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

*s/Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
andrew.tannenbaum@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States

DATED: May 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **ADMINISTRATIVE MOTION BY THE UNITED STATES OF AMERICA TO SET HEARING DATE FOR THE UNITED STATES' MOTIONS** will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

Electronic Frontier Foundation
Cindy Cohn
Lee Tien
Kurt Opsahl
Kevin S. Bankston
Corynne McSherry
James S. Tyre
545 Shotwell Street
San Francisco, CA 94110

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
100 Pine Street, Suite 2600
San Francisco, CA 94111

Traber & Voorhees
Bert Voorhees
Theresa M. Traber
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Pillsbury Winthrop Shaw Pittman LLP
Bruce A. Ericson
David L. Anderson
Patrick S. Thompson
Jacob R. Sorensen
Brian J. Wong
50 Freemont Street
PO Box 7880
San Francisco, CA 94120-7880

Sidney Austin LLP
David W. Carpenter
Bradford Berenson
Edward R. McNicholas
David L. Lawson
1501 K Street, NW
Washington, DC 20005

_s/ Anthony J. Coppolino_

CERTIFICATE OF SERVICE, Case No. C 06-0672-VRW