PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782/(202) 514-4263
Fax:     (202) 616-8460/(202) 616-8202/(202) 318-2461

Attorneys for Intervenor Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP., AT&T INC. and DOES 1-20, inclusive, <br><br> Defendants. | Case No. C-06-0672-VRW <br><br> **UNITED STATES'S NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* MATERIAL** <br><br> Judge:     The Hon. Vaughn R. Walker <br> Hearing Date: <br> Courtroom:  6, 17th Floor |

UNITED STATES'S NOTICE OF LODGING OF
*IN CAMERA*, *EX PARTE* MATERIAL
Case No. C 06-0672-VRW

# UNITED STATES'S NOTICE OF LODGING OF
# *IN CAMERA*, *EX PARTE* MATERIAL

Intervenor the United States of America hereby provides Notice of the submission, for the Court's *in camera, ex parte* consideration, of the following materials in support of the United States' assertion of the military and state secrets privilege and the United States' Motion to Dismiss Or, In The Alternative, For Summary Judgment:

(1) The *In Camera*, *Ex Parte* Memorandum Of The United States In Support Of The Military And State Secrets Privilege And Motion To Dismiss Or, In The Alternative, For Summary Judgment;[1]

(2) The *In Camera*, *Ex Parte* Declaration of John D. Negroponte, Director of National Intelligence;[2] and

(3) The *In Camera*, *Ex Parte* Declaration of Lieutenant General Keith B. Alexander, Director, National Security Agency.[3]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

---

[1] An unclassified version of this document has been filed on the public record.

[2] An unclassified declaration of John D. Negroponte, Director of National Intelligence has been filed on the public record.

[3] An unclassified declaration of Lieutenant General Keith B. Alexander, Director, National Security Agency, has been filed on the public record.

<pre>
                         s/Anthony J. Coppolino
                        ANTHONY J. COPPOLINO
                        Special Litigation Counsel
                        tony.coppolino@usdoj.gov

                         s/Andrew H. Tannenbaum
                        ANDREW H. TANNENBAUM
                        Trial Attorney
                        andrew.tannenbaum@usdoj.gov
                        U.S. Department of Justice
                        Civil Division, Federal Programs Branch
                        20 Massachusetts Avenue, NW
                        Washington, D.C. 20001
                        Phone: (202) 514-4782/(202) 514-4336
                        Fax: (202) 616-8460/(202) 616-8202/(202) 318-2461
DATED: May 12, 2006     Attorneys for Intervenor Defendant United States
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF NOTICE OF LODGING OF *IN CAMERA, EX PARTE* MATERIAL** will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

Electronic Frontier Foundation
Cindy Cohn
Lee Tien
Kurt Opsahl
Kevin S. Bankston
Corynne McSherry
James S. Tyre
545 Shotwell Street
San Francisco, CA 94110

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
100 Pine Street, Suite 2600
San Francisco, CA 94111

Traber & Voorhees
Bert Voorhees
Theresa M. Traber
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Pillsbury Winthrop Shaw Pittman LLP
Bruce A. Ericson
David L. Anderson
Patrick S. Thompson
Jacob R. Sorensen
Brian J. Wong
50 Freemont Street
PO Box 7880
San Francisco, CA 94120-7880

Sidney Austin LLP
David W. Carpenter
Bradford Berenson
Edward R. McNicholas
David L. Lawson
1501 K Street, NW
Washington, DC 20005

                                                *s/ Anthony J. Coppolino*