| | |
|---|---|
| 1  ELECTRONIC FRONTIER FOUNDATION | |
|    CINDY COHN (145997) | |
| 2  cindy@eff.org | |
|    LEE TIEN (148216) | |
| 3  tien@eff.org | |
|    KURT OPSAHL (191303) | |
| 4  kurt@eff.org | |
|    KEVIN S. BANKSTON (217026) | |
| 5  bankston@eff.org | TRABER & VOORHEES |
|    CORYNNE MCSHERRY (221504) | BERT VOORHEES (137623) |
| 6  corynne@eff.org | bv@tvlegal.com |
|    JAMES S. TYRE (083117) | THERESA M. TRABER (116305) |
| 7  jstyre@eff.org | tmt@tvlegal.com |
|    454 Shotwell Street | 128 North Fair Oaks Avenue, Suite 204 |
| 8  San Francisco, CA  94110 | Pasadena, CA  91103 |
|    Telephone:  415/436-9333 | Telephone:  626/585-9611 |
| 9  415/436-9993 (fax) | 626/ 577-7079 (fax) |

10  Attorneys for Plaintiffs

11  [Additional counsel appear on signature page.]

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14  TASH HEPTING, GREGORY HICKS,          )   No. C-06-00672-VRW
    CAROLYN JEWEL and ERIK KNUTZEN, on    )
15  Behalf of Themselves and All Others Similarly ) CLASS ACTION
    Situated,                             )
16                                        )   MANUAL FILING NOTIFICATION
                          Plaintiffs,     )   REGARDING PLAINTIFFS'
17                                        )   MEMORANDUM OF POINTS AND
        vs.                               )   AUTHORITIES IN RESPONSE TO
18                                        )   COURT'S MAY 17, 2006 MINUTE ORDER
    AT&T CORP., et al.                    )
19                                        )
                          Defendants.     )
20  _____)

| | |
|---|---|
| 1 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 2 | Clerk's office. |
| 3 | If you are a participant on this case, this filing will be served in hard-copy shortly. |
| 4 | For information on retrieving this filing directly from the Court, please see the Court's main |
| 5 | website at http://www.cand.uscourts.gov under Frequently Asked Questions ("FAQ"). |
| 6 | This filing was not efiled for the following reason(s): |
| 7 | ___ Voluminous Document (PDF file size larger than efiling system allowances) |
| 8 | ___ Unable to Scan Documents |
| 9 | ___ Physical Object (description): _____ |
| 10 | ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 11 | _X_ Item Under Seal |
| 12 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 13 | ___ Other (description): _____ |

DATED: May 22, 2006

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE

                                             s/ Lee Tien
                                             LEE TIEN

454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/577-7079 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN

JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)

HELLER EHRMAN LLP
ROBERT D. FRAM
MICHAEL M. MARKMAN
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
Telephone: 415/772-6000
415/772-6268 (fax)

Attorneys for Plaintiffs

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER. In compliance with General Order 45, X.B., I hereby attest that Lee Tien has concurred in this filing.

W:\AT&T Privacy\mis00031163.doc