ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T CORP., et al. <br><br> Defendants. | No. C-06-00672-VRW <br><br> <u>CLASS ACTION</u> <br><br> PROOF OF SERVICE |

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on May 22, 2006, I electronically filed the following with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | caused to be served by hand delivery to counsel at all San Francisco addresses, and by overnight |
| 6 | delivery upon counsel at all addresses outside of San Francisco, as identified in the attached service |
| 7 | list: |
| 8 | (a) PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER – PUBLIC REDACTED VERSION; |
| 9 | |
| 10 | (b) DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER; and |
| 11 | |
| 12 | (c) MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER. |
| 13 | |
| 14 | In addition, I hereby certify that on May 22, 2006, I caused the following document to be |
| 15 | served by hand delivery to counsel at all San Francisco addresses, and by overnight delivery upon |
| 16 | counsel at all addresses outside of San Francisco, as identified in the attached service list: |
| 17 | (a) PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN |
| 18 | RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER – FILED UNDER SEAL |
| 19 | PURSUANT TO CIVIL LOCAL RULE 79-5; |
| 20 | DATED: May 22, 2006      LERACH COUGHLIN STOIA GELLER |
| 21 |       RUDMAN & ROBBINS LLP<br>REED R. KATHREIN |
| 22 | JEFF D. FRIEDMAN<br>SHANA E. SCARLETT |
| 23 | MARIA V. MORRIS |
| 24 | |
| 25 |     /s/ Shana E. Scarlett<br>SHANA E. SCARLETT |
| 26 | 100 Pine Street, Suite 2600 |
| 27 | San Francisco, CA 94111<br>Telephone: 415/288-4545 |
| 28 | 415/288-4534 (fax) |

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/577-7079 (fax)

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)

HELLER EHRMAN LLP
ROBERT D. FRAM
MICHAEL M. MARKMAN
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
Telephone: 415/772-6000
415/772-6268 (fax)

Attorneys for Plaintiffs

W:\AT&T Privacy\POS00031176.doc


# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com

- **Kurt Opsahl**
  kurt@eff.org

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org aram@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**David W. Carpenter**
```
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600
```

**David L. Lawson**
```
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
```

AT&T PRIVACY

Service List - 5/22/2006 (06-0010)

Page 1 of 2

**Defendant(s)**

| | |
|---|---|
| David L. Anderson<br>Bruce A. Ericson<br>Reginald D. Steer<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA  94105-2228<br>   415/983-1000<br>   415/983-1200 (Fax) | Bradford A. Berenson<br>David W. Carpenter<br>Edward R. McNicholas<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC  20005<br>   202/736-8000<br>   202/736-8711 (Fax) |

**Plaintiff(s)**

| | |
|---|---|
| Cindy Cohn<br>Lee Tien<br>Kurt Opsahl<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA  94110<br>   415/436-9333<br>   415/436-9993 (Fax) | Robert D. Fram<br>Michael M. Markman<br>Heller Ehrman LLP<br>333 Bush Street, Suite 3100<br>San Francisco, CA  94104-2878<br>   415/772-6000<br>   415/772-6268 (Fax) |
| Richard R. Wiebe<br>Law Office of Richard D. Wiebe<br>425 California Street, Suite 2025<br>San Francisco, CA  94104<br>   415/433-3200<br>   415/433-6382 (Fax) | Reed R. Kathrein<br>Jeff D. Friedman<br>Shana E. Scarlett<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534 (Fax) |
| Bert Voorhees<br>Theresa M. Traber<br>Traber & Voorhees<br>128 North Fair Oaks Ave., Suite 204<br>Pasadena, CA  91103<br>   626/585-9611<br>   626/577-7079 (Fax) | |

**Counsel for Intervenors**

Anthony J. Coppolino

Special Litigation Counsel

Andrew H. Tannenbaum

U.S. Department of Justice

Civil Division, Fed. Programs Branch

20 Massachusetts Ave., N.W., Rm. 6102

Washington, DC  20001

   202/514-4782

   202/616-8460 (Fax)