| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON #149604 |
|   | JACOB R. SORENSEN #209134 |
| 3 | MARC H. AXELBAUM #209855 |
|   | BRIAN J. WONG #226940 |
| 4 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
|   | Telephone:  (415) 983-1000 |
| 6 | Facsimile:  (415) 983-1200 |
|   | Email:  bruce.ericson@pillsburylaw.com |
| 7 | |
|   | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (admitted *pro hac vice*) |
|   | DAVID L. LAWSON (admitted *pro hac vice*) |
| 9 | BRADFORD A. BERENSON (admitted *pro hac vice*) |
|   | EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
| 10 | 1501 K Street, N.W. |
|   | Washington, D.C.  20005 |
| 11 | Telephone:  (202) 736-8010 |
|   | Facsimile:  (202) 736-8711 |
| 12 | |
|   | Attorneys for Defendants |
| 13 | AT&T CORP. and AT&T INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated, | ) | No. C-06-0672-VRW |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF MANUAL FILING OF REPLY MEMORANDUM OF DEFENDANT AT&T CORP. IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER** |
| vs. | ) | |
| AT&T CORP., AT&T INC. and DOES 1-20, inclusive, | ) | |
| Defendants. | ) | |

700464807v1

Notice of Manual Filing of Reply Mem. Of Def. AT&T Corp.
In Response To Court's May 17, 2006 Minute Order
No. C-06-0672-VRW

Dockets.Justia.com

| | |
|---|---|
| 1 | Please take notice that the un-redacted version of the Reply Memorandum Of |
| 2 | Defendant AT&T Corp. In Response To Court's May 17, 2006 Minute Order is being filed |
| 3 | in paper form only, and is being maintained in the case file in the Clerk's office. If you are |
| 4 | a participant in this case, a hard copy of this filing will be served shortly. |
| 5 | This filing was not e-filed because it is being lodged with the Court pursuant to |
| 6 | Civil L.R. 79-5. |
| 7 | Dated: May 24, 2006. |

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD A. BERENSON
DAVID L. LAWSON
EDWARD R. McNICHOLAS
1501 K Street, N.W.
Washington, D.C. 20005

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
BRIAN J. WONG
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By  /s/ Bruce A. Ericson
      Bruce A. Ericson

Attorneys for Defendants
AT&T CORP. and AT&T INC.