| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON #76342 |
| 2 | DAVID L. ANDERSON #149604 |
| | PATRICK S. THOMPSON #160804 |
| 3 | JACOB R. SORENSEN #209134 |
| | BRIAN J. WONG #226940 |
| 4 | 50 Fremont Street |
| | Post Office Box 7880 |
| 5 | San Francisco, CA 94120-7880 |
| | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| | Email: bruce.ericson@pillsburylaw.com |
| 7 | |
| | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (pro hac vice application pending) |
| | BRADFORD BERENSON (pro hac vice application pending) |
| 9 | EDWARD R. McNICHOLAS (pro hac vice application pending) |
| | DAVID L. LAWSON (pro hac vice application pending) |
| 10 | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| 11 | Telephone: (202) 736-8010 |
| | Facsimile: (202) 736-8711 |
| 12 | Email: bberenson@sidley.com |
| 13 | Attorneys for Defendants |
| | AT&T CORP. and AT&T INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>                      Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>**[Civ. L.R. 6-1(a)]**<br><br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

I, <u>Juliana Curmi</u>, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On May 24, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly:

- **REPLY MEMORANDUM OF DEFENDANT AT&T CORP. IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER [REDACTED]**

- **NOTICE OF MANUAL FILING OF REPLY MEMORANDUM OF DEFENDANT AT&T CORP. IN RESPONSE TO COURT'S MAY 17, 2006 MINUTE ORDER**

by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

David W. Carpenter
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

1  David L. Lawson
   Sidley Austin LLP
2  1501 K Street, N.W.
   Washington, D.C. 20005
3

4    I declare under penalty of perjury that the foregoing is true and correct.  Executed

5  this 24th day of May, 2006, at San Francisco, California.

_____
Juliana Curmi