Hepting et al v. AT&T Corp. et al
Doc. 144

1  Karl Olson (SBN 104760)
   Erica L. Craven (SBN 199918)
2  LEVY, RAM & OLSON LLP
   639 Front Street, 4th Floor
3  San Francisco, CA 94111
   Telephone: 415-433-4949
4  Facsimile: 415-433-7311

5  Attorneys for Intervenors *San Francisco Chronicle*,
   *Los Angeles Times*, Associated Press,
6  *San Jose Mercury News*, Bloomberg News,
   and *USA Today*

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | TASH HEPTING, GREGORY HICKS,                ) | CASE NO. CV-06-0672-VRW
   | CAROLYN JEWEL and ERIK KNUTZEN, on          ) |
15 | Behalf of Themselves and All Others Similarly ) | **CERTIFICATE OF SERVICE BY**
   | Situated,                                   ) | **MAIL**
16 |                                             ) |
   |                    Plaintiffs,              ) |
17 |                                             ) | Date:  June 23, 2006
   |         v.                                  ) | Time:  9:30 a.m.
18 |                                             ) | Place: Courtroom 6, 17th Floor
   | AT&T CORP., et al.                          ) |        [The Hon. Vaughn R. Walker]
19 |                                             ) |
   |                    Defendants.              ) |
20 |                                             ) | **Complaint Filed:** January 31, 2006
   |                                             ) |
21 |                                             ) |
   |                                             ) |
22 |_____) |

23       I, Ann Williams, state:

24       I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor,

25 San Francisco, CA 94111. I am employed in the City and County of San Francisco where this

26 mailing occurs. I am over the age of eighteen years and not a party to this action. On May 24,

27 2006, I served the foregoing documents described as:

28       1.    Notice of Motion and Motion for Leave to Intervene; Notice of Motion and
               Motion to Unseal Documents;

Case No. CV-06-0672-VRW – CERTIFICATE OF SERVICE BY MAIL                         Page 1

2. Declaration of Karl Olson in Support of Motion for Leave to Intervene and Motion to Unseal Documents;

3. [Proposed] Order Granting Motions for Leave to Intervene and Unseal Records

on the following person(s) in this action addressed as follows:

| | |
|---|---|
| David W. Carpenter<br>Sidley Austin Brown & Wood LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60600 | David L. Lawson<br>Sidley Austin Brown & Wood<br>172 Eye Street, N.W.<br>Washington, DC 20006 |

**X** **BY FIRST CLASS MAIL - I am readily familiar with my firm's practices for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.**

☐ BY PERSONAL SERVICE: - I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ BY OVERNIGHT MAIL - I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

☐ BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 24, 2006 at San Francisco, California.

*/s/ Ann Williams*
Ann Williams

F:\Docs\1064-02\Pleadings\Certificate of Service by Mail.wpd