

# The Electronic Frontier Foundation

May 25, 2006

Hon. Vaughn R. Walker
Chief Judge
United States District Court
 for the Northern District of California
Courtroom 6
450 Golden Gate Avenue, 16th Floor,
San Francisco, CA 94102

Re: <u>Hepting v. AT&T</u> C-06-0672-VRW

Dear Judge Walker:

Pursuant to this Court's Minute Order of May 17, 2006, the parties have conferred and are hereby submitting the attached jointly agreed-upon redacted versions of the preliminary injunction motion (Doc #30) and the Klein declaration (Doc #31).

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

KURT B. OPSAHL
Staff Attorney

454 Shotwell Street, San Francisco, CA 94110 USA
+1 415 436 9333 (v) +1 415 436 9993 (f) www.eff.org