| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON #76342 |
| 2 | DAVID L. ANDERSON #149604 |
|   | JACOB R. SORENSEN #209134 |
| 3 | MARC H. AXELBAUM #209855 |
|   | BRIAN J. WONG #226940 |
| 4 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 5 | San Francisco, CA 94120-7880 |
|   | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
|   | Email: bruce.ericson@pillsburylaw.com |
| 7 | |
|   | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (admitted *pro hac vice*) |
|   | DAVID L. LAWSON (admitted *pro hac vice*) |
| 9 | BRADFORD BERENSON (admitted *pro hac vice*) |
|   | EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
| 10 | 1501 K Street, N.W. |
|   | Washington, D.C. 20005 |
| 11 | Telephone: (202) 736-8010 |
|   | Facsimile: (202) 736-8711 |
| 12 | Email: bberenson@sidley.com |
| 13 | Attorneys for Defendants |
|   | AT&T CORP. and AT&T INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated, | | No. C-06-0672-VRW |
| | | **PROOF OF SERVICE VIA U.S. MAIL** |
| | Plaintiffs, | |
| vs. | | Courtroom: 6, 17th Floor |
| | | Judge: Hon. Vaughn R. Walker |
| AT&T CORP., AT&T INC. and DOES 1-20, inclusive, | | |
| | Defendants. | |

1   I, David A. Kramlick, the undersigned, hereby declare as follows:

2   1.   I am over the age of 18 years and am not a party to the within cause. I am
3   employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco,
4   State of California.

5   2.   My business address is 50 Fremont Street, San Francisco, CA 94105-
6   2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA
7   94120-7880.

8   3.   I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for
9   collection and processing of correspondence for mailing with the United States Postal
10  Service; in the ordinary course of business, correspondence placed in interoffice mail is
11  deposited with the United States Postal Service with first class postage thereon fully
12  prepaid on the same day it is placed for collection and mailing.

13  4.   On May 26, 2006, at 50 Fremont Street, San Francisco, California, I
14  served a true copy of the attached document(s) titled exactly:

15  - **AT&T'S OPPOSITION TO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF LYCOS, INC. AND WIRED NEWS FOR ORDERS PERMITTING INTERVENTION AND UNSEALING DOCUMENTS; and**

18  - **DECLARATION OF BRUCE A. ERICSON IN SUPPORT OF AT&T'S OPPOSITION TO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION OF LYCOS, INC. AND WIRED NEWS FOR ORDERS PERMITTING INTERVENTION AND UNSEALING DOCUMENTS**

22  by placing it/them in an addressed, sealed envelope clearly labeled to identify the person
23  being served at the address shown below and placed in interoffice mail for collection and
24  deposit in the United States Postal Service on that date following ordinary business
25  practices:

26
27
28

700467309v1

1  David W. Carpenter
   Sidley Austin LLP
2  One South Dearborn Street
   Chicago, IL 60603
3

4  David L. Lawson
   Sidley Austin LLP
5  1501 K Street, N.W.
   Washington, D.C. 20005
6

7       I declare under penalty of perjury that the foregoing is true and correct. Executed
8  this 26th day of May, 2006, at San Francisco, California.

_____
David A. Kramlick