| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON  #149604<br>JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM  #209855<br>BRIAN J. WONG  #226940 |
| 4 | DANIEL J. RICHERT #232208<br>50 Fremont Street |
| 5 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 6 | Telephone:  (415) 983-1000<br>Facsimile:  (415) 983-1200 |
| 7 | Email:  bruce.ericson@pillsburylaw.com |
| 8 | SIDLEY AUSTIN LLP<br>DAVID W. CARPENTER (admitted *pro hac vice*) |
| 9 | BRADFORD A. BERENSON (admitted *pro hac vice*)<br>DAVID L. LAWSON (admitted *pro hac vice*) |
| 10 | EDWARD R. McNICHOLAS (admitted *pro hac vice*)<br>1501 K Street, N.W. |
| 11 | Washington, D.C.  20005<br>Telephone:  (202) 736-8010 |
| 12 | Facsimile:  (202) 736-8711 |
| 13 | Attorneys for Defendants<br>AT&T CORP. and AT&T INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**DEFENDANT AT&T CORP.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker<br><br>[Civ. L.R. 7-11] |

| | |
|---|---|
| 1 | Defendant **AT&T CORP.** ("AT&T") brings this motion pursuant to Local Rule 7- |
| 2 | 11 to remove the Reply Memorandum of Defendant AT&T Corp. in Response to Court's |
| 3 | May 17, 2006 Minute Order (Dkt. 141; "Redacted Reply") from the Court's docket. |
| 4 | **I.    ADMINISTRATIVE RELIEF SOUGHT.** |
| 5 | AT&T respectfully requests that the Court remove the incorrectly filed Redacted |
| 6 | Reply (Dkt. 141) from its files and enter the proposed order filed herewith. |
| 7 | **II.    REASONS FOR SEEKING ADMINISTRATIVE RELIEF.** |
| 8 | On May 24, 2006, counsel for AT&T e-filed a version of the Redacted Reply.  Only |
| 9 | today, however, did counsel learn that e-filed version of the Redacted Reply could be |
| 10 | manipulated to reveal the redacted text.  Ericson Declaration, filed herewith, ¶¶ 2-5. |
| 11 | On the morning on May 26, 2006, counsel for AT&T received an e-mail from |
| 12 | CNET News.com that said:  "CNET News.com has learned that portions of the redacted |
| 13 | material filed with the court are readable using certain computer programs."  *Id.* ¶ 3.  Later, |
| 14 | CNET News.com said that the Redacted Reply was the pleading in which it could view |
| 15 | redacted material.  This was the first time that AT&T learned that redacted text in the |
| 16 | Redacted Reply could be viewed if manipulated.  *Id.* ¶ 4.  Upon learning this fact, counsel |
| 17 | for AT&T immediately contacted the Court and had the Redacted Reply locked to prevent |
| 18 | public access.  AT&T has e-filed a replacement version of the Redacted Reply with the |
| 19 | Court; it is Dkt. 150.  *Id.* ¶ 5. |
| 20 | Dated:  May 26, 2006. |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON |
| 2 | DAVID L. ANDERSON |
| | JACOB R. SORENSEN |
| 3 | MARC H. AXELBAUM |
| | BRIAN J. WONG |
| 4 | DANIEL J. RICHERT |
| | 50 Fremont Street |
| 5 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 6 | |
| | SIDLEY AUSTIN LLP |
| 7 | DAVID W. CARPENTER |
| | BRADFORD A. BERENSON |
| 8 | DAVID L. LAWSON |
| | EDWARD R. McNICHOLAS |
| 9 | 1501 K Street, N.W. |
| | Washington, D.C.  20005 |

By  /s/ Bruce A. Ericson
          Bruce A. Ericson

Attorneys for Defendants
AT&T CORP. and AT&T INC.