| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON  #149604<br>JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM  #209855<br>BRIAN J. WONG  #226940 |
| 4 | DANIEL J. RICHERT #232208<br>50 Fremont Street |
| 5 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 6 | Telephone:  (415) 983-1000<br>Facsimile:  (415) 983-1200 |
| 7 | Email:  bruce.ericson@pillsburylaw.com |
| 8 | SIDLEY AUSTIN LLP<br>DAVID W. CARPENTER (admitted *pro hac vice*) |
| 9 | BRADFORD A. BERENSON (admitted *pro hac vice*)<br>DAVID L. LAWSON (admitted *pro hac vice*) |
| 10 | EDWARD R. McNICHOLAS (admitted *pro hac vice*)<br>1501 K Street, N.W. |
| 11 | Washington, D.C.  20005<br>Telephone:  (202) 736-8010 |
| 12 | Facsimile:  (202) 736-8711 |
| 13 | Attorneys for Defendants<br>AT&T CORP. and AT&T INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>       vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>                              Defendants. | No. C-06-0672-VRW<br><br>**DECLARATION OF BRUCE A. ERICSON IN SUPPORT OF DEFENDANT AT&T CORP.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Courtroom: 6, 17th Floor<br>Judge:       Hon. Vaughn R. Walker |

700467122v1                                              Ericson Decl. ISO Motion to Remove Incorrectly Filed Document
                                                                                                No. C-06-0672-VRW
                                                                                                        Dockets.Justia.com

I, **BRUCE A. ERICSON**, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and am a partner of the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for defendant **AT&T CORP.** ("AT&T") and also for specially appearing defendant **AT&T INC.** Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On May 24, 2006, counsel for AT&T e-filed a version of the Reply Memorandum of Defendant AT&T Corp. in Response to Court's May 17, 2006 Minute Order (Dkt. 141; "Redacted Reply"). At the time, counsel for AT&T did not know that the e-filed version could be manipulated by someone with the requisite computer skills to reveal the redacted text.

3. On the morning on May 26, 2006, I was contacted via e-mail by Candace Lombardi of CNET News.com and told that "CNET News.com has learned that portions of the redacted material filed with the court are readable using certain computer programs."

4. Later, CNET News.com published an article claiming that the Redacted Reply was the pleading in which CNET News was able view redacted material. This was the first time that AT&T learned that redacted text in the Redacted Reply could be viewed if manipulated.

5. Upon learning this fact, counsel for AT&T immediately contacted the Court and had the Redacted Reply locked to prevent public access. Shortly thereafter, AT&T e-filed a replacement version of the Redacted Reply with the Court; it is Dkt. 150.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2006, at San Francisco, California.

                                                                   /s/ Bruce A. Ericson
                                                                     Bruce A. Ericson