| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON  #149604<br>JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM  #209855<br>BRIAN J. WONG  #226940 |
| 4 | DANIEL J. RICHERT #232208<br>50 Fremont Street |
| 5 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 6 | Telephone:  (415) 983-1000<br>Facsimile:  (415) 983-1200 |
| 7 | Email:  bruce.ericson@pillsburylaw.com |
| 8 | SIDLEY AUSTIN LLP<br>DAVID W. CARPENTER (admitted *pro hac vice*) |
| 9 | BRADFORD A. BERENSON (admitted *pro hac vice*)<br>DAVID L. LAWSON (admitted *pro hac vice*) |
| 10 | EDWARD R. McNICHOLAS (admitted *pro hac vice*)<br>1501 K Street, N.W. |
| 11 | Washington, D.C.  20005<br>Telephone:  (202) 736-8010 |
| 12 | Facsimile:  (202) 736-8711 |
| 13 | Attorneys for Defendants<br>AT&T CORP. and AT&T INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>                              Defendants. | No. C-06-0672-VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AT&T CORP.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

1   Good cause appearing, Defendant AT&T Corp.'s Administrative Motion To
2   Remove Incorrectly Filed Document is hereby GRANTED. The Clerk is directed to
3   remove Document # 141 from the Electronic Case Filing docket for this case.
4   Dated: _____, 2006.

_____
Hon. Vaughn R. Walker
United States Chief District Judge