1  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN (145997)
2  cindy@eff.org
   LEE TIEN (148216)
3  tien@eff.org
   KURT OPSAHL (191303)
4  kurt@eff.org
   KEVIN S. BANKSTON (217026)
5  bankston@eff.org
   CORYNNE MCSHERRY (221504)
6  corynne@eff.org
   JAMES S. TYRE (083117)
7  jstyre@eff.org
   454 Shotwell Street
8  San Francisco, CA 94110
   Telephone: 415/436-9333
9  415/436-9993 (fax)

10 Attorneys for Plaintiffs

11 [Additional counsel appear on signature page.]

12

13                    UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                           SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,, | No. C-06-0672-VRW |
| 17 | **CLASS ACTION** |
| 18 | |
| 19              Plaintiffs, | **STATEMENT IN SUPPORT OF MOTIONS OF THE SAN FRANCISCO CHRONICLE ET AL. FOR LEAVE TO INTERVENE AND TO UNSEAL RECORDS (DKT. 133)** |
| 20       v. | |
| 21  AT&T CORP., et al., | |
| 22              Defendants. | **(LOCAL RULE 7-3(B))** |
| 23 | Courtroom:  6, 17th Floor<br>Judge:  The Hon. Vaughn R. Walker, Chief Judge |
| 24 | |

25

26

27

28

Dockets.Justia.com

For the reasons set forth in plaintiffs' opposition papers to defendant AT&T Corp.'s motion to file documents under seal and motion for the return of documents (Docket Nos. 33, 35, 61 to 63, 99, 100), plaintiffs support the Motion for Leave to Intervene and Motion to Unseal Records filed by media intervenors San Francisco Chronicle, The Associated Press, Los Angeles Times, Bloomberg News, USA Today and San Jose Mercury News on May 19, 2006 (Docket No. 133).

DATED: June 2, 2006

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

By _____
    Cindy A. Cohn, Esq. (SBN 145997)
    Lee Tien, Esq. (SBN 148216)
    Kurt Opsahl, Esq. (SBN 191303)
    Kevin S. Bankston, Esq. (SBN 217026)
    Corynne McSherry, Esq. (SBN 221504)
    James S. Tyre, Esq. (SBN 083117)
    454 Shotwell Street
    San Francisco, CA 94110
    Telephone:  (415) 436-9333 x108
    Facsimile:  (415) 436-9993

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: (626) 585-9611
Facsimile: (626) 577-7079

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE (121156)
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
MARIA V. MORRIS
SHANA E. SCARLETT
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | ERIC ALAN ISAACSON |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301 |
| 4 | Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
| 5 | ATTORNEYS FOR PLAINTIFFS |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

By       /s/
Lee Tien, Esq. (SBN 148216)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
tien@eff.org