| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON #149604 |
| | JACOB R. SORENSEN #209134 |
| 3 | MARC H. AXELBAUM #209855 |
| | DANIEL J. RICHERT #232208 |
| 4 | 50 Fremont Street |
| | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
| | Telephone:  (415) 983-1000 |
| 6 | Facsimile:  (415) 983-1200 |
| | Email:  bruce.ericson@pillsburylaw.com |
| 7 | |
| | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (admitted *pro hac vice*) |
| | DAVID L. LAWSON (admitted *pro hac vice*) |
| 9 | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| | EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
| 10 | 1501 K Street, N.W. |
| | Washington, D.C.  20005 |
| 11 | Telephone:  (202) 736-8010 |
| | Facsimile:  (202) 736-8711 |
| 12 | |
| | Attorneys for Defendants |
| 13 | AT&T CORP. and AT&T INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**DECLARATION OF BRUCE A. ERICSON IN SUPPORT OF DEFENDANT AT&T CORP.'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO INTERVENE AND MOTION TO UNSEAL DOCUMENTS**<br><br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker<br>Hearing:   June 23, 2006<br>Time:      9:30 a.m. |

700470524v1

Ericson Decl. ISO AT&T's Opposition to Motion
for Leave to Intervene and Motion to Unseal
No. C-06-0672-VRW

I, **BRUCE A. ERICSON**, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and am a partner of the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for defendant **AT&T CORP.** ("AT&T") and also for specially appearing defendant **AT&T INC.** (AT&T and AT&T Inc. are collectively referred to as the "Defendants"). Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On May 22, 2006, *USA Today* published on its website an article entitled "Documents on Website Purport to Show AT&T Role in Net Spying." This article contains a link that directs readers to a 29-page document that includes a purported statement from former AT&T employee Mark Klein and several AT&T confidential and proprietary documents. A true and correct copy of the article is attached hereto as Exhibit A.

3. On its website, the Electronic Frontier Foundation ("EFF") notes that its goals include "defending free speech, privacy . . . on behalf of consumers and the general public." A true and correct copy of a print-out from the EFF website is attached hereto as Exhibit B.

4. On April 29, 2006, the *San Francisco Chronicle* published an article entitled "U.S. Moves to Quash Privacy Suit Against AT&T." A true and correct copy of the article is attached hereto as Exhibit C.

5. On May 16, 2006, the *San Francisco Chronicle* published an article entitled "U.S. Opens Assault on Wiretap Suit - AT&T Is Accused of Aiding Surveillance." A true and correct copy of the article is attached hereto as Exhibit D.

6. On May 17, 2006, the *San Francisco Chronicle* published an article entitled "AT&T Loses Bid for a Closed Court - At Issue Are Papers the Company Calls Trade Secrets." A true and correct copy of the article is attached hereto as Exhibit E.

7. On May 17, 2006, the *San Francisco Chronicle* published an article entitled "AT&T Documents to Stay Sealed." A true and correct copy of the article is attached

700470524v1 -1- Ericson Decl. ISO AT&T's Opposition to Motion
for Leave to Intervene and Motion to Unseal
No. C-06-0672-VRW

hereto as Exhibit F.

       8.     On May 17, 2006, *USA Today* published an article entitled "Judge Issues Split Decision in AT&T Privacy Lawsuit." A true and correct copy of the article is attached hereto as Exhibit G.

       9.     On May 17, 2006, *USA Today* published an article from the Associated Press entitled "Judge Seals Documents in NSA Spying Suit." A true and correct copy of the article is attached hereto as Exhibit H.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2006, at San Francisco, California.

                              /s/ Bruce A. Ericson
                                  Bruce A. Ericson

700470524v1     -2-     Ericson Decl. ISO AT&T's Opposition to Motion
for Leave to Intervene and Motion to Unsea
No. C-06-0672-VRW