1  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN (145997)
2  cindy@eff.org
   LEE TIEN (148216)
3  tien@eff.org
   KURT OPSAHL (191303)
4  kurt@eff.org
   KEVIN S. BANKSTON (217026)
5  bankston@eff.org                           TRABER & VOORHEES
   CORYNNE MCSHERRY (221504)                  BERT VOORHEES (137623)
6  corynne@eff.org                            bv@tvlegal.com
   JAMES S. TYRE (083117)                     THERESA M. TRABER (116305)
7  jstyre@eff.org                             tmt@tvlegal.com
   454 Shotwell Street                        128 North Fair Oaks Avenue, Suite 204
8  San Francisco, CA  94110                   Pasadena, CA  91103
   Telephone:  415/436-9333                   Telephone:  626/585-9611
9  415/436-9993 (fax)                         626/ 577-7079 (fax)

10 Attorneys for Plaintiffs

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 TASH HEPTING, GREGORY HICKS,          )   No. C-06-00672-VRW
   CAROLYN JEWEL and ERIK KNUTZEN, on    )
14 Behalf of Themselves and All Others Similarly ) CLASS ACTION
   Situated,                             )
15                                       )   DECLARATION OF DANIEL O'BRIEN IN
                        Plaintiffs,      )   SUPPORT OF PLAINTIFFS' OPPOSITION
16                                       )   TO DEFENDANT AT&T INC.'S MOTION
        vs.                              )   TO DISMISS AMENDED COMPLAINT
17                                       )
   AT&T CORP., et al.                    )   DATE:        June 23, 2006
18                                       )   TIME:        9:30 a.m.
                        Defendants.      )   COURTROOM:   Hon. Vaughn Walker
19 _____)

I, Daniel O'Brien, hereby declare:

1. I am not a party to this action. I am of legal age, am a resident of California and am a staff member of the Electronic Frontier Foundation, co-counsel for plaintiffs in this action. I have personal knowledge of the matters stated in this declaration and if called upon to do so, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a web session I completed online, via a web browser, on May 10, 2006. I was in San Francisco, California when I conducted this web session. It records a successful attempt to place an order for an SBC phone line, and international and long distance telephone service.

3. My personal information (home address, telephone numbers, social security number, credit card number, and birth date) have been redacted from the filed version of this Declaration for privacy reasons. However, I entered my birth date incorrectly on one screen, which caused a page to be displayed that says, in effect, that I could not set up an account if I was under 18. I corrected the mistake, then proceeded with the rest of the process.

4. Attached hereto as Exhibits B, C and D are true and correct copies (except for personal information redaction) of the three email messages I received from SBC, confirming my order.

5. I declare that I received no other information or communication from AT&T in the pursuit of placing this order for an SBC phone line, and international and long distance telephone service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of June, 2006, at San Francisco, California.

_____
DANIEL O'BRIEN

W:\AT&T Privacy\DEC00031333_OBrien.DOC

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                              /s/
                                    MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:mariam@lerachlaw.com

I, Maria V. Morris, am the ECF User whose ID and password are being used to file this DECLARATION OF DANIEL O'BRIEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT AT&T INC.'S MOTION TO DISMISS AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Daniel O'Brien has concurred in this filing.

DATED: June 6, 2006                           /s/
                                          MARIA V. MORRIS

W:\AT&T Privacy\DEC00031333_OBrien.DOC

# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com,slighthill@gmail.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee Sharon Orleans**
  renee.orleans@usdoj.gov

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org aram@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
```