UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.<br><br>Defendants. | No. C-06-00672-VRW<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER DENYING AT&T INC.'S MOTION TO DISMISS AMENDED COMPLAINT |

On April 28, 2006, defendant AT&T Inc. moved pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss plaintiffs' Amended Complaint for lack of personal jurisdiction. On June 23, 2006, the motion duly came on for hearing, the Hon. Vaughn R. Walker, United States District Chief Judge, presiding. Having considered AT&T Inc.'s moving and reply papers, plaintiffs' opposition papers and the oral arguments by counsel:

1. Plaintiffs have made a *prima facie* showing that AT&T Inc.'s contacts with California are substantial and continuous enough to allow this Court to assert general jurisdiction over AT&T Inc.

2. Plaintiffs have made a *prima facie* showing that AT&T Inc. has purposely availed itself of the privileges of conducting activities in California, plaintiffs' claims arise out of or result from AT&T Inc.'s California related activities, and the exercise of jurisdiction is reasonable, thus allowing this Court to assert specific jurisdiction over AT&T Inc.

Therefore, IT IS HEREBY ORDERED that AT&T Inc.'s motion to dismiss Plaintiffs' Amended Complaint be and hereby is DENIED.

DATED: _____

THE HONORABLE VAUGHN WALKER
UNITED STATES CHIEF DISTRICT JUDGE

Submitted by:

DATED: June 6, 2006

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE

_____/s/_____
CINDY A. COHN

454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

[PROPOSED] ORDER DENYING AT&T INC.'S MOTION TO DISMISS AMENDED
COMPLAINT - C-06-00672-VRW                                                                                          - 1 -

1  TRABER & VOORHEES
2  BERT VOORHEES
   THERESA M. TRABER
3  128 North Fair Oaks Avenue, Suite 204
   Pasadena, CA 91103
4  Telephone: 626/585-9611
   626/577-7079 (fax)
5
   LERACH COUGHLIN STOIA GELLER
6     RUDMAN & ROBBINS LLP
   REED R. KATHREIN
7  JEFF D. FRIEDMAN
   SHANA E. SCARLETT
8  MARIA V. MORRIS
   100 Pine Street, Suite 2600
9  San Francisco, CA 94111
   Telephone: 415/288-4545
10 415/288-4534 (fax)

11 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
12 ERIC ALAN ISAACSON
   655 West Broadway, Suite 1900
13 San Diego, CA 92101
   Telephone: 619/231-1058
14 619/231-7423 (fax)

15 LAW OFFICE OF RICHARD R. WIEBE
   RICHARD R. WIEBE
16 425 California Street, Suite 2025
   San Francisco, CA 94104
17 Telephone: 415/433-3200
   415/433-6382 (fax)
18
   HELLER EHRMAN LLP
19 ROBERT D. FRAM
   MICHAEL M. MARKMAN
20 333 Bush Street, Suite 3100
   San Francisco, CA 94104-2878
21 Telephone: 415/772-6000
   415/772-6268 (fax)
22
   Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:mariam@lerachlaw.com

I, Maria V. Morris, am the ECF User whose ID and password are being used to file this [PROPOSED] ORDER DENYING AT&T INC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Cindy A. Cohn has concurred in this filing.

DATED: June 6, 2006

/s/
MARIA V. MORRIS

W:\AT&T Privacy\ORD00031624.doc

# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com,slighthill@gmail.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee Sharon Orleans**
  renee.orleans@usdoj.gov

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org aram@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
```