ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>  v.<br><br>AT&T CORP., et al.,<br><br>                      Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANT AT&T, CORP.; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Courtroom:  6, 17th Floor<br>Judge:       The Hon. Vaughn R. Walker, Chief Judge |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and |
| 2 | Erik Knutzen will and hereby do move the Court pursuant to N.D. Cal. Civil Local Rule 7-11 for |
| 3 | an order allowing Plaintiffs to exceed the 25-page limit set forth in Civil Local Rule 7-4 by ten |
| 4 | pages for Plaintiffs' Memorandum of Points and Authorities in support of their Opposition to |
| 5 | Motion to Dismiss Amended Complaint by Defendant AT&T, Corporation. This motion is based |
| 6 | on this Notice of Motion and Motion, the Memorandum of Points and Authorities below, the |
| 7 | Declaration of Michael M. Markman filed herewith, and Plaintiffs' Opposition to Motion to |
| 8 | Dismiss Amended Complaint by Defendant AT&T, Corp. and all associated papers. |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs seek leave of the Court to file a memorandum of points and authorities of 29 pages in opposition to the motion to dismiss the amended complaint filed by AT&T Corporation in this action. Plaintiffs make this request in an effort to ensure that they are able to set forth a thorough argument to assist the Court regarding the multiple and at times complex issues raised by AT&T Corp.'s attempt to dismiss this action at the pleading stage. Plaintiffs request that the Civil Local Rule 7-4 limit of 25 pages be waived and that plaintiffs be permitted to file a brief of 29 pages.

**I.  ARGUMENT**

In its 25-page Motion to Dismiss, AT&T Corp. ("AT&T") advances multiple arguments in an effort to dismiss this case at the pleading stage. AT&T advances three distinct (and, Plaintiffs submit, novel) theories of immunity for the otherwise wrongful activities set forth in the Amended Complaint – immunity under two statutes, common-law immunity, and qualified immunity. These arguments raise critically important issues that implicate Plaintiffs' constitutional rights, as well as the rights of others to file suit against a telecommunications company based on unlawful electronic surveillance. AT&T's theory of statutory immunity also requires a discussion of a sometimes complicated statutory regime. AT&T simultaneously attacks Plaintiffs' standing, requiring a detailed discussion of the facts supporting Plaintiffs' injuries and the causation underlying them. And, AT&T also asks the Court to apply a heightened pleading requirement that would require Plaintiffs to plead the non-existence of an authorization by the government in order to state a claim.

| | |
|---|---|
| 1 | This case raises fundamental issues concerning the constitutional rights of Plaintiffs, and a |
| 2 | class that may number in the hundreds of thousands, concerning AT&T's unlawful electronic |
| 3 | surveillance of an enormous number of communications (including internet messages and |
| 4 | telephone conversations), as well as a massive amount of data concerning communications. |
| 5 | Plaintiffs seek only an additional four pages in which to brief legal argument concerning the |
| 6 | multiple issues raised by AT&T's motion, due to the number and complexity of the issues they |
| 7 | have raised. Plaintiffs had hoped that the parties could reach an agreement regarding the limited |
| 8 | relief now sought from the 25-page brief size set by the Civil Local Rules, but AT&T refused to |
| 9 | consent to Plaintiffs' reasonable request. |

## II. CONCLUSION

For the above reasons, plaintiffs request that this Court permit Plaintiffs to file a brief of up to 29 pages.

DATED: June 6, 2006

Respectfully submitted,

ELECTRONIC FRONTIER FOUNDATION

By _____
Cindy A. Cohn, Esq. (SBN.145997)
Lee Tien, Esq. (SBN 148216)
Kurt Opsahl, Esq. (SBN 191303)
Kevin S. Bankston, Esq. (SBN 217026)
Corynne McSherry, Esq. (SBN 221504)
James S. Tyre, Esq. (SBN 083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993

HELLER EHRMAN LLP
ROBERT D. FRAM
MICHAEL M. MARKMAN
ETHAN C. GLASS
SAMUEL F. ERNST
NICOLE ACTON-JONES
NATHANIEL SHAFROTH
ELENA DIMUZIO
333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6000
415-772-6268 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the following non- |
| 6 | CM/ECF participants: |

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

By     /s/
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org

---

No. C-06-0672-VRW      PROOF OF SERVICE