ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF MICHAEL M. MARKMAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND PAGE LIMIT FOR OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANT AT&T, CORP. (N. D. CAL. CIVIL LOCAL RULE 7-11)**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

1         I, Michael M. Markman, hereby declare:

2         1.    I am an attorney with the law firm of Heller Ehrman LLP, counsel of record for Plaintiffs in this action. I am licensed to practice before this Court and I have personal knowledge of the facts stated herein, unless otherwise indicated.

      2.    On Thursday, June 1, 2006, I spoke by telephone with Bruce Ericson of Pillsbury Winthrop, counsel for AT&T Corporation in this action, to seek an agreement to extend the page limit for Plaintiffs' opposition to the motion to dismiss of AT&T Corp. to 35 pages. On Friday, June 2, 2006, Mr. Ericson informed me by telephone that the team representing AT&T Corp. would not agree to the proposed extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of June, 2006, at San Francisco, California.

                                                _____
                                                Michael M. Markman

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

> David W. Carpenter
> Sidley Austin Brown & Wood LLP
> Bank One Plaza
> 10 South Dearborn Street
> Chicago, IL 60600
>
> David L. Lawson
> Sidley Austin Brown & Wood
> 172 Eye Street, N.W.
> Washington, DC 20006

By       /s/
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org

I, Cindy A. Cohn, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with General Order 45, X.B., I hereby attest that Michael M. Markman has concurred in this filing.

DATED: June 6, 2006                                       /s/
Cindy A. Cohn