1  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN (145997)
2  cindy@eff.org
   LEE TIEN (148216)
3  tien@eff.org
   KURT OPSAHL (191303)
4  kurt@eff.org
   KEVIN S. BANKSTON (217026)
5  bankston@eff.org
   CORYNNE MCSHERRY (221504)
6  corynne@eff.org
   JAMES S. TYRE (083117)
7  jstyre@eff.org
   454 Shotwell Street
8  San Francisco, CA 94110
   Telephone: 415/436-9333
9  415/436-9993 (fax)

10 Attorneys for Plaintiffs

11 [Additional counsel appear on signature page.]

13                    UNITED STATES DISTRICT COURT

14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND PAGE LIMIT**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

Pursuant to Civil Local Rule 7-4(b) and 7-11, and having considered Plaintiffs' motion for administrative relief and all responses thereto, the Court HEREBY ORDERS that Plaintiffs may file a memorandum of points and authorities of 29 pages in support of their opposition to AT&T Corporation's motion to dismiss.

IT IS SO ORDERED.

Dated _____

_____
The Honorable Vaughn R. Walker
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

    David W. Carpenter
    Sidley Austin Brown & Wood LLP
    Bank One Plaza
    10 South Dearborn Street
    Chicago, IL 60600

    David L. Lawson
    Sidley Austin Brown & Wood
    172 Eye Street, N.W.
    Washington, DC 20006

By       /s/
    Cindy A. Cohn, Esq. (SBN.145997)
    ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
    San Francisco, CA 94110
    Telephone:   (415) 436-9333 x108
    Facsimile:    (415) 436-9993
    cindy@eff.org