ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING AT&T CORP.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT (DKT 86)**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn Walker |

| | |
|---|---|
| 1 | On April 28, 2006, Defendant AT&T Corp. moved (Dkt 86) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' Amended Complaint (Dkt 8) for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Defendant AT&T Inc. joined in this motion. |

On April 28, 2006, Defendant AT&T Corp. moved (Dkt 86) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' Amended Complaint (Dkt 8) for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Defendant AT&T Inc. joined in this motion.

On June 23, 2006, the motion duly came on for hearing, the Hon. Vaughn R. Walker, United States District Chief Judge, presiding. Having considered AT&T Corp.'s moving and reply papers, Plaintiffs' opposition papers and the oral arguments by counsel, and good cause appearing, Defendants' motion to dismiss is hereby DENIED.

Date: _____

                              Hon. Vaughn R. Walker
                              United States District Chief Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

> David W. Carpenter
> Sidley Austin Brown & Wood LLP
> Bank One Plaza
> 10 South Dearborn Street
> Chicago, IL 60600
>
> David L. Lawson
> Sidley Austin Brown & Wood
> 172 Eye Street, N.W.
> Washington, DC 20006

By        /s/
Cindy A. Cohn, Esq. (SBN.145997)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x108
Facsimile: (415) 436-9993
cindy@eff.org