ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.<br><br>Defendants. | No. C-06-00672-VRW<br><br>CLASS ACTION<br><br>[CORRECTED] DECLARATION OF JAMES S. TYRE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AT&T INC.'S MOTION TO DISMISS AMENDED COMPLAINT<br><br>DATE: June 23, 2006<br>TIME: 9:30 a.m.<br>COURTROOM: Hon. Vaughn Walker |

1    I, JAMES S. TYRE, hereby declare:

2    1. I am an attorney at law licensed to practice before all California courts and am a member of the bar of this Court. I am one of the attorneys of record for plaintiffs in this action. I state all facts herein of my own first hand personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. Cal-Access, located at http://cal-access.ss.ca.gov/, is a web site maintained by the California Secretary of State. Among other things, one can research California lobbying expenditures at the site, and access documents filed by those spending lobbying money in California. Attached hereto as <u>Exhibit A</u> and incorporated herein by reference is a true and correct copy of the Cal-Access report of lobbying activity (as of May 19, 2006) of "AT&T Inc. and its Affiliates," for the first five quarters of the 2005 – 2006 California Legislative Session (January 1, 2005 through March 31, 2006).

3. Apparently, one cannot link permanently to Cal-Access search results. To get to the page represented by <u>Exhibit A</u>, start at http://cal-access.ss.ca.gov/. On the left side, click on "Lobbying Activity," then "Lobbyist Employers." Scroll down to "AT&T Inc. and its Affiliates," click on that link. Towards the top of the page that will be displayed it says "View." Tick the "Financial Activity/Filing History" button. The page that will be displayed will be that represented by Exhibit A (subject to new information, if any, that may have been added subsequent to when I printed Exhibit A).

4. The first section of Exhibit A, "Lobbying Payments Made," is a summary of lobbying expenditures by the lobbyist employer, based on reports by the lobbyist employer required by the California Government Code. The second section, "Bills and Agencies Lobbied," shows where the lobbyist employer directed its efforts, again based on the lobbyist employer reports. The third section, "Electronic Filings," lists and provides active hyperlinks to the reports filed by the lobbyist employer.

5. Attached hereto as <u>Exhibit B</u> and incorporated here by reference is a true and correct copy of AT&T's amended "Lobbyist Employer Registration Statement," filed May 17, 2006. As of May 19, 2006 that is the top listed document in the "Electronic Filings" section of Exhibit A, and the

[CORRECTED] DECLARATION OF JAMES S. TYRE IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO AT&T INC.'S MOTION TO DISMISS AMENDED COMPLAINT - C-06-00672-VRW   - 1 -

1 document was accessed by clicking on the hyperlink to the document on the Secretary of State's web page. Attached hereto as Exhibit C and incorporated here by reference is a true and correct copy of AT&T's "Lobbying Firm Activity Authorization," filed May 9, 2006. As of May 19, 2006 that is the second listed document in the "Electronic Filings" section of Exhibit A, and the document was accessed by clicking on the hyperlink to the document on the Secretary of State's web page. Attached hereto as Exhibit D and incorporated here by reference is a true and correct copy of AT&T's "Report of Lobbyist Employer," filed May 1, 2006 for the reporting period January 1, 2006 through March 31, 2006. As of May 19, 2006 that is the third listed document in the "Electronic Filings" section of Exhibit A, and the document was accessed by clicking on the hyperlink to the document on the Secretary of State's web page. Attached hereto as Exhibit E and incorporated here by reference is a true and correct copy of AT&T's "Report of Lobbyist Employer," filed January 31, 2006 for the reporting period October 1, 2005 through December 31, 2005. As of May 19, 2006 that is the fourth listed document in the "Electronic Filings" section of Exhibit A, and the document was accessed by clicking on the hyperlink to the document on the Secretary of State's web page.

6. AT&T makes available on its web site, www.att.com (which redirects to http://att.sbc.com/gen/landing-pages?pid=3308), its current and historical (to the beginning of 1996) news releases. All of the news releases referenced below were obtained from AT&T's website at the specified web page addresses.

7. Though one cannot link permanently to the web page represented by Exhibit A hereto, the expenditures listed therein are derived from AT&T's five most recent quarterly reports. Exhibits D and E hereto are the two most recent. Each of the other three is accessible from and linked to the web page represented by Exhibit A.

8. Attached hereto as Exhibit F is a true and correct copy of an AT&T news release dated January 5, 2006, titled *Ken Mcneely Appointed President-External Affairs for AT&T California*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22019.

9. Attached hereto as Exhibit G is a true and correct copy of an AT&T news release dated March 6, 2006, titled *Angels Fans: What's Your Excuse? AT&T Opening Day of Program*

*Provides Fans with a Chance to Win Game Tickets and Prizes*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22143.

10. Attached hereto as Exhibit H is a true and correct copy of an AT&T news release dated March 9, 2006, titled *AT&T Announces New Data Services Contract with the City of Folsom*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22156.

11. Attached hereto as Exhibit I is a true and correct copy of an AT&T news release dated March 15, 2006, titled *AT&T Announces New Contract with the Daughters of Charity Health System*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22168.

