ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**MANUAL FILING NOTIFICATION**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

No. C-06-0672-VRW        MANUAL FILING NOTIFICATION

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | <u>Regarding</u>: OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, |
| 3 | FOR SUMMARY JUDGMENT BY THE UNITED STATES OF AMERICA BASED ON THE |
| 4 | STATE SECRETS PRIVILEGE |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

This filing was not efiled or served for the following reason(s):

[_]  Voluminous Document (PDF file size larger than the efiling system allows)

[_]  Unable to Scan Documents

[_]  Physical Object (description): _____

[_]  Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X]  Items Under Seal (Privileged)

[_]  Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]  Other (description): _____

DATED: June 8, 2006

Respectfully submitted,

HELLER EHRMAN LLP

By _____/s/ Michael M. Markman_____
ROBERT D. FRAM (SBN 126750)
MICHAEL M. MARKMAN (SBN 191388)
ETHAN C. GLASS (SBN 216159)
SAMUEL F. ERNST (SBN 223963)
NATHAN E. SHAFROTH (SBN 232505)
ELENA M. DIMUZIO (SBN 239953)
333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6000
415-772-6268 (fax)

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>REED R. KATHREIN<br>JEFF D. FRIEDMAN<br>SHANA E. SCARLETT<br>MARIA V. MORRIS<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax) | TRABER & VOORHEES<br>BERT VOORHEES (137623)<br>bv@tvlegal.com<br>THERESA M. TRABER (116305)<br>tmt@tvlegal.com<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Telephone: 626/585-9611<br>626/ 577-7079 (fax) |
| LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Telephone: 415/433-3200<br>415/433-6382 (fax) | LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>ERIC ALAN ISAACSON<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

    David W. Carpenter
    Sidley Austin Brown & Wood LLP
    Bank One Plaza
    10 South Dearborn Street
    Chicago, IL 60600

    David L. Lawson
    Sidley Austin Brown & Wood
    172 Eye Street, N.W.
    Washington, DC 20006

By   /s/
    Michael M. Markman (SBN.191388)
    Heller Ehrman LLP
    333 Bush Street
    San Francisco, CA 94104
    Telephone: (415) 772-6926
    Facsimile: (415) 772-6268
    michael.markman@hellerehrman.com