ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXTEND PAGE LIMIT (UNOPPOSED) AND**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT BY THE UNITED STATES OF AMERICA AND ACCOMPANYING DECLARATION OF MICHAEL M. MARKMAN PURSUANT TO FED. R. CIV. P. 56(F) UNDER SEAL**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

PLEASE TAKE NOTICE that plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen will and hereby do move the Court:

(a) Pursuant to N.D. Cal. Civil Local Rule 7-11 for permission to exceed the page limit set forth in Civil Local Rules 7-4 for Plaintiffs' Opposition to the Motion to Dismiss Or, in the Alternative, Motion for Summary Judgment of the United States (the "Opposition"), for a total of up to 60 pages; and

(b) Pursuant to Civil Local Rules 7-11 and 75-9(b), for an order allowing Plaintiffs to file Plaintiffs' Opposition, and the accompanying Declaration of Michael M. Markman Pursuant to Fed. R. Civ. P. 56(f), under seal.

Plaintiffs seek these administrative orders based on this Notice of Motion and Motion, the Memorandum of Points and Authorities below, the Declaration of Michael M. Markman filed herewith, and all associated papers.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs make two administrative requests on this motion. First, Plaintiffs request leave of the Court to file a memorandum of points and authorities in Opposition to the Motion to Dismiss Or, in the Alternative, Motion for Summary Judgment of the United States of 60 pages. Plaintiffs' request for additional pages is unopposed by the United States. Plaintiffs make this motion in order to address the multiple and weighty arguments raised by the United States in its Motion to Dismiss.

Plaintiffs further seek leave to file the Opposition, and the accompanying Rule 56(f) declaration, under seal. Plaintiffs make that request in good faith to protect information that Defendant AT&T Corporation alleges to be trade secrets and that is discussed in the Opposition.

**I.     ARGUMENT**

    **A.     Request for Additional Pages**

Plaintiffs ask the Court for leave to file an Opposition to the government's pending motion to dismiss of 60 pages. The redacted version of the government's opening brief was 30 pages long; Plaintiffs have no way of knowing the size of the unredacted brief that the government has submitted *in camera* and *ex parte*. The government does not oppose Plaintiffs' motion. Markman

Decl., ¶ 2.

The issues raised by the government's motion are complex, relating to weighty constitutional questions and to a complex statutory regime. The government's motion also implicates the non-secret facts underlying Plaintiffs' claims, requiring a discussion of the record evidence marshaled to date by Plaintiffs to assist the Court.

### B. Request to File Under Seal

As discussed in Plaintiffs' motion to file documents under seal in connection with the preliminary injunction motion pending in this matter, Defendant AT&T Corp. ("AT&T") asserts that evidence developed by Plaintiffs includes AT&T's confidential trade secrets. While Plaintiffs contest AT&T's characterization and reserve all rights to dispute whether particular information rises to the level of a trade secret, Plaintiffs nevertheless seek to proceed in good faith to address AT&T's concerns. Plaintiffs' Opposition discusses in detail portions of the information that AT&T asserts constitutes trade secret information in order to rebut the government's claim that this case should be dismissed, or summary judgment entered, based on the state secrets privilege.

In an abundance of caution, Plaintiffs also submit the accompanying Declaration of Michael M. Markman Pursuant to Fed. R. Civ. P. 56(f) under seal. The declaration attaches non-confidential materials relating to Plaintiffs' Opposition. It also includes a discussion of topics for further discovery, which may include information that AT&T or the government may contend to be confidential.

Plaintiffs make this request without suggesting that any material in either the Opposition or the accompanying declaration are trade secrets, state secrets, or otherwise confidential, and without waiver to Plaintiffs' right to argue that any of the materials in these documents are non-confidential. Plaintiffs anticipate that the parties can reach an agreement regarding a protective order governing documents in this case, and can create a redacted version of the Opposition and Declaration for the public record.

## II. CONCLUSION

For the foregoing reasons, Plaintiffs request leave of Court to file a 60-page Opposition to the government's Motion to Dismiss Or, in the Alternative, for Summary Judgment. Plaintiffs also request leave to file the Opposition and accompanying declaration under seal.

DATED: June 8, 2006

Respectfully submitted,

HELLER EHRMAN LLP

By /s/Michael M. Markman
ROBERT D. FRAM (SBN 126750)
MICHAEL M. MARKMAN (SBN 191388)
ETHAN C. GLASS (SBN 216159)
SAMUEL F. ERNST (SBN 223963)
NATHAN E. SHAFROTH (SBN 232505)
ELENA M. DIMUZIO (SBN 239953)
333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6000
415-772-6268 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |
| 2 | I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the following non- |
| 6 | CM/ECF participants: |

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

By   /s/
Michael M. Markman (SBN.191388)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6926
Facsimile: (415) 772-6268
michael.markman@hellerehrman.com

---

No. C-06-0672-VRW          PROOF OF SERVICE