ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL M. MARKMAN IN SUPPORT OF ADMINISTRATIVE MOTIONS TO EXTEND PAGE LIMIT FOR OPPOSITION TO UNITED STATES' MOTION TO DISMISS AND TO LODGE DOCUMENTS WITH THE COURT (N.D. CAL. CIVIL LOCAL RULES 7-11, 79-5).**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

I, Michael M. Markman, hereby declare:

1. I am an attorney with the law firm of Heller Ehrman LLP, counsel of record for Plaintiffs in this action. I am licensed to practice before this Court and I have personal knowledge of the facts stated herein, unless otherwise indicated.

2. During the week of May 27, 2006, I spoke by telephone with Anthony J. Coppolino, Special Litigation Counsel for the United States, and requested that the government agree to allow Plaintiffs to file an opposition to the Motion to Dismiss Or, in the Alternative, for Summary Judgment of the United States of up to 60 pages. On June 5, 2006, I received a telephone message from Mr. Coppolino stating that the United States did not object to Plaintiffs' request.

3. AT&T has maintained that information discussed in Plaintiffs' Opposition is trade secret information. Plaintiffs anticipate that Plaintiffs will meet and confer in an attempt to come to agreement on a protective order for documents in this case, however, to date, no agreement has been reached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of June, 2006, at San Francisco, California.

          /s/
      Michael M. Markman

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the following non- |
| 6 | CM/ECF participants: |

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

By    /s/
Michael M. Markman (SBN.191388)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6926
Facsimile: (415) 772-6268
michael.markman@hellerehrman.com

| HELLER EHRMAN LLP | LERACH COUGHLIN STOIA GELLER |
|---|---|
| ROBERT D. FRAM |   RUDMAN & ROBBINS LLP |
| MICHAEL M. MARKMAN | REED R. KATHREIN |
| ETHAN C. GLASS | JEFF D. FRIEDMAN |
| SAMUEL F. ERNST | SHANA E. SCARLETT |
| NATHAN E. SHAFROTH | MARIA V. MORRIS |
| ELENA DIMUZIO | 100 Pine Street, Suite 2600 |
| 333 Bush Street | San Francisco, CA 94111 |
| San Francisco, CA 94104 | Telephone: 415/288-4545 |
| Telephone: 415/772-6000 | 415/288-4534 (fax) |
| 415-772-6268 (fax) | |

No. C-06-0672-VRW          PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | TRABER & VOORHEES<br>BERT VOORHEES (137623)<br>bv@tvlegal.com<br>THERESA M. TRABER (116305)<br>tmt@tvlegal.com<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Telephone: 626/585-9611<br>626/ 577-7079 (fax)<br><br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>ERIC ALAN ISAACSON<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) | LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Telephone: 415/433-3200<br>415/433-6382 (fax) |

No. C-06-0672-VRW                    PROOF OF SERVICE