ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND PAGE LIMIT AND FILE DOCUMENTS UNDER SEAL**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

Pursuant to Civil Local Rule 7-4(b), 7-11, and 79-5(d), and having considered Plaintiffs' motion for administrative relief, and all responses thereto, the Court HEREBY ORDERS that Plaintiffs may file a memorandum of points and authorities of 60 pages in support of their opposition to the United States' motion to dismiss, and may file this motion and the supporting declaration under seal.

IT IS SO ORDERED.

Dated _____

                                          The Honorable Vaughn R. Walker
                                          United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

    David W. Carpenter
    Sidley Austin Brown & Wood LLP
    Bank One Plaza
    10 South Dearborn Street
    Chicago, IL 60600

    David L. Lawson
    Sidley Austin Brown & Wood
    172 Eye Street, N.W.
    Washington, DC 20006

By     /s/
    Michael M. Markman (SBN.191388)
    Heller Ehrman LLP
    333 Bush Street
    San Francisco, CA 94104
    Telephone:   (415) 772-6926
    Facsimile:    (415) 772-6268
    michael.markman@hellerehrman.com

| | |
|---|---|
| HELLER EHRMAN LLP | LERACH COUGHLIN STOIA GELLER |
| ROBERT D. FRAM |   RUDMAN & ROBBINS LLP |
| MICHAEL M. MARKMAN | REED R. KATHREIN |
| ETHAN C. GLASS | JEFF D. FRIEDMAN |
| SAMUEL F. ERNST | SHANA E. SCARLETT |
| NATHAN E. SHAFROTH | MARIA V. MORRIS |
| ELENA DIMUZIO | 100 Pine Street, Suite 2600 |
| 333 Bush Street | San Francisco, CA 94111 |
| San Francisco, CA 94104 | Telephone: 415/288-4545 |
| Telephone: 415/772-6000 | 415/288-4534 (fax) |
| 415-772-6268 (fax) | |

| | |
|---|---|
| TRABER & VOORHEES<br>BERT VOORHEES (137623)<br>bv@tvlegal.com<br>THERESA M. TRABER (116305)<br>tmt@tvlegal.com<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Telephone: 626/585-9611<br>626/ 577-7079 (fax) | LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Telephone: 415/433-3200<br>415/433-6382 (fax) |

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)