PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON  #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
BRIAN J. WONG  #226940
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
Email:  bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>      Defendants. | No. C-06-0672-VRW<br><br>**RESPONSE OF AT&T CORP. TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES [DKTS. 172-73, 175]**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker<br>Hearing: June 23, 2006<br>Time: 9:30 a.m. |

1   AT&T worked hard to keep its motion to dismiss (Dkt. 86) within the limit of 25
2   pages set by Civil Local Rule 7-2(b).  Therefore, when Plaintiffs asked for 35 pages, AT&T
3   said "no," seeing no reason why Plaintiffs could not play by the same rules.
4         Plaintiffs have now filed a 29-page brief.  Dkt. 176.  What's done is done, and little
5   would be accomplished at this point by asking Plaintiffs to lop off four pages.  Therefore,
6   AT&T does not oppose Plaintiff's administrative motion (Dkt. 172-73, 175) seeking
7   retrospective blessing for its 29 pages.  AT&T would ask, however, that it be granted three
8   pages extra for its reply (18 pages rather than 15 pages).
9         This should not be taken as a concession that Plaintiffs had any business filing a 59-
10  page brief (*see* Dkt. 181) in opposition to the government's motion, but that's the
11  government's fight.
12  Dated:  June 10, 2006.

                  PILLSBURY WINTHROP SHAW PITTMAN LLP
                  BRUCE A. ERICSON
                  DAVID L. ANDERSON
                  JACOB R. SORENSEN
                  MARC H. AXELBAUM
                  BRIAN J. WONG
                  DANIEL J. RICHERT
                  50 Fremont Street
                  Post Office Box 7880
                  San Francisco, CA  94120-7880

                  SIDLEY AUSTIN LLP
                  DAVID W. CARPENTER
                  BRADFORD A. BERENSON
                  DAVID L. LAWSON
                  EDWARD R. McNICHOLAS
                  1501 K Street, N.W.
                  Washington, D.C.  20005

By    /s/ Bruce A. Ericson
             Bruce A. Ericson

Attorneys for Defendants
AT&T CORP. and AT&T INC.