| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON  #149604 |
|   | JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM  #209855 |
|   | BRIAN J. WONG  #226940 |
| 4 | DANIEL J. RICHERT #232208 |
|   | 50 Fremont Street |
| 5 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 6 | Telephone:  (415) 983-1000 |
|   | Facsimile:  (415) 983-1200 |
| 7 | Email:  bruce.ericson@pillsburylaw.com |
| 8 | SIDLEY AUSTIN LLP |
|   | DAVID W. CARPENTER (admitted *pro hac vice*) |
| 9 | BRADFORD A. BERENSON (admitted *pro hac vice*) |
|   | DAVID L. LAWSON (admitted *pro hac vice*) |
| 10 | EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
|   | 1501 K Street, N.W. |
| 11 | Washington, D.C.  20005 |
|   | Telephone:  (202) 736-8010 |
| 12 | Facsimile:  (202) 736-8711 |
| 13 | Attorneys for Defendants |
|    | AT&T CORP. and AT&T INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated, | | No. C-06-0672-VRW |
| | Plaintiffs, | **DECLARATION OF BRUCE A. ERICSON IN SUPPORT OF OPPOSITION OF DEFENDANT AT&T CORP. TO MOTION OF LYCOS, INC. AND WIRED NEWS FOR ORDERS PERMITTING INTERVENTION AND UNSEALING DOCUMENTS** |
| vs. | | **[DKT. 139]** |
| AT&T CORP., AT&T INC. and DOES 1-20, inclusive, | | |
| | Defendants. | Courtroom: 6, 17th Floor<br>Judge:      Hon. Vaughn R. Walker<br>Hearing:   June 23, 2006<br>Time:       9:30 a.m. |

700475708v1

Dockets.Justia.com

I, **BRUCE A. ERICSON**, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and am a partner of the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for defendant **AT&T CORP.** ("AT&T"). Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On January 31, 2006, Wired News ("Wired") published on its website an article entitled "AT&T Sued Over NSA Eavesdropping." A true and correct copy of the article is attached hereto as Exhibit A.

3. On April 7, 2006, Wired published on its website an article entitled "Whistle-Blower Outs NSA Spy Room." A true and correct copy of the article is attached hereto as Exhibit B.

4. On April 7, 2006, Wired published on its website an article entitled "Wiretap Whistle-Blower's Account." A true and correct copy of the article is attached hereto as Exhibit C.

5. On April 12, 2006, Wired published on its website an article entitled "AT&T Seeks to Hide Spy Docs." A true and correct copy of the article is attached hereto as Exhibit D.

6. On May 2, 2006, Wired published on its website an article entitled "Feds Go All Out to Kill Spy Suit." A true and correct copy of the article is attached hereto as Exhibit E.

7. On May 17, 2006, Wired published on its website an article entitled "Stumbling Into a Spy Scandal." A true and correct copy of the article is attached hereto as Exhibit F.

8. On May 17, 2006, Wired published on its website an article entitled "AT&T Whistle-Blower's Evidence." A true and correct copy of the article is attached hereto as Exhibit G.

1	9.	On May 17, 2006, Wired published on its website an article entitled "Court
2	Deals AT&T a Setback."  A true and correct copy of the article is attached hereto as
3	Exhibit H.
4	10.	On May 22, 2006, Wired published on its website an article entitled
5	"Whistle-Blower's Evidence, Uncut."  A true and correct copy of the article (including a
6	hyperlinked .pdf described as "the complete file") is attached hereto as Exhibit I.
7	11.	On May 22, 2006, Wired published on its website an article entitled  "Why
8	We Published the AT&T Docs."  A true and correct copy of the article is attached hereto as
9	Exhibit J.
10	12.	On May 25, 2006, Wired published on its website an article entitled  "Court
11	Filing Confirms Spy Docs."  A true and correct copy of the article is attached hereto as
12	Exhibit K.
13	I declare under penalty of perjury that the foregoing is true and correct.
14	Executed on June 12, 2006, at San Francisco, California.
15
16	                                              /s/ Bruce A. Ericson
	                                                  Bruce A. Ericson
17
18
19
20
21
22
23
24
25
26
27
28