1   ELECTRONIC FRONTIER FOUNDATION
    CINDY COHN (145997)
2   cindy@eff.org
    LEE TIEN (148216)
3   tien@eff.org
    KURT OPSAHL (191303)
4   kurt@eff.org
    KEVIN S. BANKSTON (217026)
5   bankston@eff.org                        TRABER & VOORHEES
    CORYNNE MCSHERRY (221504)               BERT VOORHEES (137623)
6   corynne@eff.org                         bv@tvlegal.com
    JAMES S. TYRE (083117)                  THERESA M. TRABER (116305)
7   jstyre@eff.org                          tmt@tvlegal.com
    454 Shotwell Street                     128 North Fair Oaks Avenue, Suite 204
8   San Francisco, CA 94110                 Pasadena, CA 91103
    Telephone: 415/436-9333                 Telephone: 626/585-9611
9   415/436-9993 (fax)                      626/ 577-7079 (fax)

10  Attorneys for Plaintiffs

11  [Additional counsel appear on signature page.]

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14  TASH HEPTING, GREGORY HICKS,        )   No. C-06-00672-VRW
    CAROLYN JEWEL and ERIK KNUTZEN, on  )
15  Behalf of Themselves and All Others Similarly )  CLASS ACTION
    Situated,                           )
16                                      )   [PROPOSED] ORDER REGARDING
                            Plaintiffs, )   NOTICE OF MOTION AND
17                                      )   ADMINISTRATIVE MOTION PURSUANT
            vs.                         )   TO CIVIL LOCAL RULES 7-11 AND 79-5
18                                      )   TO SEAL PLAINTIFFS' STATEMENT IN
    AT&T CORP., et al.                  )   SUPPORT OF MOTION BY LYCOS, INC.
19                                      )   AND WIRED NEWS FOR ORDERS (1)
                            Defendants. )   PERMITTING INTERVENTION AND (2)
20  _____ )  UNSEALING DOCUMENTS

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, and having considered plaintiffs' motion and all

2    responses thereto, and good cause appearing, it is HEREBY ORDERED as follows:

3           The plaintiffs' statement in support of motion by Lycos, Inc. and Wired News

4    for orders (1) permitting intervention and (2) unsealing documents shall remain

5    sealed.

6                                    *       *       *

7                              **O R D E R**

8    IT IS SO ORDERED.

9    DATED: _____    _____

10                                     THE HONORABLE VAUGHN R. WALKER
                                       UNITED STATES DISTRICT JUDGE

11

12   DATED: June 12, 2006

     ELECTRONIC FRONTIER FOUNDATION
13   CINDY COHN
     LEE TIEN
14   KURT OPSAHL
     KEVIN S. BANKSTON
15   CORYNNE MCSHERRY
     JAMES S. TYRE
16

17   _____/s/_____
18                CINDY A. COHN

19   454 Shotwell Street
     San Francisco, CA 94110
20   Telephone: 415/436-9333
     415/436-9993 (fax)
21
     TRABER & VOORHEES
22   BERT VOORHEES
     THERESA M. TRABER
23   128 North Fair Oaks Avenue, Suite 204
     Pasadena, CA 91103
24   Telephone: 626/585-9611
     626/577-7079 (fax)
25
     LERACH COUGHLIN STOIA GELLER
26      RUDMAN & ROBBINS LLP
     REED R. KATHREIN
27   JEFF D. FRIEDMAN
     SHANA E. SCARLETT
28   MARIA V. MORRIS

     [PROPOSED] ORDER RE NOTICE OF MOTION & ADMINISTRATIVE MOTION PURSUANT TO
     CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL PLAINTIFFS' STATEMENT - C-06-00672-VRW      - 1 -

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)

HELLER EHRMAN LLP
ROBERT D. FRAM
MICHAEL M. MARKMAN
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
Telephone: 415/772-6000
415/772-6268 (fax)

Attorneys for Plaintiffs

W:\AT&T Privacy\ORD00031806_seal.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

_____
/s/
MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:mariam@lerachlaw.com

I, Maria V. Morris, am the ECF User whose ID and password are being used to file this [PROPOSED] ORDER REGARDING NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL PLAINTIFFS' STATEMENT IN SUPPORT OF MOTION BY LYCOS, INC. AND WIRED NEWS FOR ORDERS (1) PERMITTING INTERVENTION AND (2) UNSEALING DOCUMENTS. In compliance with General Order 45, X.B., I hereby attest that Cindy A. Cohn has concurred in this filing.

# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Robert D. Fram**
  rfram@hewm.com mawilliams@hewm.com;kim.sydorak@hellerehrman.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com,slighthill@gmail.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee Sharon Orleans**
  renee.orleans@usdoj.gov

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org aram@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**David W. Carpenter**
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

**David L. Lawson**
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006