ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AT&T CORP., et al.<br><br>　　　　　　Defendants. | No. C-06-00672-VRW<br><br>CLASS ACTION<br><br>DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' STATEMENT IN SUPPORT OF MOTION BY LYCOS, INC. AND WIRED NEWS FOR ORDERS (1) PERMITTING INTERVENTION AND (2) UNSEALING DOCUMENTS<br><br>DATE:　　　June 23, 2006<br>TIME:　　　9:30 a.m.<br>COURTROOM:　The Hon. Vaughn R. Walker, Chief Judge |

I, MARIA V. MORRIS, hereby declare:

1. I am an attorney duly licensed to practice before all California courts and am a member of the bar of this Court. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I am one of the attorneys of record for plaintiffs in this action. I state all facts herein of my own first hand personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

> Exhibit A: Matthew B. Stannard and Joe Garofoli, "Champion of Cyberspace Faces Its Biggest Case Yet; Documents posted: They describe technology allegedly used in surveillance by telecom giant," *The San Francisco Chronicle*, May 23, 2006;
>
> Exhibit B: *Wired News*, "Mark Klein's Evidence: 'Study Group 3, LGX/Splitter Wiring, San Francisco,'" including copy of the page entitled "page 3" of the links on the Wired News article *available at* <http://blog.wired.com/klein_evidence/> (visited June 12, 2006); and
>
> Exhibit C: *Wired News*, "Mark Klein's Evidence: 'Cut-In and Test Procedure,'" *available at* <http://blog.wired.com/klein_evidence3/> (visited June 12, 2006).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of June, 2006, at San Francisco, California.

____/s/____<br>
MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiffs

W:\AT&T Privacy\DEC00031789_MVM.doc

DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS'
STATEMENT - C-06-00672-VRW - 1 -

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

                                                    /s/ Maria V. Morris
                                                    MARIA V. MORRIS

                                                    LERACH COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP
                                                    100 Pine Street, Suite 2600
                                                    San Francisco, CA 94111
                                                    Telephone: 415/288-4545
                                                    415/288-4534 (fax)
                                                    E-mail:MariaM@lerachlaw.com

DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS'
STATEMENT - C-06-00672-VRW - 2 -

# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Robert D. Fram**
  rfram@hewm.com mawilliams@hewm.com;kim.sydorak@hellerehrman.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com,slighthill@gmail.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee Sharon Orleans**
  renee.orleans@usdoj.gov

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org aram@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**

wiebe@pacbell.net

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
```