1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON #76342
2  DAVID L. ANDERSON #149604
   JACOB R. SORENSEN #209134
3  MARC H. AXELBAUM #209855
   DANIEL J. RICHERT #232208
4  50 Fremont Street
   Post Office Box 7880
5  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
6  Facsimile: (415) 983-1200
   Email: bruce.ericson@pillsburylaw.com
7
   SIDLEY AUSTIN LLP
8  DAVID W. CARPENTER (admitted *pro hac vice*)
   DAVID L. LAWSON (admitted *pro hac vice*)
9  BRADFORD BERENSON (admitted *pro hac vice*)
   EDWARD R. McNICHOLAS (admitted *pro hac vice*)
10 1501 K Street, N.W.
   Washington, D.C. 20005
11 Telephone: (202) 736-8010
   Facsimile: (202) 736-8711
12 Email: bberenson@sidley.com

13 Attorneys for Defendants
   AT&T CORP. and AT&T INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 TASH HEPTING, GREGORY HICKS,           No. C-06-0672-VRW
   CAROLYN JEWEL and ERIK KNUTZEN
20 on Behalf of Themselves and All Others  **PROOF OF SERVICE VIA**
   Similarly Situated,                     **U.S. MAIL**
21
                           Plaintiffs,     Courtroom: 6, 17th Floor
22                                         Judge:     Hon. Vaughn R. Walker
         vs.                               Hearing:   June 23, 2006
23                                         Time:      9:30 a.m.
   AT&T CORP., AT&T INC. and DOES 1-20,
24 inclusive,

25                         Defendants.

26

27

28

I, DAVID A. KRAMLICK, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On June 12, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached documents titled exactly:

- **Opposition of Defendant AT&T Corp. to Motion of Lycos, Inc. and Wired News for Orders Permitting Intervention and Unsealing Documents [DKT. 139]; and**

- **Declaration of Bruce A. Ericson in Support of Opposition of Defendant AT&T Corp. to Motion of Lycos, Inc. and Wired News for Orders Permitting Intervention and Unsealing Documents [139]**

by placing them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

David W. Carpenter
David L. Lawson
Sidley Austin, LLP
1501 "K" Street, N.W.
Washington, D.C. 20005

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of June 2006, at San Francisco, California.

_____
David A. Kramlick

700476426v1    - 2 -    Proof of Service Via U.S. Mail
No. C-06-0672-VRW