Karl Olson (SBN 104760)
Erica L. Craven (SBN 199918)
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Attorneys for Intervenors <u>San Francisco Chronicle</u>,
<u>Los Angeles Times</u>, Associated Press,
<u>San Jose Mercury News</u>, Bloomberg News,
and <u>USA Today</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> v.<br><br>AT&T CORP., et al.<br><br>    Defendants. | CASE NO. CV-06-0672-VRW<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO FILE OPPOSITION UNDER SEAL**<br><br>**Complaint Filed:** January 31, 2006 |

  The Court has considered plaintiffs' Administrative Motion to file their Opposition to the Motion to Dismiss under seal (Docket No. 181) and the Opposition thereto. The Court concludes that the presumption in favor of access to court records has not been overcome (<u>Foltz v. State Farm Mut. Auto. Ins. Co.</u>, 331 F.3d 1122, 1135) and that the showing required by Local Rule 79-5 has not been made. Accordingly, the administrative motion is DENIED. The parties

shall meet and confer to attempt to agree upon a public redacted version of any filed documents before lodging any further documents under seal.

Dated:

                                                  The Honorable Vaughn R. Walker
Chief Judge, United States District Court
Northern District of California