1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   DAVID L. ANDERSON  #149604
    JACOB R. SORENSEN  #209134
3   MARC H. AXELBAUM  #209855
    BRIAN J. WONG  #226940
4   DANIEL J. RICHERT #232208
    50 Fremont Street
5   Post Office Box 7880
    San Francisco, CA  94120-7880
6   Telephone:  (415) 983-1000
    Facsimile:  (415) 983-1200
7   Email:  bruce.ericson@pillsburylaw.com

8   SIDLEY AUSTIN LLP
    DAVID W. CARPENTER (admitted *pro hac vice*)
9   DAVID L. LAWSON (admitted *pro hac vice*)
    BRADFORD A. BERENSON (admitted *pro hac vice*)
10  EDWARD R. McNICHOLAS (admitted *pro hac vice*)
    1501 K Street, N.W.
11  Washington, D.C.  20005
    Telephone:  (202) 736-8010
12  Facsimile: (202) 736-8711

13  Attorneys for Defendants
    AT&T CORP. and AT&T INC.

14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19 TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN | No. C-06-0672-VRW |
| 20 on Behalf of Themselves and All Others Similarly Situated, | **RESPONSE OF AT&T CORP. TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DKTS. 183-85]** |
| 21 Plaintiffs, | |
| 22 | |
| vs. | Courtroom: 6, 17th Floor |
| 23 | Judge:     Hon. Vaughn R. Walker |
| AT&T CORP., AT&T INC. and DOES 1-20, | Hearing:   June 23, 2006 |
| 24 inclusive, | Time:       9:30 a.m. |
| 25 Defendants. | |

26

27

28

700475712v1

1    On June 8, 2006, plaintiffs filed under seal Plaintiffs' Opposition to Motion to

2 Dismiss Or, in the Alternative, for Summary Judgment by the United States of America

3 Based on the State Secrets Privilege (*see* Dkt. 181, the "Opposition") and the Declaration of

4 Michael M. Markman Pursuant to Fed. R. Civ. P. 56(f) in Opposition to Motion to Dismiss

5 or, in the Alternative, For Summary Judgment by the United States Based on State Secrets

6 Privilege (*see* Dkt. 182, the "Markman Declaration"). Plaintiffs also filed an administrative

7 motion and supporting documents (Dkts. 183-185) that address sealing. Defendant **AT&T**

8 **CORP.** ("AT&T") hereby responds to plaintiffs' administrative motion.[1]

9    AT&T is not opposed to unsealing most of the Opposition and the Markman

10 Declaration. However, certain information in these documents is confidential and

11 proprietary and it needs to be protected. AT&T has engaged in a meet and confer process

12 with plaintiffs' counsel and the parties have come to agreement on versions of the Klein

13 declaration (Dkt. 147) and plaintiffs' preliminary injunction motion (Dkt. 149) that have

14 been publicly filed. The parties are currently engaging in the same process with regard to

15 the Marcus declaration (*see* Dkt. 32). Plaintiffs propose that the parties attempt to reach

16 agreement and create redacted versions of the Opposition and Markman Declaration that

17 can be publicly filed. Dkt. 183, 2:23-25. AT&T agrees and is optimistic that the parties

18 will reach agreement, as they have on the other documents. The parties need time to

19 complete this process. AT&T suggests that the parties be given until Monday, June 19 to

20 reach agreement and file redacted versions, or else file short papers (not to exceed five

21 pages per side) indicating why they cannot agree.

22 //

23 //

24 //

25

26 ───────────────

[1] As stated in AT&T's June 10 filing (Dkt. 190), AT&T takes no position on the part of the
27 administrative motion regarding the length of Plaintiffs' 59-page brief. That is the
government's fight.

28

1    Dated:  June 13, 2006.

2                                         PILLSBURY WINTHROP SHAW PITTMAN LLP
                                          BRUCE A. ERICSON
3                                         DAVID L. ANDERSON
                                          JACOB R. SORENSEN
4                                         MARC H. AXELBAUM
                                          BRIAN J. WONG
5                                         DANIEL J. RICHERT
                                          50 Fremont Street
6                                         Post Office Box 7880
                                          San Francisco, CA  94120-7880
7
                                          SIDLEY AUSTIN LLP
8                                         DAVID W. CARPENTER
                                          DAVID L. LAWSON
9                                         BRADFORD A. BERENSON
                                          EDWARD R. McNICHOLAS
10                                        1501 K Street, N.W.
                                          Washington, D.C.  20005
11

12                                        By      /s/ Bruce A. Ericson
                                                        Bruce A. Ericson
13
                                              Attorneys for Defendants
14                                            AT&T CORP. and AT&T INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28