PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
DANIEL J. RICHERT  #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email:  bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
BRADFORD BERENSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711
Email:  bberenson@sidley.com

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**PROOF OF SERVICE VIA U.S. MAIL**<br><br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker<br>Hearing:   June 23, 2006<br>Time:      9:30 a.m. |

I, <u>PHYLLIS J. FISHER</u>, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On June 13, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document titled exactly **Response of AT&T Corp. to Plaintiffs' Administrative Motion to File Documents Under Seal [Dkts. 183-85]** by placing it in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

> David W. Carpenter
> David L. Lawson
> Bradford Berenson
> Edward R. McNicholas
> Sidley Austin, LLP
> 1501 "K" Street, N.W.
> Washington, D.C. 20005

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June 2006, at San Francisco, California.

                                            /s/ Phyllis J. Fisher
                                            Phyllis J. Fisher