| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON  #149604 |
| | JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM  #209855 |
| | DANIEL J. RICHERT #232208 |
| 4 | 50 Fremont Street |
| | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
| | Telephone:  (415) 983-1000 |
| 6 | Facsimile:  (415) 983-1200 |
| | Email:  bruce.ericson@pillsburylaw.com |
| 7 | |
| | SIDLEY AUSTIN LLP |
| 8 | DAVID W. CARPENTER (admitted *pro hac vice*) |
| | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| 9 | DAVID L. LAWSON (admitted *pro hac vice*) |
| | EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
| 10 | 1501 K Street, N.W. |
| | Washington, D.C.  20005 |
| 11 | Telephone:  (202) 736-8010 |
| | Facsimile:  (202) 736-8711 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, et al., | No. C-06-0672-VRW |
| Plaintiffs, | **PROPOSED ORDER DEEMING CASES RELATED** |
| vs. | |
| AT&T CORP., et al., | |
| Defendants. | |
| TOM CAMPBELL, et al., | No. C-06-3596 VRW |
| Plaintiffs, | [N.D. Cal. Civ. L.R. 3-12, 7-11] |
| vs. | |
| AT&T COMMUNICATIONS OF CALIFORNIA, et al, | |
| Defendants. | |

1       Pursuant to Civil Local Rule 3-12 Defendant AT&T CORP. ("AT&T") has filed an
2 Administrative Motion to Consider Whether Cases Should Be Related urging that the
3 subsequently filed case of *Campbell, et al. v. AT&T Communications of California, et al.*,
4 No. C-06-3596-VRW, removed on June 6, 2006 (the "*Campbell* case") be deemed related
5 to *Hepting et al. v. AT&T Corp. et al.*, C-06-0672-VRW (the "*Hepting* case").
6       The Court finds that the *Campbell* case and the *Hepting* case **ARE RELATED** as
7 defined by Rule 3-12(b).
8       Dated: June __, 2006.
9
10
                                                      _____
11                                                       Hon. Vaughn W. Walker
                                                      United States District Chief Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28