| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  #76342 |
| 2 | DAVID L. ANDERSON  #149604 |
| | JACOB R. SORENSEN  #209134 |
| 3 | MARC H. AXELBAUM  #209855 |
| | DANIEL J. RICHERT #232208 |
| 4 | 50 Fremont Street |
| | Post Office Box 7880 |
| 5 | San Francisco, CA  94120-7880 |
| | Telephone:  (415) 983-1000 |
| 6 | Facsimile:  (415) 983-1200 |
| 7 | SIDLEY AUSTIN LLP |
| | DAVID W. CARPENTER (admitted *pro hac vice*) |
| 8 | BRADFORD A. BERENSON (admitted *pro hac vice*) |
| | DAVID L. LAWSON (admitted *pro hac vice*) |
| 9 | EDWARD R. McNICHOLAS (admitted *pro hac vice*) |
| | 1501 K Street, N.W. |
| 10 | Washington, D.C.  20005 |
| | Telephone:  (202) 736-8010 |
| 11 | Facsimile:  (202) 736-8711 |
| 12 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, et al., | No. C-06-0672-VRW |
| Plaintiffs, | **PROOF OF SERVICE VIA U.S. MAIL** |
| vs. | |
| AT&T CORP., et al., | |
| Defendants. | |
| TOM CAMPBELL, et al., | No. C-06-3596-VRW |
| Plaintiffs, | |
| vs. | |
| AT&T COMMUNICATIONS OF CALIFORNIA, et al, | |
| Defendants. | |

1  I, <u>PHYLLIS J. FISHER</u>, the undersigned, hereby declare as follows:

2  1.  I am over the age of 18 years and am not a party to the within cause.  I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2.  My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

3.  On June 14, 2006, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached documents titled exactly:

- **Administrative Motion of Defendant AT&T Corp. to Consider Whether Cases Should be Related**

- **Proposed Order Deeming Cases Related**

by placing them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

> David W. Carpenter
> David L. Lawson
> Bradford Berenson
> Edward R. McNicholas
> Sidley Austin, LLP
> 1501 K Street, N.W.
> Washington, D.C.  20005
>
> David Blair-Loy
> American Civil Liberties Union Foundation
>  of San Diego/Imperial Counties
> P.O. Box 87131
> San Diego, CA 92138
>
> Peter Eliasberg
> Clare Pastore
> American Civil Liberties Union Foundation
>  of Southern California
> 1616 Beverly Boulevard
> Los Angeles, CA 90026
>
> Nicole A. Ozer
> Mark Schlosberg
> American Civil Liberties Union Foundation
>  of Northern California
> 39 Drumm Street
> San Francisco, CA 94111

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June 2006, at San Francisco, California.

/s/ Phyllis J. Fisher
Phyllis J. Fisher