ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND PAGE LIMIT AND FILE DOCUMENTS UNDER SEAL**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

1  Pursuant to Civil Local Rule 7-4(b), 7-11, and 79-5(d), and having considered Plaintiffs'
2  motion for administrative relief, and all responses thereto, the Court HEREBY ORDERS that
3  Plaintiffs may file a memorandum of points and authorities of 60 pages in support of their
4  opposition to the United States' motion to dismiss, and may file this motion and the supporting
5  declaration under seal.

6  IT IS SO ORDERED.

8  Dated June 9, 2006

   _____
   The Honorable Vaughn R. Walker
   United States District Court Judge

   *GRANTED — Judge Vaughn R Walker* (stamp, United States District Court, Northern District of California seal)

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the following non- |
| 6 | CM/ECF participants: |

    David W. Carpenter
    Sidley Austin Brown & Wood LLP
    Bank One Plaza
    10 South Dearborn Street
    Chicago, IL 60600

    David L. Lawson
    Sidley Austin Brown & Wood
    172 Eye Street, N.W.
    Washington, DC 20006

By     /s/
Michael M. Markman (SBN.191388)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6926
Facsimile: (415) 772-6268
michael.markman@hellerehrman.com

| | |
|---|---|
| HELLER EHRMAN LLP | LERACH COUGHLIN STOIA GELLER |
| ROBERT D. FRAM |   RUDMAN & ROBBINS LLP |
| MICHAEL M. MARKMAN | REED R. KATHREIN |
| ETHAN C. GLASS | JEFF D. FRIEDMAN |
| SAMUEL F. ERNST | SHANA E. SCARLETT |
| NATHAN E. SHAFROTH | MARIA V. MORRIS |
| ELENA DIMUZIO | 100 Pine Street, Suite 2600 |
| 333 Bush Street | San Francisco, CA 94111 |
| San Francisco, CA 94104 | Telephone: 415/288-4545 |
| Telephone: 415/772-6000 | 415/288-4534 (fax) |
| 415-772-6268 (fax) | |

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)