ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
THERESA M. TRABER (116305)
tmt@tvlegal.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
626/ 577-7079 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T CORP., et al. <br><br> Defendants. | No. C-06-00672-VRW <br><br> CLASS ACTION <br><br> [~~PROPOSED~~] ORDER REGARDING NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL PLAINTIFFS' STATEMENT IN SUPPORT OF MOTION BY LYCOS, INC. AND WIRED NEWS FOR ORDERS (1) PERMITTING INTERVENTION AND (2) UNSEALING DOCUMENTS |

Pursuant to Civil Local Rules 7-11 and 79-5, and having considered plaintiffs' motion and all responses thereto, and good cause appearing, it is HEREBY ORDERED as follows:

The plaintiffs' statement in support of motion by Lycos, Inc. and Wired News for orders (1) permitting intervention and (2) unsealing documents shall remain sealed.

\*    \*    \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

[GRANTED — signed Judge Vaughn R Walker, United States District Court, Northern District of California seal]

DATED: June 12, 2006

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
CORYNNE MCSHERRY
JAMES S. TYRE

_____/s/_____
CINDY A. COHN

454 Shotwell Street
San Francisco, CA  94110
Telephone:  415/436-9333
415/436-9993 (fax)

TRABER & VOORHEES
BERT VOORHEES
THERESA M. TRABER
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone:  626/585-9611
626/577-7079 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
REED R. KATHREIN
JEFF D. FRIEDMAN
SHANA E. SCARLETT
MARIA V. MORRIS

[PROPOSED] ORDER RE NOTICE OF MOTION & ADMINISTRATIVE MOTION PURSUANT TO
CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL PLAINTIFFS' STATEMENT - C-06-00672-VRW         - 1 -

| | |
|---|---|
| 1 | 100 Pine Street, Suite 2600 |
| | San Francisco, CA  94111 |
| 2 | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| 3 | |
| | LERACH COUGHLIN STOIA GELLER |
| 4 |   RUDMAN & ROBBINS LLP |
| | ERIC ALAN ISAACSON |
| 5 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 7 | |
| | LAW OFFICE OF RICHARD R. WIEBE |
| 8 | RICHARD R. WIEBE |
| | 425 California Street, Suite 2025 |
| 9 | San Francisco, CA  94104 |
| | Telephone:  415/433-3200 |
| 10 | 415/433-6382 (fax) |
| | |
| 11 | HELLER EHRMAN LLP |
| | ROBERT D. FRAM |
| 12 | MICHAEL M. MARKMAN |
| | 333 Bush Street, Suite 3100 |
| 13 | San Francisco, CA  94104-2878 |
| | Telephone:  415/772-6000 |
| 14 | 415/772-6268 (fax) |
| 15 | Attorneys for Plaintiffs |

W:\AT&T Privacy\ORD00031806_seal.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
MARIA V. MORRIS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:mariam@lerachlaw.com

I, Maria V. Morris, am the ECF User whose ID and password are being used to file this [PROPOSED] ORDER REGARDING NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL PLAINTIFFS' STATEMENT IN SUPPORT OF MOTION BY LYCOS, INC. AND WIRED NEWS FOR ORDERS (1) PERMITTING INTERVENTION AND (2) UNSEALING DOCUMENTS. In compliance with General Order 45, X.B., I hereby attest that Cindy A. Cohn has concurred in this filing.

# Mailing Information for a Case 3:06-cv-00672-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Timothy L. Alger**
  timalger@quinnemanuel.com albertvillamil@quinnemanuel.com

- **Kevin Stuart Bankston**
  bankston@eff.org

- **Bradford Allan Berenson**
  bberenson@sidley.com vshort@sidley.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com bkeaton@mofo.com

- **Cindy Ann Cohn**
  cindy@eff.org wendy@eff.org;barak@eff.org

- **Anthony Joseph Coppolino**
  tony.coppolino@usdoj.gov

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Robert D. Fram**
  rfram@hewm.com mawilliams@hewm.com;kim.sydorak@hellerehrman.com

- **Jeff D Friedman**
  JFriedman@lerachlaw.com RebeccaG@lerachlaw.com

- **Barry R. Himmelstein**
  bhimmelstein@lchb.com

- **Eric A. Isaacson**
  erici@lerachlaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael M. Markman**
  mmarkman@hewm.com

- **Brian Martinez**
  brianmartinez@mofo.com

- **Edward Robert McNicholas**
  emcnicholas@sidley.com vshort@sidley.com

- **Corynne McSherry**
  corynne@eff.org

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Karl Olson**
  ko@lrolaw.com amw@lrolaw.com,slighthill@gmail.com

- **Kurt Opsahl**
  kurt@eff.org

- **Renee Sharon Orleans**
  renee.orleans@usdoj.gov

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Andrew H Tannenbaum**
  andrew.tannenbaum@usdoj.gov

- **Tze Lee Tien**
  tien@eff.org aram@eff.org

- **Theresa M. Traber, Esq**
  tmt@tvlegal.com

- **James Samuel Tyre**
  jstyre@jstyre.com jstyre@eff.org

- **Marc Van Der Hout**
  ndca@vblaw.com

- **Bert Voorhees**
  bv@tvlegal.com

- **Richard Roy Wiebe**

wiebe@pacbell.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
```