ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T CORP., et al. <br><br> Defendants. | No. C-06-00672-VRW <br><br> CLASS ACTION <br><br> DECLARATION OF CINDY A. COHN IN SUPPORT OF ADMINISTRATIVE MOTION FOR DESIGNATION OF INTERIM CLASS COUNSEL |
|---|---|

I, CINDY A. COHN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am the Legal Director of the Electronic Frontier Foundation, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Resume of the Electronic Frontier Foundation;

Exhibit B: Resume of Lerach Coughlin Stoia Geller Rudman & Robbins LLP;

Exhibit C: Resume of Heller Ehrman LLP;

Exhibit D: Resume of Traber & Voorhees; and

Exhibit E: Resume of Law Office of Richard R. Wiebe.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of June, 2006, at San Francisco, California.

/s/
CINDY A. COHN

W:\AT&T Privacy\dec00031907.doc

DECLARATION OF CINDY A. COHN IN SUPPORT OF ADMINISTRATIVE
MOTION FOR DESIGNATION OF INTERIM CLASS COUNSEL - C-06-00672-VRW      - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
SHANA E. SCARLETT

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shanas@lerachlaw.com

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this DECLARATION OF CINDY A. COHN IN SUPPORT OF ADMINISTRATIVE MOTION FOR DESIGNATION OF INTERIM CLASS COUNSEL. In compliance with General Order 45, X.B., I hereby attest that Cindy A. Cohn has concurred in this filing.