1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   DAVID L. ANDERSON  #149604
    JACOB R. SORENSEN  #209134
3   MARC H. AXELBAUM  #209855
    DANIEL J. RICHERT #232208
4   50 Fremont Street
    Post Office Box 7880
5   San Francisco, CA  94120-7880
    Telephone:  (415) 983-1000
6   Facsimile:  (415) 983-1200

7   SIDLEY AUSTIN LLP
    DAVID W. CARPENTER (admitted *pro hac vice*)
8   BRADFORD A. BERENSON (admitted *pro hac vice*)
    DAVID L. LAWSON (admitted *pro hac vice*)
9   EDWARD R. McNICHOLAS (admitted *pro hac vice*)
    1501 K Street, N.W.
10  Washington, D.C.  20005
    Telephone:  (202) 736-8010
11  Facsimile:  (202) 736-8711

12  Attorneys for Defendants

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17  TASH HEPTING, et al.,                        No. C-06-0672-VRW

18                Plaintiffs,                     **PROOF OF SERVICE VIA U.S.
                                                  MAIL**
19       vs.

20  AT&T CORP., et al.,

21                Defendants.

22
    TOM CAMPBELL, et al.,                         No. C-06-3596-VRW
23
                  Plaintiffs,
24       vs.

25  AT&T COMMUNICATIONS OF
    CALIFORNIA, et al,
26
                  Defendants.
27

28

1    I, <u>PHYLLIS J. FISHER</u>, the undersigned, hereby declare as follows:

2    1.    I am over the age of 18 years and am not a party to the within cause.  I am

3    employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State

4    of California.

5    2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

6    My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

7    3.    On June 15, 2006, at 50 Fremont Street, San Francisco, California, I served a

8    true copy of the attached document titled exactly **Notice of Reassignment in Connection**

9    **With Administrative Motion of Defendant AT&T Corp. to Consider Whether Cases**

10   **Should be Related** by placing it in an addressed sealed envelope and depositing it in the

11   United States mail, first class postage fully prepaid, to the following:

12   David W. Carpenter
     David L. Lawson
13   Bradford Berenson
     Edward R. McNicholas
14   Sidley Austin, LLP
     1501 K Street, N.W.
15   Washington, D.C.  20005

16   David Blair-Loy
     American Civil Liberties Union Foundation
17    of San Diego/Imperial Counties
     P.O. Box 87131
18   San Diego, CA 92138

19   Peter Eliasberg
     Clare Pastore
20   American Civil Liberties Union Foundation
      of Southern California
21   1616 Beverly Boulevard
     Los Angeles, CA 90026
22
     Nicole A. Ozer
23   Mark Schlosberg
     American Civil Liberties Union Foundation
24    of Northern California
     39 Drumm Street
25   San Francisco, CA 94111

26

27

28

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed

2    this 15th day of  June 2006, at San Francisco, California.

3

4
                                                            /s/ Phyllis J. Fisher
5                                                             Phyllis J. Fisher

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28