Susan Freiwald, *Pro Hac Vice*
NY Reg. No. 2557627
Professor of Law
UNIVERSITY OF SAN FRANCISCO SCHOOL OF LAW
2130 Fulton Street
San Francisco, California 94117-1080
Telephone: (415) 422-6467
Email: freiwald@usfca.edu

*In Pro Se as Amicus Curiae*

Lauren Gelman, State Bar No. 228734
Jennifer Stisa Granick, State Bar No. 168423
STANFORD LAW SCHOOL
CYBERLAW CLINIC
CENTER FOR INTERNET & SOCIETY
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-3358
Facsimile: (650) 723-4426
Email: gelman@stanford.edu

*Attorneys for Amicus Curiae Law Professors*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL, and ERIC KNUTZEN On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AT&T CORPORATION, AT&T INCORPORATED, and DOES 1-2, Inclusive,<br><br>　　　　Defendants. | Case No.: C 06-0672-VRW<br><br>**APPLICATION AND [PROPOSED] ORDER RE: PARTICIPATION OF AMICUS CURIAE LAW PROFESSORS REGARDING MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT BY THE INTERVENOR UNITED STATES OF AMERICA**<br><br>Hearing Date: June 21, 2006<br>Judge:　　　The Hon. Vaughn R. Walker<br>Courtroom:　6, 17th Floor |

APPLICATION AND [PROPOSED] ORDER RE: PARTICIPATION OF AMICUS CURIAE
LAW PROFESSORS REGARDING MOTION TO DISMISS
Case No. C-06-0672-VRW

Dockets.Justia.com

# REQUEST FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

Applicants *Amici Curiae* Law Professors ("*Amici*") are law professors whose scholarship, teaching, and practice focus on electronic surveillance and constitutional law.

*Amici* wish to submit this brief to the Court to highlight the historical role the judicial branch has played in regulating surveillance and to show that the information necessary to prove or defend against Plaintiffs interception claims is publicly known and not protected by the state secrets privilege.

Therefore, *Amici* hereby request the Court's permission to submit an amicus brief on the issue of whether this Court should dismiss the above-captioned case on state secrets grounds asserted by the Intervenor United States in its Motion to Dismiss, or in the Alternative for Summary Judgment.

On June 9, 2006, Lauren Gelman, Attorney for *Amici,* spoke with Anthony Coppolino, attorney for the United States of America. The United States of America, through its counsel Mr. Coppolino, informed *Amici* that it does not object to the participation of *Amici* in briefing on the Motion to Dismiss, or in the Alternative for Summary Judgment by the Intervenor United States of America provided that such participation is acceptable to the Court.

On June 15, 2006, Jennifer Granick, Attorney for *Amici*, spoke with Kurt Opsahl, attorney for Plaintiffs. Plaintiffs informed *Amici* that they do not object to the participation of *Amici* in briefing on the Motion to Dismiss, or in the Alternative for Summary Judgment by the Intervenor United States of America, provided that such participation is acceptable to the Court.

On June 15, 2006, Jennifer Granick, Attorney for *Amici,* received an email from Bruce A. Ericson attorney for Defendants AT&T Corp. and AT&T Inc. Defendants, through their counsel, informed *Amici* that the do not object to the participation of *Amici* in briefing on the Motion to Dismiss, or in the Alternative for Summary Judgment by the Intervenor United States of America provided that such participation is acceptable to the Court, the United States and that the brief is filed on June 16, 2006.

# CONCLUSION

In view of there being no opposition to the instant application, *Amici* hereby request that this Court issue an order stating that *Amici* Law Professors be permitted to participate in the hearing on the above-referenced Motion by filing the Brief attached to this Application.

Dated: June 16, 2006                    Respectfully submitted,

**By:**  /S/ Susan Freiwald
         Susan Freiwald, *Pro Hac Vice*
         Voice: (415) 422-6467
         Email: freiwald@usfca.edu

         UNIVERSITY OF SAN FRANCISCO SCHOOL OF LAW
         2130 Fulton Street
         San Francisco, CA 94117-1080

         *In Pro Se as Amicus Curiae*

**By:**  /S/ Lauren A. Gelman
         Lauren A. Gelman
         Voice: (650) 724-3358
         Email: gelman@stanford.edu

**By:**  /S/ Jennifer S. Granick
         Jennifer S. Granick
         Voice: (650) 724-0014
         Email: jennifer@granick.com

         STANFORD LAW SCHOOL
         CENTER FOR INTERNET & SOCIETY
         CYBERLAW CLINIC
         Crown Quadrangle
         559 Nathan Abbott Way
         Stanford, California 94305-8610

         *Attorneys for Intervenor Plantiffs*
         *Amici Curiae Law Professors*