TERRY GROSS (103878)
ADAM BELSKY (147800)
MONIQUE ALONSO (127078)
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94111
Telephone: (415) 544-0200
Facsimile: (415) 544-0201
terry@grossbelsky.com

Micha Star Liberty (215687)
LIBERTY LAW OFFICE
78 First Street
San Francisco, CA 94105-2523
Telephone: 415-896-1000
Facsimile: 415-896-2249

THE CENTER FOR NATIONAL SECURITY STUDIES
Kate A. Martin
1120 19th Street, NW, 8th Floor
Washington, D.C. 20036

Attorneys for Proposed Amicus Curiae
THE CENTER FOR NATIONAL SECURITY STUDIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>  Defendant. | Case No. C-06-00672-VRW<br><br>**NOTICE OF MOTION AND MOTION OF THE CENTER FOR NATIONAL SECURITY STUDIES FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that The Center for National Security Studies ("Center") hereby moves the Court, pursuant to Civil Local Rule 7-11, for leave to appear and file the accompanying proposed Brief of Amicus Curiae. This Motion is based on this Notice of Motion and Motion, the Center's proposed amicus brief submitted herewith, the proposed order submitted herewith, the

1
NOTICE OF MOTION AND MOTION OF THE CENTER FOR NATIONAL SECURITY STUDIES
FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE; C-06-00672-VRW

Dockets.Justia.com

pleadings and papers on file herein, and such other argument and evidence as may be presented to the Court.

Proposed amicus curiae is The Center for National Security Studies. The Center is a nonpartisan civil liberties organization in Washington, D.C., that was founded in 1974 to ensure that civil liberties are not eroded in the name of national security. The Center seeks to find solutions to national security problems that protect both the civil liberties of individuals and the legitimate national security interests of the government.

The Center submits its brief in light of the fact that "[d]istrict courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Developers, LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2004), *citing Cobell v. Norton*, 246 F Supp 2d 59, 62 (D.D.C.2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir.1997)). Here, the Center has worked for more than twenty years to protect the Fourth Amendment rights of individuals to be free of unreasonable searches and seizures, especially when conducted in the name of national security. As such, the Center has information and a perspective pertinent to these proceedings. The Center believes that the submission of its amicus brief will assist the Court in adjudicating issues raised in this case.

The Center sought consent to file its papers from counsel for AT&T and for the United States government, and both have stipulated to the Center's submission.

For the foregoing reasons, the Center respectfully requests that the Court grant this motion

Dated: June 16, 2006

Respectfully submitted,

Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200
Facsimile: (415) 544-0201
terry@grossbelsky.com

By: __//s// Terry Gross_____
     Terry Gross

| | |
|---|---|
| 1 | |
| 2 | Micha Star Liberty (215687)<br>LIBERTY LAW OFFICE |
| 3 | 78 First Street<br>San Francisco, CA 94105-2523 |
| 4 | Telephone: 415-896-1000<br>Facsimile: 415-896-2249 |
| 5 | Kate A. Martin |
| 6 | Brittany Benowitz<br>THE CENTER FOR NATIONAL |
| 7 | SECURITY STUDIES<br>1120 19th Street NW, 8th Floor |
| 8 | Washington, D.C. 20036<br>Telephone: (202) 721-5620 |
| 9 | Attorneys for Amicus Curiae |
| 10 | THE CENTER FOR NATIONAL<br>SECURITY STUDIES |
| 11 | OF COUNSEL |
| 12 | Joseph N. Onek |
| 13 | Patricia M. Wald<br>1120 19th Street NW, 8th Floor |
| 14 | Washington, D.C. 20036<br>Telephone: (202) 721-5600<br>Fax: (202) 530-0128 |

3

NOTICE OF MOTION AND MOTION OF THE CENTER FOR NATIONAL SECURITY STUDIES
FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE; C-06-00672-VRW

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF MOTION AND MOTION OF THE CENTER FOR NATIONAL SECURITY STUDIES FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE will be served by means of the Court's CM/ECF system on June 16, 2006, which will send notifications of such filing to the following:

Peter D. Keisler
Assistant Attorney General, Civil Division
Carl J. Nichols
Deputy Assistant Attorney General
Douglas N. Letter
Terrorism Litigation Counsel
Joseph H. Hunt
Director, Federal Programs Branch
Anthony J. Coppolino
Special Litigation Counsel
Andrew H. Tannenbaum
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001

Reed R. Kathrein
Jeff D. Friedman
Shana E. Scarlett
Lerach, Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Cindy Cohn
Lee Tien
Kurt Opsahl
Kevin S. Bankston
Corynne McSherry
James S. Tyre
545 Shotwell Street
San Francisco, CA 94110

Bert Voorhees
Theresa M. Traber
Traber & Voorhees
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

David W. Carpenter
Bradford Berenson
Edward R. McNicholas
David L. Lawson
1501 K. Street, NW
Washington, DC 20005

Bruce A. Ericson
David L. Anderson
Partick S. Thompson
Jacob R. Sorensen
Brian J. Wong
Pillsbury Winthrop Shaw Pittman LLP
50 Freemont Street
PO Box 7880
San Francisco, CA 94120-7880

//s// Mary B. Cunniff