1  ANN BRICK (State Bar No. 65296)
   MARK SCHLOSBERG (State Bar No. 209144)
2  NICOLE A. OZER (State Bar No. 228643)
   AMERICAN CIVIL LIBERTIES UNION
3  FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
4  San Francisco, California 94111
   Telephone: (415) 621-2493
5  Facsimile:  (415) 255-8437
   abrick@aclunc.org
6  mschlosberg@aclunc.org
   nozer@aclunc.org

8  Attorneys for Plaintiffs
   (additional counsel listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>AT&T CORP., et al.<br><br>         Defendants. | Case No. C-06-0672-VRW<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| TOM CAMPBELL, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>AT&T COMMUNICATIONS OF CALIFORNIA, et al,<br><br>         Defendants. | Case No. 06-3596 VRW |

[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Case No. C-06-0672-VRW

1

PETER ELIASBERG (State Bar No. 189110)
CLARE PASTORE (State Bar No. 135933)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Telephone: (213) 977-9500
Facsimile: (213) 250-3919
peliasberg@aclu-sc.org
cpastore@aclu-sc.org

DAVID BLAIR-LOY (State Bar No. 229235)
ACLU FOUNDATION OF SAN DIEGO/IMPERIAL COUNTIES
P.O. Box 87131
San Diego, California 92138
Telephone: (619) 232-2121
Facsimile: (619) 232-0036
dblairloy@aclusandiego.org

LAURENCE F. PULGRAM (State Bar No. 115163)
JENNIFER L. KELLY (State Bar No. 193416)
SAINA SHAMILOV (State Bar No. 215636)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
lpulgram@fenwick.com
jkelly@fenweick.com
sshamilov@fenwick.com

Defendant AT&T has moved that the above-captioned cases be related pursuant to Civil Local Rule 3-11.

The Court having considered the motion and the memorandum in opposition thereto submitted by plaintiffs in *Campbell, et al. v. AT&T Communications of California*, *et al.*, case no. C-06-3596 VRW and *Riordan et al. v. Verizon Communications, Inc.*, case no. C-06-3574 JSW, and good cause appearing, it is hereby ordered that defendant AT&T's motion is DENIED.

Dated: June __, 2006                    _____

United States District Judge

[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. C-06-0672-VRW