PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON  #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
BRIAN J. WONG  #226940
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
Email:  bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. McNICHOLAS (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711

Attorneys for Defendants
AT&T CORP. and AT&T INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., AT&T INC. and DOES 1-20, inclusive,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING AT&T CORP. LEAVE TO FILE EXCESS PAGES**<br><br>**[Civil L.R. 7-4, 7-12]**<br><br>Courtroom: 6, 17th Floor<br>Judge:  Hon. Vaughn R. Walker<br>Hearing:  June 23, 2006<br>Time:  9:30 a.m. |

**RECITALS**

A. Defendant AT&T Corp. ("AT&T") filed a motion to dismiss.  Dkt. 86.

B. Plaintiffs filed an opposition containing 29 pages of text.  Dkt. 176.

C. AT&T seeks leave to file a reply of 18 pages, three pages more than provided for by Civil Local Rule 7-3(d).

**STIPULATION**

Plaintiffs and AT&T, by and through their respective attorneys of record, hereby stipulate that AT&T may file a reply to Dkt. 176 of not more than 18 pages.  This stipulation applies only to AT&T's reply to Dkt. 176 and not to any other brief that AT&T may be filing.

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 16, 2006, at San Francisco, California.

```
                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                              BRUCE A. ERICSON
                              DAVID L. ANDERSON
                              JACOB R. SORENSEN
                              MARC H. AXELBAUM
                              BRIAN J. WONG
                              50 Fremont Street
                              Post Office Box 7880
                              San Francisco, CA  94120-7880

                              SIDLEY AUSTIN LLP
                              DAVID W. CARPENTER
                              BRADFORD BERENSON
                              EDWARD R. McNICHOLAS
                              DAVID L. LAWSON
                              1501 K Street, N.W.
                              Washington, D.C.  20005

                              By    /s/ Bruce A. Ericson
                                        Bruce A. Ericson
                              Attorneys for Defendants
                              AT&T CORP. and AT&T INC.
```

| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | CINDY COHN |
| 2 | LEE TIEN |
| | KURT OPSAHL |
| 3 | KEVIN S. BANKSTON |
| | CORYNNE MCSHERRY |
| 4 | JAMES S. TYRE |
| | 454 Shotwell Street |
| 5 | San Francisco, CA 94110 |
| 6 | LERACH COUGHLIN STOIA GELLER |
| |   RUDMAN & ROBBINS LLP |
| 7 | REED R. KATHREIN |
| | JEFF D. FRIEDMAN |
| 8 | SHANA E. SCARLETT |
| | 100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA 94111 |
| 10 | TRABER & VOORHEES |
| | BERT VOORHEES |
| 11 | THERESA M. TRABER |
| | 128 North Fair Oaks Avenue, Suite 204 |
| 12 | Pasadena, CA 91103 |
| 13 | LAW OFFICES OF RICHARD R. WIEBE |
| | RICHARD R. WIEBE |
| 14 | 425 California Street, Suite 2025 |
| | San Francisco, CA 94104 |
| 15 | |
| | By _____/s/ Cindy Cohn_____ |
| 16 | Cindy Cohn |
| 17 | Attorneys for Plaintiffs |

18 **[~~PROPOSED~~] ORDER**

19     Pursuant to the above stipulation, and good cause appearing, it is ORDERED that

20 AT&T may file a reply to Dkt. 176 of not more than 18 pages.

21     IT IS SO ORDERED.

22     Dated: June _20_, 2006.

24     _____
    Hon. Vaughn R. Walker
25     United States District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)