1  ELECTRONIC FRONTIER FOUNDATION
   CINDY COHN (Bar No. 145997)
2  cindy@eff.org
   LEE TIEN (Bar No. 148216)
3  tien@eff.org
   KURT OPSAHL (Bar No. 191303)
4  kurt@eff.org
   KEVIN S. BANKSTON (Bar No. 217026)
5  bankston@eff.org
   CORYNNE MCSHERRY (Bar No. 221504)
6  corynne@eff.org
   JAMES S. TYRE (Bar No. 083117)
7  jstyre@eff.org
   454 Shotwell Street
8  San Francisco, CA  94110
   Telephone:  415/436-9333
9  415/436-9993 (fax)

10 Attorneys for Plaintiffs

11 [Additional counsel appear on signature page.]

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

15 TASH HEPTING, GREGORY HICKS,            )   No. C-06-00672-VRW
   CAROLYN JEWEL and ERIK KNUTZEN, on )   CLASS ACTION
16 Behalf of Themselves and All Others Similarly )
   Situated,                                )   PLAINTIFFS' REQUEST FOR
17                                          )   PERMISSION TO BRING AUDIO/VISUAL
                              Plaintiffs,   )   EQUIPMENT TO HEARING ON JUNE 23,
18                                          )   2006; [~~PROPOSED~~] ORDER
              vs.                           )
19                                          )   Judge:  The Hon. Vaughn R. Walker
   AT&T CORP., et al.                       )   Date:  June 23, 2006
20                                          )   Courtroom:  6, 17th Floor
                              Defendants.   )
21 _____ )

22

23

24

25

26

27

28

**REQUEST FOR PERMISSION**

Plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen, by and through their counsel of record, hereby request permission pursuant to General Order 58 to bring the following audio/visual equipment to the hearing in the above-referenced matter on June 23, 2006 at 9:30 a.m. in Courtroom 6:

(1) Digital projector and screen;

(2) Laptops;

(3) Flat-panel monitors;

(4) Digital video document presenter; and

(5) Miscellaneous cables, switches (including a multi-input switch), and tables.

DATED:  June 20, 2006                     Respectfully submitted,

HELLER EHRMAN LLP
ROBERT D. FRAM (SBN 126750)
robert.fram@hellerehrman.com
MICHAEL M. MARKMAN (SBN 191388)
michael.markman@hellerehrman.com
ETHAN C. GLASS (SBN 216159)
SAMUEL F. ERNST (SBN 223963)
NATHAN SHAFROTH (SBN 232505)
ELENA DIMUZIO (SBN 239953)
333 Bush Street
San Francisco, CA 94104
Telephone:  415/772-6000
415-772-6268 (fax)


                          _____/s/ Michael M. Markman_____
                          MICHAEL M. MARKMAN

                          Attorneys for Plaintiffs

ELECTRONIC FRONTIER FOUNDATION        LERACH COUGHLIN STOIA GELLER
CINDY COHN                                  RUDMAN & ROBBINS LLP
LEE TIEN                                REED R. KATHREIN
KURT OPSAHL                             JEFF D. FRIEDMAN
KEVIN S. BANKSTON                       SHANA E. SCARLETT
CORYNNE MCSHERRY                        MARIA V. MORRIS
JAMES S. TYRE                           100 Pine Street, Suite 2600
454 Shotwell Street                     San Francisco, CA  94111
San Francisco, CA  94110                Telephone:  415/288-4545
Telephone:  415/436-9333                415/288-4534 (fax)

1

2
LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
ERIC ALAN ISAACSON
3
655 West Broadway, Suite 1900
San Diego, CA  92101
4
Telephone:  619/231-1058
619/231-7423 (fax)
5

6
TRABER & VOORHEES
BERT VOORHEES (137623)
bv@tvlegal.com
7
THERESA M. TRABER (116305)
tmt@tvlegal.com
8
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
9
Telephone:  626/585-9611
626/ 577-7079 (fax)

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA  94104
Telephone:  415/433-3200
415/433-6382 (fax)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

On June 20, 2006, Plaintiffs Tash Hepting, Gregory Hicks, Carolyn Jewel and Erik Knutzen, by and through their counsel of record, requested permission pursuant to General Order 58 to bring audio/visual equipment into the Courthouse.  That request is **APPROVED**. Plaintiffs' counsel may bring the following to the hearing in the above-referenced matter on June 23, 2006 at 9:30 a.m. in Courtroom 6:

(1) Digital projector and screen;

(2) Laptops;

(3) Flat-panel monitors;

(4) Digital video document presenter; and

(5) Miscellaneous cables, switches (including a multi-input switch), and tables.

**IT IS SO ORDERED.**

Dated: June ___22__, 2006

_____
THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE, UNITED STATES DISTRICT COURT

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFFS' REQUEST FOR PERMISSION
CASE NO. C06-0672-VRW

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28