IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, et al, | No   C-06-672 VRW |
|     Plaintiffs, | ORDER |
|     v | |
| AT&T CORPORATION, et al, | |
|     Defendants. | |

At the June 23, 2006, hearing, the court granted the government's unopposed motion to intervene (Doc #122).  The remaining motions addressed by the parties at the hearing remain under submission.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge