IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, et al, | No  C-06-672 VRW |
|     Plaintiffs, | ORDER |
|     v | |
| AT&T CORPORATION, et al, | |
|     Defendants. | |

The court has reviewed an April 13, 2006, letter sent from a James B Fatchett and a June 25, 2006, letter sent from a Joseph M Gaffney. The clerk is DIRECTED to file these letters and to serve the letters on the parties.

IT IS SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER
United States District Chief Judge