IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, et al,                     No   C-06-672 VRW

    Plaintiffs,                          ORDER

    v

AT&T CORPORATION, et al,

    Defendants.
                                    /

    The court has reviewed a July 20, 2006, letter sent from a Daniel Gall.  The clerk is DIRECTED to file this letter and to serve the letter on the parties.

    IT IS SO ORDERED.

                                                VAUGHN R WALKER
                                                United States District Chief Judge