ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., et al.,<br><br>Defendants. | No. C-06-0672-VRW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTARY MATERIAL**<br><br>Courtroom: 6, 17th Floor<br>Judge: The Hon. Vaughn R. Walker, Chief Judge |

Having considered Plaintiffs' Motion To File Supplementary Material, the Court HEREBY ORDERS that Plaintiffs may file a copy of the internet article titled *Lawmakers: NSA Database Incomplete*, Susan Page et al., USA Today, June 30, 2006, http://www.usatoday.com/news/washington/2006-06-30-nsa_x.htm.

IT IS SO ORDERED.

Dated _____

_____
The Honorable
United

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

-1-
No. C-06-0672-VRW    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTARY MATERIAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the following non-CM/ECF participants:

David W. Carpenter
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60600

David L. Lawson
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006

By _____/s/_____
Elena M. DiMuzio (SBN 239953)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone:    (415) 772-6293
Facsimile:    (415) 772-1753
elena.dimuzio@hellerehrman.com

| | |
|---|---|
| HELLER EHRMAN LLP<br>ROBERT D. FRAM<br>MICHAEL M. MARKMAN<br>ETHAN C. GLASS<br>SAMUEL F. ERNST<br>NATHAN E. SHAFROTH<br>ELENA M. DIMUZIO<br>333 Bush Street<br>San Francisco, CA 94104<br>Telephone: 415/772-6000<br>415-772-6268 (fax) | LERACH COUGHLIN STOIA GELLER<br>    RUDMAN & ROBBINS LLP<br>REED R. KATHREIN<br>JEFF D. FRIEDMAN<br>SHANA E. SCARLETT<br>MARIA V. MORRIS<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax) |

No. C-06-0672-VRW                    PROOF OF SERVICE

| | |
|---|---|
| TRABER & VOORHEES<br>BERT VOORHEES (137623)<br>bv@tvlegal.com<br>THERESA M. TRABER (116305)<br>tmt@tvlegal.com<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA  91103<br>Telephone:  626/585-9611<br>626/ 577-7079 (fax)<br><br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>ERIC ALAN ISAACSON<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) | LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE<br>425 California Street, Suite 2025<br>San Francisco, CA  94104<br>Telephone:  415/433-3200<br>415/433-6382 (fax) |

No. C-06-0672-VRW         PROOF OF SERVICE