Lauren Gelman, State Bar No. 228734
Jennifer Stisa Granick, State Bar No. 168423
STANFORD LAW SCHOOL
CYBERLAW CLINIC
CENTER FOR INTERNET & SOCIETY
Crown Quadrangle
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 724-3358
Facsimile: (650) 723-4426
E-mail: gelman@stanford.edu

*Attorneys for Amicus Curiae Law Professors*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL, and ERIC KNUTZEN On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORPORATION, AT&T INCORPORATED, and DOES 1-2, Inclusive, <br><br> Defendants. | Case No.: C 06-0672-VRW <br><br> **[~~PROPOSED~~] ORDER RE: PARTICIPATION OF AMICUS CURIAE LAW PROFESSORS REGARDING MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT BY THE INTERVENOR UNITED STATES OF AMERICA** <br><br> Hearing Date: June 21, 2006 <br> Judge: The Hon. Vaughn R. Walker <br> Courtroom: 6, 17th Floor |

1    Pursuant to the Application Re: Participation of Amici Curiae Law Professors

2 regarding Motion to Dismiss, or in the Alternative for Summary Judgment by the

3 Intervenor United States of America, and Good Cause appearing,

4

5    IT IS HEREBY ORDERED that Amici Curiae Law Professors may file a brief to

6 be lodged on June 16, 2006 regarding whether this Court should dismiss the above-

7 captioned case on states secrets grounds asserted by the Intervenor United States in its

8 Motion to Dismiss, or in the Alternative for Summary Judgment.

9

10 Dated: June _____, 2006       _____



    Hon. Vaughn R. Walker
    United States Chief Judge