IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASH HEPTING, et al,                              No   C-06-672 VRW

      Plaintiffs,                                ORDER

      v

AT&T CORPORATION, et al,

      Defendants.
_____/

      Defendant AT&T Corp ("AT&T") has administratively moved, pursuant to Civ L R 7-11, for an interim stay pending the court's determination of motions by AT&T and the government for a stay of proceedings pending appeal.  Doc #310.

//
//
//
//
//
//
//
//
//
//

Plaintiffs having filed an opposition to AT&T's motion, Doc #329, IT IS HEREBY ORDERED that:

All further proceedings in this litigation shall be stayed until further order of the court.  AT&T's and the government's motions for a stay of proceedings pending appeal have been fully briefed, Doc ##315, 317, 324, and will be heard on August 8, 2006, at 2:00 pm.  During the pendency of this interim stay, AT&T need not answer plaintiffs' amended complaint.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge