IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
TASH HEPTING, et al,                    No   C-06-672 VRW

        Plaintiffs,                          ORDER

    v

AT&T CORPORATION, et al,

        Defendants.
                                    /
```

       Defendant AT&T Corp ("AT&T") has moved to stay further proceedings pending appeal.  Doc #324.  Based on the parties' motions, Doc ##317, 315, 324, and oral arguments, IT IS HEREBY ORDERED that:

       All further proceedings in this litigation shall be stayed until September 29, 2006.  The court also directs the parties on or before September 15, 2006, to apprise the court by memoranda not to exceed five pages of any developments in the interlocutory appeal motions of the government and AT&T affecting or relating to this case and the status of 28 USC § 1407 transfers pursuant to MDL 1791.

       IT IS SO ORDERED.

```
                                    _____
                                    VAUGHN R WALKER
                                    United States District Chief Judge
```