QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
  Leah J. Russin (Bar No. 225336)
  leahrussin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for CondéNet Inc. and Wired News

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIC KNUTZEN on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AT&T CORP., et al.,<br><br>        Defendants. | CASE NO. CV-06-0672-VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE SUBSTITUTION OF PROPOSED INTERVENOR<br><br>Complaint Filed: January 31, 2006 |
|---|---|

1   WHEREAS, Lycos, Inc. and Wired News moved to intervene and for
2   an order unsealing documents in this action on May 23, 2006 (Docket No. 139);
3
4   WHEREAS, Lycos, Inc. and Wired News' motion was taken under
5   submission by the Court after hearing on June 23, 2006 (Docket No. 281), and
6   remains pending;
7
8   WHEREAS, on July 11, 2006, Lycos, Inc. sold Wired News to
9   CondéNet Inc., an affiliate of Condé Nast Publications;
10
11  WHEREAS, Wired News remains a proposed intervenor, and the only
12  effect of this Stipulation and Order is to substitute proposed intervenor CondéNet
13  Inc., for proposed intervenor Lycos, Inc.;
14  //
15  //
16  //

1  THEREFORE, it is hereby stipulated and agreed by the undersigned
2  parties that CondéNet Inc. shall be substituted for Lycos, Inc., for all purposes in
3  this matter.

4  IT IS SO STIPULATED.

6  DATED: August 3, 2006    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

9  By */s/ Timothy L. Alger*
   Timothy L. Alger
10  Attorneys for CondéNet Inc. and Wired News

11  DATED: August 4, 2006    Pillsbury Winthrop Shaw Pittman, LLP

13  By   */s/ Jacob R. Sorensen*
14  Jacob R. Sorensen
   Attorneys for AT&T Corp. and AT&T Inc.

16  DATED: August 4, 2006    Electronic Frontier Foundation, LLP

18  By  */s/ Lee Tien*
   Lee Tien
19  Attorneys for the Electronic Frontier
20  Foundation, LLP

21  DATED: August 4, 2006    United States Department of Justice

23  By */s/ Anthony Coppolino*
   Anthony Coppolino
24  Attorneys for the United States of America

## **ORDER**

CondéNet Inc. is hereby substituted as proposed intervenor, substituting for proposed intervenor Lycos, Inc.

IT IS SO ORDERED.

Dated: August 14, 2006

_____
The Honorable Vaughn R. Walker
United States District Judge