UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>HEPTING, et al. v. AT&T CORP., et al. (Dkt. No. 06-0672) | MDL Docket No 06-01791 VRW<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER<br><br>Courtroom:  6, 17th Floor<br>Judge:  The Hon. Vaughn R. Walker |

Pursuant to stipulation, and good cause appearing, the Court hereby orders:

1. The following documents will be unsealed:

    a. Declaration of Mark Klein (Dkt. No. 230)

    b. Declaration of Mark Klein (Dkt. No. 230), Exh. A, pp. 1, 4, Exh. B, pp. 6, 20, and Exh. C, pp. 1, 3, 45-6

    c. Declaration of J. Scott Marcus (Dkt. No. 231)

    d. Declaration of J. Scott Marcus (Dkt. No. 231), Exh. L-P and Exh. U.

2. Plaintiffs may file public versions, or in some cases public redacted versions, of the documents identified in paragraph 1 above and attached as Exhibits 1-4 to the stipulation.

SO ORDERED:

Date: October 1, 2007

*[Signature: Judge Vaughn R. Walker — IT IS SO ORDERED]*

---

No. 3-06-0672-VRW   [PROPOSED] ORDER
CASE NO. 3:06-CV-0672-VRW