1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  #76342
2   DAVID L. ANDERSON  #149604
    JACOB R. SORENSEN  #209134
3   MARC H. AXELBAUM  #209855
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6   Email: bruce.ericson@pillsburylaw.com

7   SIDLEY AUSTIN LLP
    DAVID W. CARPENTER (admitted *pro hac vice*)
8   BRADFORD A. BERENSON (admitted *pro hac vice*)
    DAVID L. LAWSON (admitted *pro hac vice*)
9   EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
    ERIC A. SHUMSKY #206164
10  1501 K Street, N.W.
    Washington, D.C.  20005
11  Telephone:  (202) 736-8010
    Facsimile:  (202) 736-8711
12
    Attorneys for the AT&T, Cingular and BellSouth Defendants
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18   In re:                                  MDL Dkt. No. 06-1791-VRW

19   NATIONAL SECURITY AGENCY                **JOINDER OF AT&T, CINGULAR AND
     TELECOMMUNICATIONS RECORDS              BELLSOUTH DEFENDANTS IN UNITED
20   LITIGATION                              STATES' OPPOSITION TO
                                             PLAINTIFFS' MOTION FOR AN ORDER
21                                           TO PRESERVE EVIDENCE (Dkt. 386)**

22   This Document Relates To:
                                             Date:       November 15, 2007
23                                           Time:       2:00 p.m.
     ALL ACTIONS except *Al-Haramain v. Bush*   Courtroom:  6, 17th Floor
24   (07-109); *CCR v. Bush* (07-1115); *United*   Judge:      Hon. Vaughn R. Walker
     *States v. Farber* (07-1324); *United States v.*
25   *Adams* (07-1323); *United States v. Palermino*
     (07-1326); *United States v. Volz* (07-1396);
26   *United States v. Gaw* (07-1242); *Clayton, et al.*
     *v. AT&T Communications of the Southwest*
27   (07-1187)

28

700849226v1                                  AT&T, Cingular and BellSouth Defs' Joinder in
                                             USG's Opp. to Mot. for Order to Preserve Evidence
                                             MDL No. 06-1791-VRW

1     The AT&T, Cingular and BellSouth Defendants (as defined in footnotes 3 and 5 of

2     the Joint Case Management Statement, Dkt. 61-1) respectfully join the United States'

3     Opposition to Plaintiffs' Motion for an Order to Preserve Evidence ("Opposition," Dkt.

4     386).  For the reasons stated in the Opposition, this Court should deny Plaintiffs' Motion

5     for Order to Preserve Evidence (Dkt. 373).

6          Dated:  October 25, 2007.

7     PILLSBURY WINTHROP                    SIDLEY AUSTIN LLP
        SHAW PITTMAN LLP                    DAVID W. CARPENTER*
8     BRUCE A. ERICSON                      BRADFORD A. BERENSON*
      DAVID L. ANDERSON                     DAVID L. LAWSON*
9     JACOB R. SORENSEN                     EDWARD R. MCNICHOLAS*
      MARC H. AXELBAUM                      ERIC A. SHUMSKY
10    50 Fremont Street                     1501 K Street, N.W.
      Post Office Box 7880                  Washington, DC 20005
11    San Francisco, CA 94120-7880
                                            * admitted *pro hac vice*
12

13    By ____/s/ Bruce A. Ericson_____    By ____/s/ Bradford A. Berenson___
            Bruce A. Ericson                       Bradford A. Berenson
14
                  Attorneys for the AT&T, Cingular and BellSouth Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

700849226v1                                              AT&T, Cingular and BellSouth Defs' Joinder in
                                                          USG's Opp. to Mot. for Order to Preserve Evidence
                                                                         MDL No. 06-1791-VRW