IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION,<br><br>This relates to:<br>C06-0672 Tash Hepting et al v AT&T Corporation, et al.<br><br>C07-0109 Al-Haramain Islamic Foundation Inc. et al v George W Bush, et al<br>_____/ | MDL No. 06-1791 VRW<br><br>**CLERK'S NOTICE** |

YOU ARE NOTIFIED THAT a Case Management Conference has been scheduled for the above actions on  **February 7, 2008 at 10:00 a.m.**  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: January 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker

United States District Court
For the Northern District of California

Dockets.Justia.com