# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:** February 7, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Connie Kuhl

**MDL NO. 06-7191** VRW

**TITLE:** IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

**This relates to:**
**C06-0672 VRW Tash Hepting et al v AT&T Corp et al,**
**C07-0109 VRW Al-Haramain Islamic Fdn Inc et al v George W. Bush et al,**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Jon Eisenberg - Al-Haramain plaintiffs | Anthony Coppolino for the govt |
| Cindy Cohn - Hepting plaintiffs | Bruce Ericson - AT&T |
| Barry Himellstein - Verizon plaintiffs | Henry Weissmann |
| Richard Wiebe, Ann Brick | Eric Shumsky |
| Vincent Parrett | |

**PROCEEDINGS:**
    CMC
    Status Conference

**RESULTS:**
    Further briefing re 1806(f) in Al-Haramain case only.
    Amici were permitted to file their briefs.
    Schedule: File brief : 3/14/08
             Opposition: 3/28/08
             Reply: 4/14/08
             Hearing: 4/23/2008 at 10:00 a.m.
    Filing of the briefs limited to the master MDL case and the individual case only.
    Page limitation has been set by the court to up to 40page limit.