ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs (co-lead Coordinating Counsel for Plaintiffs)

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No 06-1791 VRW<br><br>**CLASS ACTION**<br><br>[PROPOSED] **REVISED PRACTICE AND PROCEDURE ORDER**<br><br>Courtroom:  6, 17th Floor<br>Judge:  The Hon. Vaughn R. Walker |

Based upon joint request from the parties in this action during the Case Management Conference on February 7, 2008, Paragraph 3 of the Practice and Procedure Order issued by the Court on September 10, 2007 (Docket #370), shall be revised as follows:

3) All pleadings and submissions in these actions shall be e-filed in the master docket (M:06-cv-1791-VRW) and in the dockets for the individual case(s) to which the submission pertains, except that for matters relating to three or more cases in the docket, submission in the master docket is sufficient and separate submissions in the underlying case dockets is not required. All submission filed in these actions shall bear the identification "MDL Docket No. 06-1791 VRW," and when such a submission relates to all of these actions, the "MDL Docket No 06-1791 VRW" shall be followed by the notation "ALL CASES." If a submission does not relate to all of these actions, the docket number of the individual action or actions assigned by the clerk of this court shall follow "MDL Docket No 06-1791 VRW." Parties shall comply with the standing order for the undersigned judge pertaining to chambers copies (¶1.4). The chambers copy of each document e-filed in these cases must clearly indicate the docket number assigned by the electronic case filing system to each such document.

The Practice and Procedure Order (Docket #370) shall otherwise remain the same.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: March 24, 2008          _____

THE HONORABLE VAUGHN R. WALKER

UNITED STATES DISTRICT CHIEF JUDGE

Approved as to form and content:

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)