Hepting et al v. AT&T Corp. et al — Doc. 378

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 15 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| TASH HEPTING, on Behalf of Himself and All Others Similarly Situated; GREGORY HICKS; ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated; CAROLYN JEWEL on Behalf of Herself and All Others Similarly Situated BENSON B. ROE, Plaintiff in related case no. C-06-03467 MMC, <br><br> Plaintiffs - Appellees, <br><br> and <br><br> WIRED NEWS; CONDENET INC., <br><br> Intervenors, <br><br> v. <br><br> AT&T CORPORATION, <br><br> Defendant - Appellant, <br><br> and <br><br> AT&T, INC., <br><br> Defendant, <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-intervenor. | No. 06-17132 <br> D.C. No. CV-06-00672-VRW <br> Northern District of California, San Francisco <br><br> **MANDATE** |
| TASH HEPTING, on Behalf of Himself and All Others Similarly Situated; | No. 06-17137 <br> D.C. No. CV-06-00672-VRW |

Dockets.Justia.com

| | |
|---|---|
| GREGORY HICKS; ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated; CAROLYN JEWEL on Behalf of Herself and All Others Similarly Situated BENSON B. ROE, Plaintiff in related case no. C-06-03467 MMC, <br><br>    Plaintiffs - Appellees, <br><br>v. <br><br>AT&T CORPORATION; AT&T, INC., <br><br>    Defendants, <br><br>and <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant-intervenor - Appellant. | Northern District of California, San Francisco <br><br>**MANDATE** |

The judgment of this Court, entered 08/21/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Theresa Benitez
Deputy Clerk