| | |
|---|---|
| 1 | ELECTRONIC FRONTIER FOUNDATION |
| | CINDY COHN (Bar No. 145997) |
| 2 | cindy@eff.org |
| | LEE TIEN (Bar No. 148216) |
| 3 | tien@eff.org |
| | KURT OPSAHL (Bar No. 191303) |
| 4 | kurt@eff.org |
| | KEVIN S. BANKSTON (Bar No. 217026) |
| 5 | bankston@eff.org |
| | CORYNNE MCSHERRY (Bar No. 221504) |
| 6 | corynne@eff.org |
| | JAMES S. TYRE (Bar No. 083117) |
| 7 | jstyre@eff.org |
| | 454 Shotwell Street |
| 8 | San Francisco, CA 94110 |
| | Telephone: 415-436-9333 |
| 9 | Facsimile: 415-436-9993 |

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, GREGORY HICKS, CAROLYN JEWEL and ERIK KNUTZEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>AT&T CORP., et al.<br>    Defendants. | No. C-06-00672-VRW<br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF HELLER EHRMAN LLP AS COUNSEL FOR PLAINTIFFS TASH HEPTING, ET AL.**<br><br>**CIVIL LOCAL RULES 7-12 & 11-5(A)**<br><br>Judge: The Hon. Vaughn R. Walker<br>Date: N/A<br>Courtroom: 6, 17th Floor |

# STIPULATION

Plaintiffs, by and through their counsel the Electronic Frontier Foundation ("EFF"), and the law firm of Heller Ehrman LLP, ("Heller Ehrman") hereby stipulate as follows:

Whereas, Heller Ehrman and EFF have represented Plaintiffs in this action as co-counsel, and Heller Ehrman must now withdraw as counsel of record for Plaintiffs; and

Whereas, the EFF will continue to represent Plaintiffs in this action; and

Whereas, all parties to this action are notified of this withdrawal through the electronic filing of this stipulation and proposed order;

IT IS THEREFORE STIPULATED, pursuant to Rules 7-12 and 11-5(a) of the Civil Local Rules of the United States District Court for the Northern District of California, that Heller Ehrman may and hereby does withdraw as counsel for Plaintiffs in this action.

DATED: September 29, 2008

Respectfully submitted,

HELLER EHRMAN LLP
ROBERT D. FRAM (SBN 126750)
robert.fram@hellerehrman.com
MICHAEL M. MARKMAN (SBN 191388)
michael.markman@hellerehrman.com
SAMUEL F. ERNST (SBN 223963)
NATHAN SHAFROTH (SBN 232505)
ELENA DIMUZIO (SBN 239953)
333 Bush Street
San Francisco, CA 94104
Telephone: 415-772-6000
Facsimile: 415-772-6268

/s/ Robert D. Fram
ROBERT D. FRAM

Attorneys for Plaintiffs

DATED: September 29, 2008                    Respectfully submitted,

                                                   ELECTRONIC FRONTIER FOUNDATION
                                                   CINDY COHN
                                                   LEE TIEN
                                                 KURT OPSAHL
                                               KEVIN S. BANKSTON
                                               CORYNNE MCSHERRY
                                               JAMES S. TYRE
                                               454 Shotwell Street
                                               San Francisco, CA  94110
                                               Telephone: 415/436-9333


                                               /s/ Cindy Cohn
                                               CINDY COHN

                                               Attorneys for Plaintiffs

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

   DATED:_____

                                               VAUGHN R. WALKER
                                               UNITED STATES DISTRICT COURT JUDGE