## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**AMENDED**
**DATE:** September 12, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Debra Pas

MDL NO. 06-1791   VRW IN RE NATIONAL SECURITY AGENCY
TELECOMMUNICATIONS RECORDS LITIGATION
**This relates to:**
**C07-0109 Al Haramain Foundation et al v George Bush et al**
**C06-0672 Tash Hepting et al v AT&T Corp et al**
**And Related Carrier Cases**

### Al-Haramain v Bush (07-0109 VRW)

9/30/08 - Govt Defendants' Motion to Dismiss or for Summary Judgment (30 pages)
9/30/08 - Plaintiffs' Motion for Discovery under FISA Section 1806(f) (30 pages)
10/23/08 - Govt Defendants' Opposition (30 pages)
10/23/08 - Plaintiffs' Opposition (30 pages)
11/14/08 - Govt Defendants' and Plaintiffs' Reply Briefs (15 pages)
12/2/08 - Hearing at 10:00 a.m.

### MDL Telecom Carrier Cases (MDL06-1791 ) (including Hepting v ATT (06-0672 VRW)

9/19/08 - Govt's Motion to Dismiss or for Summary Judgment(filed 9/9/08) (25 pages)
10/16/08 - Plaintiffs' Opposition (**50 pages per stipulation)**
11/5/08 - Govt's Reply **(35 pages per stipulation)**
11/5/08 - Brief of Telecom Carrier Defendants (30 pages)
11/20/08 - Plaintiffs' Reply to Telecom Carriers **(35 pages per stipulation)**
12/2/08 - Hearing at 10:00 a.m.