UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** December 2, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Sahar McVickar

**MDL NO. 06-1791   VRW   IN RE NATIONAL SECURITY AGENCY
TELECOMMUNICATIONS RECORDS LITIGATION**

**This relates to:**

**C06-0672 Tash Hepting et al v AT&T Corp et al**

**And Related Carrier Cases**

ATTORNEYS:
PLAINTIFFS:                                     DEFENDANTS:
Richard Wiebe                                   Carl Nichols, Anthony Coppolino
Cindy Cohn, Kurt Opsahl                         Randolph Moss, Brian Boynton
Kevin Bankston, James Tyre                      Brad Berenson, Eric Shumsky
A Antaramian, Lee Tien                          Bruce Ericson, Marc Axelbaum
Harvey Grossman                                 John Kester, George Hicks
Barry Himmelstein

PROCEEDINGS:

1. Motion to Dismiss filed by  Defendants.
2. Motion for Summary Judgment filed by  Defendants.

RESULT:

The court heard argument from counsel.
The matter has been submitted.
The court to issue written order.