IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASH HEPTING, et al, | No. C 06-0672    VRW |
| Plaintiff(s), | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| AT&T COMMUNICATIONS, et al., | |
| Defendant(s). | |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Court's June 3, 2009 Order, judgment is hereby entered in favor of all defendants.

Dated: July 21, 2009                                              Richard W. Wieking, Clerk

By: _Cora Klein_
Deputy Clerk