Hepting et al v. AT&T Corp. et al

Doc. 391

| *Roche, et al. v. AT&T.*, D. Minn. No. 06-04252, N.D. Cal. No. 07-01243 | | Richard Roche |
|---|---|---|

DATED: July 30, 2009

By [signature]

Richard Roche

*In pro per*

Dockets.Justia.com

| *Roe, et al. v. AT&T Corp., AT&T Inc., SBC Long Distance, LLC, Pac Bell Telephone Co., AT&T Communications of California,* N.D. Cal. No. 06-03467 | | All plaintiffs, including Benson B. Roe and Paul Goltz |
|---|---|---|

DATED: July 29, 2009

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By [signature]

Barry R. Himmelstein

Attorneys for all plaintiffs in *Roe, et al. v. AT&T Corp., AT&T Inc., SBC Long Distance, LLC, Pac Bell Telephone Co., AT&T Communications of California,* N.D. Cal. No. 06-03467, and Plaintiff's Counsel for the MCI Subscriber Class

| *Spielfogel-Landis, et al. v. MCI, LLC*, N.D. Cal. No. 06-04221 | | All plaintiffs, including Elaine Spielfogel-Landis, on behalf of herself and the MCI Plaintiff Class |
|---|---|---|

DATED: July 29, 2009

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By [signature]

Barry R. Himmelstein

Attorneys for all plaintiffs in *Spielfogel-Landis, et al. v. MCI, LLC*, N.D. Cal. No. 06-04221, and Plaintiff's Counsel for the MCI Subscriber Class

| *Terkel, et al. v. AT&T Inc, AT&T Corp, and Illinois Bell Telephone Co.*, N.D. Ill. No. 06-2837, N.D. Cal. 06-05340 | | All plaintiffs, including Studs Terkel (now deceased), Barbara Flynn Currie, Diane C. Geraghty, Gary S. Gerson, James D. Montgomery, and Quentin Young. |
|---|---|---|

DATED: July 29, 2009

ROGER BALDWIN FOUNDATION OF ACLU, INC.

By [signature]

Harvey M. Grossman

Attorneys for all plaintiffs in *Terkel, et al. v. AT&T Inc, AT&T Corp, and Illinois Bell Telephone Co.*, N.D. Ill. No. 06-2837, N.D. Cal. 06-05340, and the AT&T Plaintiff Class

| *Waxman v. AT&T Corp.*, N.D. Ill. No. 06-2900, N.D. Cal. No. 06-06294 | | Herbert Waxman |
|---|---|---|

DATED: July 30, 2009

KRISLOV & ASSOCIATES, LTD

By [signature]

Clint Krislov
M. Reas Bowman

Attorneys for all plaintiffs in *Waxman v. AT&T Corp.*, N.D. Ill. No. 06-2900, N.D. Cal. No. 06-06294

| *Lebow, et al. v. Bellsouth Corp., Singular Wireless LLC, Sprint Nextel Corp., NSA,* N.D. Ga.. No. 1:06-1289, N.D. Cal. No. 07-00464 | | All plaintiffs, including Steven Lebow, Steven Bruning, Cathy Bruning, Jonnie Starkey, Brian Bradley, Barry Kaltman, Meredith Kaltman |
|---|---|---|

DATED: July 30, 2009

PAGE PERRY LLC

By [signature] NVE
James M. Evangelista

Attorneys for all plaintiffs in *Lebow, et al. v. Bellsouth Corp.,, Singular Wireless LLC, Sprint Nextel Corp., NSA,* , , N.D. Ga.. No. 1:06-1289, N.D. Cal. No. 07-00464

