Hepting et al v. AT&T Corp. et al                                                                                                Doc. 394

FILED

DEC 08 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, | No. 09-16676<br><br>D.C. Nos. 3:06-cv-00672-VRW<br>M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| TASH HEPTING; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>AT&T CORPORATION; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | ORDER |
| SEAN BASINSKI, on behalf of himself and all others similarly situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>VERIZON COMMUNICATIONS, INC.; et al., | No. 09-16677<br><br>D.C. Nos. 3:06-cv-06434-VRW<br>M-06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

GS Appellate Commissioner 12/7/09/Pro Mo

Dockets.Justia.com

|  |  |
|---|---|
| Defendants - Appellees, <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-intervenor - Appellee. | |
| RICHARD D. SUCHANEK, III, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, <br><br> Defendant - Appellee, <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-intervenor - Appellee. | No. 09-16679 <br><br> D.C. Nos. 3:06-cv-06295-VRW <br> M:06-cv-01791-VRW <br> Northern District of California, San Francisco |
| CHARLES F. BISSITT; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; et al., <br><br> Defendants - Appellees. | No. 09-16682 <br><br> D.C. Nos. 3:06-cv-05066-VRW <br> M:06-cv-01791-VRW <br> Northern District of California, San Francisco |

GS Appellate Commissioner 12/7/09/Pro Mo

| | |
|---|---|
| CHRISTOPHER BREADY; et al., | No. 09-16683 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-06313-VRW |
| v. | M:06-cv-01791-VRW |
| VERIZON MARYLAND, INC.; et al., | Northern District of California, San Francisco |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| | |
| TOM CAMPBELL; et al., | No. 09-16684 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-03596-VRW |
| v. | M:06-cv-01791-VRW |
| AT&T COMMUNICATIONS OF CALIFORNIA, a corporation; et al., | Northern District of California, San Francisco |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| | |
|---|---|
| DENNIS P. RIORDAN; et al., | No. 09-16685 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-03574-VRW |
| v. | M:06-cv-01791-VRW |
| VERIZON COMMUNICATIONS, INC., a corporation; et al., | Northern District of California, San Francisco |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| GLEN CHULSKY; et al., | No. 09-16686 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-06570-VRW |
| v. | M:06-cv-01791-VRW |
| CELLCO PARTNERSHIP, DBA Verizon Wireless; et al., | Northern District of California, San Francisco |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| CHARMAINE CROCKETT; et al., | No. 09-16687 |

GS Appellate Commissioner 12/7/09/Pro Mo

|             Plaintiffs - Appellants,        | D.C. Nos. 3:06-cv-06254-VRW |
|----|----|

           Plaintiffs - Appellants,

  v.

VERIZON WIRELESS, (VAW) LLC; et al.,

           Defendants - Appellees,

UNITED STATES OF AMERICA,

           Defendant-intervenor - Appellee.

D.C. Nos. 3:06-cv-06254-VRW
         M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

TRAVIS CROSS; et al.,

           Plaintiffs - Appellants,

  v.

AT&T COMMUNICATIONS, INC.; et al.,

           Defendants - Appellees,

UNITED STATES OF AMERICA,

           Defendant-intervenor - Appellee.

No. 09-16688

D.C. Nos. 3:06-cv-06222-VRW
         M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

JOAN DUBOIS; et al.,

           Plaintiffs - Appellants,

No. 09-16690

D.C. Nos. 3:06-cv-06387-VRW
         M:06-cv-01791-VRW

|   |   |
|---|---|
| v. | Northern District of California, San Francisco |
| AT&T CORP.; et al., | |
|       Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|       Defendant-intervenor - Appellee. | |
| TRAVIS CROSS; et al., | No. 09-16691 |
|       Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-06224-VRW<br>      M:06-cv-01791-VRW |
| v. | Northern District of California, San Francisco |
| AT&T COMMUNICATIONS OF CALIFORNIA, INC.; et al., | |
|       Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|       Defendant-intervenor - Appellee. | |
| PAT MAHONEY, individually, and on behalf of all others similarly situated; et al., | No. 09-16692 |
| | D.C. Nos. 3:06-cv-05065-VRW<br>      M:06-cv-01791-VRW |
|       Plaintiffs - Appellants, | Northern District of California, San Francisco |
| v. | |