12. Attached hereto as Exhibit J is a true and correct copy of an AT&T news release dated April 3, 2006, titled *AT&T Secures New Seven-Year Contract with Irvine Unified School District*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22193.

13. Attached hereto as Exhibit K is a true and correct copy of an AT&T news release dated April 10, 2006, titled *AT&T Introduces In-Home Tech Support to Help Consumers with Virtually All Home PC and Networking Needs*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22210.

14. Attached hereto as Exhibit L is a true and correct copy of an AT&T news release dated April 12, 2006, titled *AT&T Announces New Contract with Pajaro Valley Unified School District*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22212.

15. Attached hereto as Exhibit M is a true and correct copy of an AT&T news release dated April 21, 2006, titled *AT&T Announces Addition of Optical Networking Services to Los Angeles County*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22236.

16. Attached hereto as Exhibit N is a true and correct copy of an AT&T news release dated April 26, 2006, titled *AT&T Introduces Faster-Speed Tier for Consumers at Market-Leading Price*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22243.

17. Attached hereto as Exhibit O is a true and correct copy of an AT&T news release dated April 28, 2006, titled *AT&T Secures Deal with East West Bank*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22250.

18. Attached hereto as Exhibit P is a true and correct copy of an AT&T news release dated January 26, 2006, titled *AT&T Foundation Awards $5,000 to Casa of El Dorado for Technology Projects*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22061.

19. Attached hereto as Exhibit Q is a true and correct copy of an AT&T news release dated March 14, 2006, titled *Statement of AT&T Indiana Regarding HB 1279 Being Signed into Law*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22167.

20. Attached hereto as Exhibit R is a true and correct copy of an AT&T news release dated March 29, 2006, titled *AT&T Ready to Bring Choice and Competition to Cable Subscribers in California*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22187.

21. Attached hereto as Exhibit S is a true and correct copy of an AT&T news release dated April 12, 2006, titled *AT&T Texas, Nortel and Tandberg Team Up with "Extreme Makeover: Home Edition" to Install State-Of-The-Art Communications Systems at Firehouse Damaged by Hurricane Rita*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22221.

22. Attached hereto as Exhibit T is a true and correct copy of an AT&T news release dated April 18, 2006, titled *AT&T Government Solutions Wins $4.8 Million Contract for LAN Upgrade for Army and Air Force Exchange Services*, at http://att.sbc.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=22239.

23. Attached hereto as Exhibit U is a true and correct copy of the AT&T Fact Sheet, last viewed May 21, 2006, at http://att.sbc.com/gen/investor-relations?pid=5711.

24. Attached hereto as Exhibit V is a true and correct copy of the AT&T Diversity and Inclusion web page, last viewed May 21, 2006, at http://att.sbc.com/gen/corporate-citizenship?pid=7752.

25. Attached hereto as Exhibit W is a true and correct copy of the AT&T Careers web page, last viewed May 21, 2006, at http://att.sbc.com/gen/careers?pid=1.

26. Attached hereto as Exhibit X is a true and correct copy of the AT&T Career Locations web page, last viewed May 21, 2006, at http://att.sbc.com/gen/careers?pid=20.

27. Attached hereto as <u>Exhibit Y</u> is a true and correct copy of the AT&T Management Opportunities web page, last viewed May 21, 2006, at http://sbc.recruitmax.com/candidate/default.cfm?szWorkgroupID=1.

28. Attached hereto as <u>Exhibit Z</u> is the web page displayed as a result of a search on May 21, 2006 for AT&T management opportunities in San Francisco. A persistent link to the search results page cannot be maintained. The search was done at the web page listed in the preceding paragraph, by searching for all AT&T management opportunities in San Francisco.

29. Filed concurrently are the respective Declarations of Daniel O'Brien and Adam L. Rubinger. With exhibits – printouts of pages from their respective web sessions – they demonstrate how one can use the AT&T web site to sign up for AT&T local and long distance telephone services (O'Brien) and Internet services (Rubinger). During the sign-up process, each had to input personal information to the web site, such as credit card numbers, social security numbers and home addresses. Under my direction, that personal information has been redacted from the exhibits that will be served and filed. The unredacted exhibits are in the possession of the Electronic Frontier Foundation, and will be made available to the Court or defense counsel on request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of June, 2006, at Culver City, California.

                                          /s/
                                JAMES S. TYRE

W:\AT&T Privacy\(corrected) DEC00031557_Tyre.doc

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:mariam@lerachlaw.com

I, Maria V. Morris, am the ECF User whose ID and password are being used to file this [CORRECTED] DECLARATION OF JAMES S. TYRE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AT&T INC.'S MOTION TO DISMISS AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that James S. Tyre has concurred in this filing.

DATE: June 6, 2006

/s/
MARIA V. MORRIS

W:\AT&T Privacy\(corrected) DEC00031557_Tyre.doc

# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com,slighthill@gmail.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee Sharon Orleans**
  renee.orleans@usdoj.gov

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org aram@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**
  wiebe@pacbell.net

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
```