| | | |
|---|---|---|
| *Anderson et al v. Verizon Communications, Inc., NSA, George W. Bush, BellSouth Corp., AT&T Corp., AT&T Inc., Verizon,* S.D. N.Y. No. 06-03650, N.D. Cal. No. 07-02029 | | All plaintiffs, including Ray Anderson, Collin Baber, Mark Barker, John Barrett, Anthony Bartelemy, William Betz, Fran Blamer, Dr. Trudy Bond, Kristen Brink, Shane Brink, Michael Brooks, Paul Bruney, Peter Catizone, Steve Christianson, John Clark, Kingsley Clark, Thomas M. Cleaver, Gerard P. Clerkin, Peter B. Collins, Kris Costa, Mark Costa, Julie Davis, Sharon L. Davis, Toni DiDona, Theresa R. Duffy, Thomas S. Dwyer, Thomas Michael Fain, Shawn Fitzgibbons, John Fitzpatrick, Jennifer Florio, Margaret Franklin, Dawn Furler, C. Garifo, Diane Gavlinski, Joseph Gehring, Jane Gentile-Youd, Mark Gentile-Youd, G. Lawrence Gettier, Linda Gettier, Linda J. Gettier, Jit Gill, Mike Gilmore, Jayson Gleason, Marc Goldstone, Todd Graff, Janet Granja, Susan Grossman, Stephanie Gustave, Pam Haddon, Vern Haddon, Don Hawkins, Donna Hawkings, Jose V. Heinert, Lamar Henderson, Carolyn R. Hensley, Douglas S. Hensley, Donald Herron, Jennifer Hontz, Joyce Jackson, Andrew Jaffe, Randel James, Michael Johnson, Diane Juliano, Fay Kaiser, Rajendram Krishnan, Barbara Langer, Michael Lavo, Fred Leak, Ken Leha, Ben Lindsey, Lisa Lockwood, Ms. Lodge, Nancy K. Lorey, Michael T. Lyda, Eleanor M. Lynn, Esq., Terry Mancour, Charlene Mann, Rev., Jon Paul McClellan, Alicia McCollum, James McGrattan, Rev. Joe McMurray, Stephanie Meket, Clyde Michael Morgan, Theodore R. Morris, Sheri A. Mueller, Prof. Robert Newby, Fran Nobile, Serge Popper, Ilene Pruett, Dr. Michael Reusch, Merrilyn Rome, Michele Rosen, Michele S. Rothmel, Kevin Shawler, Greg L. Smith, Harris Sondak, James Van Alstine, Chris Von Obenauer, Deadria Farmer-Paellmann, Dan Patton, Ray Pena, Constance Phillips, Mark Plante, Jeremy Puhlman, Martin Razo, Daniel Reimann, Mark Richards, Linda Rithkis, William Robinette, Fred Rogers, Darlene Rogers, Kathleen Rogers, William J. Romansky, Bronson Rosier, Josh Seefried, Anna F. Shallenberger, Royce Shepard, Robert Siden, Gregory L. Smith, Christian Stalberg, Michael L. Stephan, Robert Stewart, Donna A. Stone, Regina Sunberg, William R. Sweeney, Jr., David Taylor, April Tipe, Allen T. Trader III, Barry W. Tribble, Fred Trinkoff, Thomas Vilar, Vickie Votaw, Leon Dwight Wallace, Achieng Warambo, Ulrich Geister, David White, Jane Winston, Kevin Wright, Joel Ainger, Carol Cose, Deborah Dougherty, James Flynn, Irene King, Paul Kraft, Gina De Miranda, Catalina R. Thompson, Mary Leah Weiss, Elizabeth Arnone, Eleanor Lynn, Jay H. Rowell, Daniel Reimann, Vivian Phillips, Jeffrey G. Marsocci, Bridget Irving, James Hall, John McIntyre, Beth White, Brad Marston, and Paul Sunberg |

DATED: July 30, 2009

By [signature]

for Carl. J. Mayer

Attorneys for all plaintiffs in *Anderson et al v. Verizon Communications, Inc., NSA, George W. Bush, BellSouth Corp., AT&T Corp., AT&T Inc., Verizon,* S.D. N.Y. No. 06-03650, N.D. Cal. No. 07-02029

| *Joll et al. v. AT&T Corp., AT&T Inc., Verizon Communications, Inc., Bellsouth Corp., Verizon,* N.D. Ill. No. 06-2680, N.D. Cal. No. 06-05485 | | All plaintiffs, including James Joll, Ramon Goggins, Ian Walker, and James Nurkiewicz |
|---|---|---|

DATED: July 30, 2009

LAW OFFICES OF STEVEN E. SCHWARZ

By [signature]