AT&T COMMUNICATIONS, INC.; et al.,

         Defendants - Appellees,

UNITED STATES OF AMERICA,

         Defendant-intervenor - Appellee.

| | |
|---|---|
| PAMELA A. MAHONEY, on behalf of herself and all others similarly situated; et al.,<br><br>         Plaintiffs - Appellants,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.; et al.,<br><br>         Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant-intervenor - Appellee. | No. 09-16693<br><br>D.C. Nos. 3:06-cv-05064-VRW<br>         M:06-cv-01791-VRW<br>Northern District of California, San Francisco |
| MARK P. SOLOMON, MD, on behalf of himself and all others similarly situated; et al.,<br><br>         Plaintiffs - Appellants, | No. 09-16694<br><br>D.C. Nos. 3:06-cv-06388-VRW<br>         M:06-cv-01791-VRW<br>Northern District of California, San Francisco |

GS Appellate Commissioner 12/7/09/Pro Mo

v.

VERIZON COMMUNICATIONS, INC.; et al.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

---

RHEA FULLER, on behalf of herself and all others similarly situated; et al.,

        Plaintiffs - Appellants,

v.

VERIZON COMMUNICATIONS, INC.; et al.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

No. 09-16696

D.C. Nos. 3:06-cv-05267-VRW
              M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

SHELLY D. SOUDER; et al.,

        Plaintiffs - Appellants,

v.

No. 09-16697

D.C. Nos. 3:06-cv-05067-VRW
              M:06-cv-01791-VRW
Northern District of California,

| | |
|---|---|
| AT&T INC.; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor -<br>Appellee. | San Francisco |
| STEVE DOLBERG, on behalf of himself and all others similarly situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T, INC.; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor -<br>Appellee. | No. 09-16698<br><br>D.C. Nos. 3:06-cv-05269-VRW<br>               M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| THERESA FORTNASH; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T CORP.,<br><br>        Defendant - Appellee, | No. 09-16700<br><br>D.C. Nos. 3:06-cv-06385-VRW<br>               M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

GS Appellate Commissioner 12/7/09/Pro Mo

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Defendant-intervenor - Appellee. | |
| D. CLIVE HARDY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> AT&T CORPORATION, <br><br> Defendant - Appellee, <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-intervenor - Appellee. | No. 09-16701 <br><br> D.C. Nos. 3:06-cv-06924-VRW <br> M:06-cv-01791-VRW <br> Northern District of California, San Francisco |
| JAMES C. HARRINGTON; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> AT&T, INC.; et al., <br><br> Defendants - Appellees. | No. 09-16702 <br><br> D.C. Nos. 3:06-cv-05452-VRW <br> M:06-cv-01791-VRW <br> Northern District of California, San Francisco |
| TINA HERRON; et al., | No. 09-16704 |

GS Appellate Commissioner 12/7/09/Pro Mo

|  |  |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-05343-VRW<br>Northern District of California,<br>San Francisco |
| v. |  |
| VERIZON GLOBAL NETWORKS, INC.; et al., |  |
| Defendants - Appellees, |  |
| UNITED STATES OF AMERICA, |  |
| Defendant-intervenor - Appellee. |  |
| DARRYL HINES; et al., | No. 09-16706 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-05341-VRW<br>M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |
| v. |  |
| VERIZON NORTHWEST, INC., an active Washington corporation; et al., |  |
| Defendants - Appellees, | ORDER |
| UNITED STATES OF AMERICA, |  |
| Defendant-intervenor - Appellee. |  |
| HOWARD JACOBS, a natural person; et al., | No. 09-16707 |
| Plaintiffs - Appellants, | D.C. Nos. 3:07-cv-02538-VRW<br>M:06-cv-01791-VRW |

GS Appellate Commissioner 12/7/09/Pro Mo

| | |
|---|---|
| v.<br><br>AT&T CORP., a foreign corporation; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | Northern District of California, San Francisco |
| CLAUDIA MINK; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AT&T COMMUNICATIONS OF THE SOUTHWEST, INC., a Delaware corporation; et al.,<br><br>        Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | No. 09-16708<br><br>D.C. Nos. 3:06-cv-07934-VRW<br>        M:06-cv-01791-VRW<br>Northern District of California, San Francisco |
| RICHARD ROCHE; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v. | No. 09-16709<br><br>D.C. Nos. 3:07-cv-01243-VRW<br>        M:06-cv-01791-VRW<br>Northern District of California, |