Steven E. Schwarz

Attorneys for all plaintiffs in *Joll et al. v. AT&T Corp., Verizon,* N.D. Ill. No. 06-2680, N.D. Cal. No. 06-05485

| *Hardy. v. AT&T Corp,* E.D. La. No. 06-2852, N.D. Cal. No. 06-06924 | | D. Clive Hardy |
|---|---|---|

DATED: July 30 2009

By *Gerald E. Meunier*

Gerald E. Meunier

Attorneys for all plaintiffs in *Hardy, et al. v. AT&T Corp,* E.D. La. No. 2:06-2852

ROGER BALDWIN FOUNDATION OF ACLU
HARVEY GROSSMAN
ADAM SCHWARTZ
180 North Michigan Avenue
Suite 2300
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760

COUNSEL FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

ANN BRICK
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA
PETER J. ELIASBERG
1313 West Eighth St.
Los Angeles, CA 90026Telephone: (213) 977-9500
Facsimile: (213) 977-5299

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

FENWICK & WEST LLP
LAURENCE F. PULGRAM
JENNIFER KELLY
CANDACE MOREY
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

COUNSEL FOR PLAINTIFFS IN *CAMPBELL v. AT&T* AND *RIORDAN v. VERIZON COMMUNICATIONS INC.*

ELECTRONIC FRONTIER FOUNDATION
CINDY A. COHN, ESQ.
LEE TIEN, ESQ.
KURT OPSAHL, ESQ.
KEVIN S. BANKSTON, ESQ.
CORYNNE MCSHERRY, ESQ.
JAMES S. TYRE, ESQ.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

COUNSEL FOR AT&T CLASS PLAINTIFFS AND CO-CHAIR OF PLAINTIFFS' EXECUTIVE COMMITTEE

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE
425 California Street
Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

COUNSEL FOR AT&T CLASS PLAINTIFFS

THE MOORE LAW GROUP
THOMAS E. MOORE III
228 Hamilton Ave., 3d Fl.
Palo Alto, CA 94301
Telephone: (650) 798-5352
Facsimile: (650) 798-5001

COUNSEL FOR AT&T CLASS PLAINTIFFS

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
BARRY R. HIMMELSTEIN
ERIC B. FASTIFF
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

PLAINTIFFS' COUNSEL FOR MCI SUBSCRIBER CLASS

LISKA, EXNICIOS & NUNGESSER ATTORNEYS-AT-LAW
VAL PATRICK EXNICIOS
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 410-9611

MOTLEY RICE LLC
RONALD MOTLEY
DONALD MIGLIORI
JODI WESTBROOK FLOWERS
VINCENT I. PARRETT
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

COUNSEL FOR PLAINTIFFS IN *CHULSKY v. CELLCO PARTNERSHIP; CROCKETT v. HAWAIIAN TELCOM; CROSS v. AT&T COMMUNICATIONS; DUBOIS v. AT&T CORP., and CROSS v. AT&T COMMUNICATIONS*

THE MASON LAW FIRM, PC
GARY E. MASON
NICHOLAS A. MIGLIACCIO
1225 19th St., NW, Ste. 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

COUNSEL FOR PLAINTIFFS IN *BASINSKI v. VERIZON COMMUNICATIONS, INC.* and *SUCHANEK v. SPRINT NEXTEL CORP.*

PAGE PERRY LLC
JAMES M. EVANGELISTA
1040 Crown Pointe Parkway
Suite 1050
Atlanta, GA 30338
Telephone: (770) 673-0047
Facsimile: (770) 673-0120

COUNSEL FOR PLAINTIFFS IN *LEBOW v. BELLSOUTH*

BRUCE I. AFRAN, ESQ.
10 Braeburn Drive
Princeton, NJ 08540
Telephone: (609) 924-2075
Facsimile: (609) 924-1045

COUNSEL FOR PLAINTIFFS IN *ANDERSON v. VERIZON COMMUNICATIONS, INC.*

GERALD E. MEUNIER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Facsimile: (504) 410-9937

COUNSEL FOR PLAINTIFFS IN *HERRON v. VERIZON GLOBAL NETWORKS, INC.*

MAYER LAW GROUP LLC
CARL J. MAYER
66 Witherspoon Street, Suite 414
Princeton, New Jersey 08542
Telephone: (609) 921-8025
Facsimile: (609) 921-6964