GS Appellate Commissioner 12/7/09/Pro Mo

| | |
|---|---|
| AT&T CORP., | San Francisco |
| Defendant - Appellee, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| | |
|---|---|
| BENSON B. ROE; et al., | No. 09-16710 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-03467-VRW |
| v. | M:06-cv-01791-VRW |
| AT&T CORP., a New York corporation; et al., | Northern District of California, San Francisco |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| | |
|---|---|
| ELAINE SPIELFOGEL-LANDIS, on behalf of herself and all others similarly situated; et al., | No. 09-16712 |
| Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-04221-VRW M:06-cv-01791-VRW |
| v. | Northern District of California, San Francisco |
| MCI, LLC, a Delaware limited liability | |

GS Appellate Commissioner 12/7/09/Pro Mo

company; et al.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

---

STUDS TERKEL, (now deceased; et al.,

        Plaintiffs - Appellants,

  v.

AT&T CORP.; et al.,

        Defendants - Appellees.

No. 09-16713

D.C. Nos. 3:06-cv-05340-VRW
            M:06-cv-01791-VRW
Northern District of California,
San Francisco

---

HERBERT WAXMAN, on behalf of himself and all others similarly situated; et al.,

        Plaintiffs - Appellants,

  v.

AT&T CORP.,

        Defendant - Appellee,

UNITED STATES OF AMERICA,

        Defendant-intervenor -

No. 09-16717

D.C. Nos. 3:06-cv-06294-VRW
            M:06-cv-01791-VRW
Northern District of California,
San Francisco

GS Appellate Commissioner 12/7/09/Pro Mo

Appellee.

---

| | |
|---|---|
| STEVEN LEBOW, Rabbi; et al., | No. 09-16719 |
|       Plaintiffs - Appellants, | D.C. Nos. 3:07-cv-00464-VRW |
|   v. |           M:06-cv-01791-VRW |
| BELL SOUTH CORPORATION; et al., | Northern District of California, San Francisco |
|       Defendants - Appellees. | |

---

| | |
|---|---|
| RAY ANDERSON; et al., | No. 09-16720 |
|       Plaintiffs - Appellants, | D.C. Nos. 3:07-cv-02029-VRW |
|   v. |           M:06-cv-01791-VRW |
| VERIZON COMMUNICATIONS, INC.; et al., | Northern District of California, San Francisco |
|       Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|       Defendant-intervenor - Appellee. | |

---

| | |
|---|---|
| JAMES JOLL; et al., | No. 09-16723 |
|       Plaintiffs - Appellants, | D.C. Nos. 3:06-cv-05485-VRW |
| |           M:06-cv-01791-VRW |

GS Appellate Commissioner 12/7/09/Pro Mo

|  |  |
|---|---|
| v.<br><br>AT&T CORP.; et al.,<br><br>      Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant-intervenor - Appellee. | Northern District of California, San Francisco |

Before: Peter L. Shaw, Appellate Commissioner.

    Appellants Hines, et al.'s motion to reinstate No. 09-16706 is granted. The court docket shall be amended to reflect that the docketing fee has been paid by appellants Hines, et al. in No. 09-16706. Case No. 09-16706 is reinstated as a consolidated case with lead No. 09-16676.

    The appellants' motion to reconsider the portion of the November 19, 2009 order that establishes the due date of the consolidated reply brief as 14 days after the due date of the consolidated answering brief or the last-served answering brief is granted.

    The due date for the optional reply briefs or consolidated reply brief is March 25, 2010.

GS Appellate Commissioner 12/7/09/Pro Mo

**Consolidated Case Nos:** 09-16676, 09-16677, 09-16679, 09-16682, 09-16683, 09-16684, 09-16685, 09-16686, 09-16687, 09-16688, 09-16690, 09-16691, 09-16692, 09-16693, 09-16694, 09-16696, 09-16697, 09-16698, 09-16700, 09-16701, 09-16702, 09-16704, 09-16706, 09-16707, 09-16708, 09-16709, 09-16710, 09-16712, 09-16713, 09-13717, 09-16719, 09-16720, & 09-16723

All the parties are reminded that the provisions of Ninth Circuit Rule 31-2.2(a), regarding telephonic extensions requests, shall not apply to these consolidated cases.

GS Appellate Commissioner 12/7/09/Pro Mo