COUNSEL FOR PLAINTIFFS IN *ANDERSON v. VERIZON COMMUNICATIONS, INC.*

THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
STEVEN E. SCHWARZ
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: (773) 837-6134

COUNSEL FOR PLAINTIFFS IN *JOLL V. AT&T CORP.*

KRISLOV & ASSOCIATES, LTD.
CLINTON A. KRISLOV
20 North Wacker Drive
Suite 1350
Chicago, IL 60606
Telephone: (312) 606-0500
Facsimile: (312) 606-0207

COUNSEL FOR PLAINTIFFS IN *WAXMAN v. AT&T CORP.*

GRIFFIN WHITAKER LLC
JOSHUA G. WHITAKER
7474 Greenway Center Drive
Suite 550
Greenbelt, MD 20770
Telephone: (301) 587-3345
Facsimile: ( 888) 367-0383

COUNSEL FOR PLAINTIFFS IN *BREADY v. VERIZON MARYLAND, INC.*

RICHARD ROCHE
4130 Zenith Avenue S
Minneapolis, MN 55410
Telephone: (612) 929-6866
PRO SE

Telephone: (504) 522-2304
Facsimile: (504) 528-9973

COUNSEL FOR PLAINTIFFS IN *HARDY v. AT&T CORP.*

BADER STILLMAN & ADLER PL
BRIAN HUGH ADLER
6100 West Atlantic Blvd.
Margate, FL 33063
Telephone: (954) 971-3399
Facsimile: (954) 979-3101

COUNSEL FOR PLAINTIFFS IN *JACOBS v. AT&T CORP.*

SLATER ROSS
CHRISTOPHER A. SLATER
MICHAEL J. ROSS
1850 Benjamin Franklin Plaza
1 S.W. Columbia Street
Portland, OR 97258
Telephone: (503) 227-2024

COUNSEL FOR PLAINTIFFS IN *HINES V. VERIZON COMMUNICATIONS, INC.*

REVENS REVENS & ST. PIERRE
MICHAEL ALAN ST. PIERRE
946 Centerville Road
Warwick, RI 02886
Telephone: (401) 822-2900
Facsimile: (401) 826-3246

COUNSEL FOR PLAINTIFFS IN *BISSETT v. VERIZON COMMUNICATIONS, INC.*

STANLEY MANDEL & IOLA
ROGER L. MANDEL
3100 Monticell Ave.
Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300

COUNSEL FOR PLAINTIFFS IN *DOLBERG V. AT&T CORP;, FULLER v. VERIZON; SOLOMON v. VERIZON; PAT MAHONEY v. VERIZON; PAM MAHONEY v. AT&T*

BROAD & CASSEL
M. STEPHEN TURNER
215 South Monroe Street
Suite 400
P.O. Box 11300
Tallahassee, FL 32302
Telephone: (850) 681-6810

COUNSEL FOR PLAINTIFFS IN *FORTNASH V. AT&T CORP.*

GEORGE & BROTHERS, LLP
R. JAMES GEORGE
D. DOUGLAS BROTHERS
1100 Norwood Tower
114 West 7th Street
Austin, TX 78701
Telephone: (512) 495-1400
Facsimile (512) 499-0094

COUNSEL FOR PLAINTIFFS IN *HARRINGTON V. AT&T INC.*

STONE, LEYTON & GERSHMAN, P.C.
JOSEPH RICHARD DULLE
SAM JONATHAN ALTON
7733 Forsyth Blvd., Suite 500
ST. LOUIS, MO 63105-1817
Telephone: (314) 721-7011
Facsimile: (314) 721-8660

COUNSEL FOR PLAINTIFFS IN *MINK v. AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.*

## CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 228 Hamilton Avenue, Third Floor, Palo Alto, CA 94301.

On July 31, 2009, I served the following document(s):

**JOINT NOTICE OF APPEAL OF DESIGNATED PLAINTIFFS AND ACTIONS**

on the interested parties in this action addressed as follows:

**Aimee Athena Feinberg**
Munger, Tolles & Olson
560 Mission Street, 27th Floor
San Francisco, CA 94110
Fax: 415-512-4025
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.; MCI, LLC; Verizon Maryland, Inc.**

**Henry Weissmann**
Munger Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Fax: 213-687-3702
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.; MCI, LLC; Verizon Maryland, Inc.**

**John Beisner**
O'Melveny & Myers LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004-1109
Fax: 202-383-5414
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.**

**Michael P. Kenny**
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Attorneys for **BellSouth Communications Systems, LLC; BellSouth Telecommunications, Inc.**

**Alan Norris Salpeter**
**Michele L. Odorizzi**
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603
312-782-0600
Attorneys for **BellSouth Corp.**

**Sheila Marie Finnegan**
**Tyrone C. Fahner**
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600
Attorneys for **BellSouth Corp.**

**Samir Chandra Jain**
**Randolph D. Moss**
**Kalea Seitz Clark**
WilmerHale
1875 Pennsylvania Ave, NW
Washington, DC 20006
Fax: 202-663-6363
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.; MCI, LLC; MCI Worldcom Advanced Networks, LLC; Verizon Maryland, Inc.**

**Elizabeth Rogers Brannen**
**Mark D. Flanagan**
Wilmer Cutler Pickering Hale & Dorr LLP
1117 California Avenue
Palo Alto, CA 94304
Fax: (650) 858-6100
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.; MCI, LLC**

**Marc H. Axelbaum**
**David L. Anderson**
**Jacob R. Sorensen**
Pillsbury Winthrop Shaw
50 Fremont St
San Francisco, CA 94105-2230
Fax: (415) 983-1200
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.; BellSouth Corp.; BellSouth Telecommunications, Inc.; American Telephone & Telegraph Co.; AT&T Communications, Inc.; AT&T Corp.; AT&T Inc.; AT&T Communications of California, Inc.; AT&T Operations, Inc.; Illinois Bell Telephone Company; MCI, LLC; New Cingular Wireless Services, Inc.; Pacific Bell Telephone Company; SBC Long Distance, LLC; AT&T Communications of California; Sprint Communications Company L.P.; Illinois Bell, Indiana Bell**

**Bruce A. Ericson**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont St.
Post Office Box 7880
San Francisco, CA 94120-7880
Fax: (415) 983-1200
Attorneys for **BellSouth Corp.; American Telephone & Telegraph Co.; AT&T Communications, Inc.; AT&T Corp.; AT&T Inc.; AT&T Operations, Inc.; New Cingular Wireless Services, Inc.; Pacific Bell Telephone Company; SBC Long Distance, LLC; AT&T Communications of California; AT&T Teleholdings, Inc.; Indiana Bell, Illinois Bell**

**Edward Robert McNicholas**
Sidley Austin LLP
1501 K St., NW
Washington, DC 20005
Fax: 202-736-8711
Attorneys for **American Telephone & Telegraph Co.; AT&T Communications, Inc.; AT&T Corp.; AT&T Inc.; AT&T Communications of California;**

**Eric Alan Shumsky**
**Bradford Allan Berenson**
Sidley Austin LLP
1501 K Street N.W.
Washington, DC 20005
Fax: 202-736-8711
Attorneys for **AT&T Communications, Inc.; AT&T Communications of California, Inc.; AT&T Operations, Inc.; Illinois Bell Telephone Company; New Cingular Wireless Services, Inc.; AT&T Corp.**

**Daniel John Richert**
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA 94304
Fax: 650-233-4545
Attorneys for **AT&T Communications of California, Inc.**

**Randal S. Milch**
**William P. Barr**
Verizon Communications Inc.
One Verizon Way
VC43E043
Baskin Ridge, NJ 07920
Fax: 908-696-2136
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.; MCI, LLC; Verizon Maryland, Inc.**

**Brian Matthew Boynton**
**Catherine M.A. Carroll**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Fax: 202-663-6363
Attorneys for **Verizon Communications, Inc.; Verizon Global Networks, Inc.; Verizon Northwest, Inc.; MCI, LLC; Verizon Maryland, Inc.**

**Jonathan D. King**
DLA Piper Rudnick Gray Cary LLP
203 North LaSalle St #1900
Chicago, IL 60601-1293
312-368-4000
Attorneys for **Verizon Communications, Inc.**

**Steven K. Blackhurst**
Ater Wynne Hewitt Dodson & Skerritt
222 S.W. Columbia Ste 1800
Portland, OR 97201-6618
(503) 226-1191
Attorneys for **Verizon Northwest, Inc.**

**C. J. Johnson**
Kalkstein Law Firm
P.O. Box 8568
Missoula, MT 59807
Fax: 406-721-9896
Attorneys for **Verizon Communications, Inc.**

**David William Carpenter**
**Craig Allen Knot**
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000
Attorneys for **AT&T Communications of California, Inc.;**

**David L. Lawson**
Sidley Austin Brown & Wood
172 Eye Street, N.W.
Washington, DC 20006
202-736-8000
Attorneys for **AT&T Communications of California, Inc.;**

**Albert L. Frevola , Jr.**
**Vanessa Dawn Sloat-Rogers**
Gordon Hargrove & James
2400 East Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308-3092
954-958-2500
Attorneys for **AT&T Corp.**

**Michael R. Fruehwald**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535
317-235-1313
Attorneys for **AT&T Corp.; AT&T Teleholdings, Inc.; Cingular Wireless, LLC; Indiana Bell Telephone Company Incorporated**

**Ted W. Stroud**
Oade Stroud & Kleiman PC
200 Woodland Pass
P.O. Box 1296
East Lansing, MI 48826-1296
517-351-3550
Attorneys for **AT&T Corp.**

**Richard C. Fipphen**
Verizon Communications, Inc. - NYC
140 W. Street
Room 2707
New York, NY 10007
Fax: 212-962-1687
Attorneys for **Verizon New York Inc.**

**Stanley A. Twardy , Jr.**
**Terence J. Gallagher**
Day Pitney LLP-Stmfd-CT
One Canterbury Green
Stamford, CT 06901-2047
Fax: 203-977-7301
Attorneys for **Verizon New York Inc.**

**William D. Hewitt**
Pierce Atwood LLP
One Monument Square
Portland, ME 04101-1110
207-791-1100
Attorneys for **Verizon New England Inc.**

**R. Jeffrey Behm**
**Peter H. Zamore**
Sheehey Furlong & Behm PC
P.O. Box 66
Burlington, VT 05402-0066
802-864-9891
Attorneys for **Verizon New England Inc.**

**Michael L. Burak**
Burak Anderson & Melloni PLC
30 Main St P.O. Box 787
Burlington, VT 05402-0787
(802) 862-0500
Attorneys for **AT&T Communications of New England, Inc.**

**Harry Rosenberg**
Phelps Dunbar, LLP
365 Canal Street, Ste 2000
New Orleans, LA 70130-6534
504-566-1311
Attorneys for **Verizon Global Networks, Inc.**

**Nancy Scott Degan**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charle Ave, Ste 3600
New Orleans, LA 70170
504-566-5200
Attorneys for **AT&T Corp.; American Telephone and Telegraph Company**

**Matthew A. Woolf**
**Paul Lee Peyronnin**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Ave. Ste 3600
New Orleans, LA 70170
504-566-5262
Attorneys for **AT&T Corp.; American Telephone and Telegraph Company**

**Anthony J. Zarillo , Jr.**
Courter, Kobert & Cohen, PC
1001 Route 517
Hackettstown, NJ 07840
908-852-2600
Attorneys for **AT&T Inc.; Cingular Wireless, LLC**

**Lauren A Stern**
Steven Chung & Associates LLLC
841 Bishop St, #410
Honolulu, HI 96813
808-539-0603
Attorneys for **Cingular Wireless, LLC**

**Michael E. Kipling**
Kipling Law Group PLLC
3601 Fremont Avenue N.
Suite 414
Seattle, WA 98103
Fax: 206-545-0350
Attorneys for **Cingular Wireless, LLC**

**Raymond A. Basile**
**Stephen E. Arthur**
Harrison & Moberly
135 North Pennsylvania
Suite 2100
Indianapolis, IN 46204
Fax: 317-639-9565
Attorneys for **Nextel West Corp.; Sprint Communications Company L.P.; Sprint Spectrum L.P.**

**John G. Kester**
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
202-434-5000
Attorneys for **Nextel West Corp.; Sprint Communications Company L.P.; Sprint Spectrum L.P.; Sprint Nextel Corp.**

**Brian W. Welch**
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204
Fax: 317-236-9907
Attorneys for **MCI Worldcom Advanced Networks, LLC**

**Brendan V. Sullivan**
**Daniel D. Williams**
**Eric A. Reicher**
Williams & Connolly
725 12th St N.W.
Washington, DC 20005
(202)434-5000
Attorneys for **Sprint Nextel Corp.**

**F. Larkin Fore**
**Sarah M. Fore**
Fore, Miller & Schwartz
200 S. Fifth Street
Suite 700N, First Trust Centre
Louisville, KY 40202-3204
Fax: 502-589-1637
Attorneys for **Sprint Nextel Corp.**

**Joseph R. Knight**
Baker Botts LLP
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701-4039
Fax: 512-322-8322
Attorneys for **AT&T Inc.**

**Philip J. John , Jr.**
Baker & Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
713-229-1215
Attorneys for **AT&T Inc.**

**Shira R Yoshor**
910 Louisiana St.
Houston, TX 77002
Fax: 713-229-7759
Attorneys for **AT&T Inc.**

**Jason S. Ritchie**
Holland & Hart
P.O. Box 639
Billings, MT 59103
Fax: 406-252-1669
Attorneys for **AT&T Corp.**

**Andrew M. Carlson**
**Thomas Erik Bailey**
Briggs & Morgan, PA
80 S 8th Street
Suite 2200
Minneapolis, MN 55402
Fax: 612-977-8650
Attorneys for **AT&T Corp.**

**Robert B. Flynn**
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Fax: 203-789-2133
Attorneys for **AT&T Corp.**

**Christopher Robert Zaetta**
Hogan & Hartson
555 13th Street, NW
Washington, DC 20004
Fax: 202-637-5910
Attorneys for **Qwest Communications International, Inc.**

**Robert John Benson**
Hogan & Hartson L.L.P.
2049 Century Park East
Suite 700
Los Angeles, CA 90067
Fax: 310-789-5400
Attorneys for **Qwest Communications International, Inc.**

**Robert Jude Demento**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
212-918-3634
Attorneys for **Qwest Communications International, Inc.**

**Ty Cobb**
Hogan & Hartson LLP
553 13th Street NW
Washington, DC 20004
Fax: 202-637-5610
Attorneys for **Qwest Communications International, Inc.**

**Robert J. Metzler , II**
Tyler Cooper & Alcorn - Htdf
Cityplace - 35th Floor
185 Asylum Street
Hartford, CT 06103-3488
860-725-6200
Attorneys for **AT&T Corp.**

**Amanda J. Hettinger**
**Stephen B. Higgins**
**Sharon B. Rosenberg**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
Fax: 314-552-7415
Attorneys for **AT&T Communications of the Southwest, Inc.; Southwestern Bell Telephone, L.P.**

**John F. Medler , Jr.**
Southwestern Bell Telephone Company
One Bell Center, Room 3558
St. Louis, MO 63101
Fax: 314-247-0881
Attorneys for **AT&T Communications of the Southwest, Inc.**

**Anthony Joseph Coppolino**
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20530
(202) 514-4782dc
Attorneys for **George W. Bush; NSA; USA; LTG Keith B. Alexander; Michael V. Hayden; Alberto Gonzales; John Ashcroft; Defense Intelligence Agency; Central Intelligence Agency; Department of Homeland Security; FBI; John D. Negroponte; Robert S. Mueller, III; Adam J. Szubin; President Barack Obama**

☒ **BY MAIL**

☒ I deposited such envelope in the mail at Palo Alto, California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California in the

ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION** pursuant to Rule 2008 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☐ **BY FEDERAL EXPRESS**, OVERNIGHT, which was dropped off at the Federal Express office located at 3000 El Camino Real, Palo Alto, California 94306.

☐ **BY HAND:** I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

Executed on July 31, 2009 at Palo Alto, California.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Nicole Economou